UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS S. SWANSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERFACE, INC., DANIEL T. HENDRIX, JAY D. GOULD, and BRUCE A. HAUSMANN,<br><br>Defendants. | Case No.  1:20-cv-05518-ARR-SMG |

NOTICE OF NON-OPPOSITION OF THOMAS S. SWANSON TO COMPETING MOTIONS
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

On January 11, 2021, Thomas S. Swanson ("Swanson") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for the entry of an Order: (1) appointing Swanson as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Interface, Inc. securities between March 2, 2018 and September 28, 2020, both dates inclusive; and (2) approving Swanson's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 6.

Having reviewed the competing motions before the Court, Swanson does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Swanson's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  January 25, 2021

Respectfully submitted,

POMERANTZ LLP

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

Counsel for Thomas S. Swanson

1