**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THOMAS S. SWANSON, Individually and On Behalf of All Others Similarly Situated, | Case No: 1:20-cv-05518-ARR |
| Plaintiff, | CLASS ACTION |
| v. | |
| INTERFACE, INC., DANIEL T. HENDRIX, JAY D. GOULD, and BRUCE A. HAUSMANN, | |
| Defendants. | |

**NOTICE OF DAVID KOEHLER'S NON-OPPOSITION**
**TO THE COMPETING MOTIONS FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

On January 11, 2021, David Koehler ("Movant") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Movant as Lead Plaintiff; and, (2) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. as Lead Counsel for the putative class.  ECF No. 12.

Movant hereby gives notice that he does not oppose the competing motions to appoint a lead plaintiff in the action.  Having reviewed the competing motions filed in this Action, Movant does not appear to have the largest financial interest in the relief sought by the class.

This notice of non-opposition shall have no impact on Movant's membership in the putative class, his right to share in any recovery obtained for the benefit of the class members, and/or his ability to serve as a representative party should the need arise.

DATED: January 25, 2021                    Respectfully submitted,

                                            **BRAGAR EAGEL & SQUIRE, P.C.**

                                            By: */s/ Melissa A. Fortunato*
                                            Melissa A. Fortunato
                                            Marion C. Passmore
                                            810 Seventh Avenue, Suite 620
                                            New York, NY 10019
                                            Telephone:  (212) 308-5858
                                            Facsimile:  (212) 214-0506
                                            Email: fortunato@bespc.com
                                            Email: passmore@bespc.com

                                            *Counsel for Movant*

1

**<u>CERTIFICATE OF SERVICE</u>**

I, Melissa A. Fortunato, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 25th day of January, 2021.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

2