UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| THOMAS S. SWANSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>INTERFACE, INC., DANIEL T. HENDRIX, JAY D. GOULD and BRUCE A. HAUSMANN,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:20-cv-05518-ARR-RER<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

Having considered Steamfitters Local 449 Pension Fund's unopposed Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The file in Case No. 1:20-cv-05518-ARR-RER shall be the master file for the action. All securities class actions on behalf of purchasers of Interface, Inc. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3. Steamfitters Local 449 Pension Fund is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4. Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: March 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　/s/ Ramon E. Reyes, Jr.
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE RAMON E. REYES, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE