UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS S. SWANSON, Individually and on Behalf of All others Similarly Situated,<br><br>         Plaintiff,<br><br>  vs.<br><br>INTERFACE, INC. DANIEL T. HENDRIX, JAY D. GOULD, BRUCE A. HAUSMANN, and PATRICK C. LYNCH,<br><br>         Defendants. | Case No. 1:20-cv-05518-BMC<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT, Defendants Interface, Inc., Daniel T. Hendrix, Bruce A. Hausmann, Jay D. Gould, and Patrick C. Lynch move pursuant to Fed. R. Civ. P. 9(b), 12(b)(6), and 12(f) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, *et seq.*, upon the accompanying Memorandum of Law, the accompanying Declaration of Shane D. Avidan dated June 16, 2021, and its exhibits, and all other papers herein, to dismiss with prejudice the Amended Complaint in *Thomas Swanson, et al.* v. *Interface, Inc., et al.*, 1:20-cv-05518 (BMC) (E.D.N.Y. April 28, 2021).

WHEREFORE, the Court should dismiss the Complaint in its entirety with prejudice.

| | |
|---|---|
| Date:  June 16, 2021 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | |
| | By:  */s/ Daniel J. Kramer* |
| | Daniel J. Kramer |
| | Harris Fischman |
| | Shane D. Avidan |
| | 1285 Avenue of the Americas |
| | New York, NY  10019-6064 |
| | Phone:  (212) 373-3000 |
| | Fax:  (212) 757-3990 |
| | dkramer@paulweiss.com |
| | hfischman@paulweiss.com |
| | savidan@paulweiss.com |
| | |
| | *Counsel for Interface, Inc., Daniel T. Hendrix, Bruce A. Hausmann and Patrick C. Lynch* |
| | |
| | SQUIRE PATTON BOGGS (US) LLP |
| | |
| | By:  */s/ David Long-Daniels* |
| | David Long-Daniels |
| | (*pro hac vice*) |
| | 1230 Peachtree Street NE, Suite 1700 |
| | Atlanta, GA 30309 |
| | Phone:  (678) 272-3200 |
| | Fax:  (678) 272-3211 |
| | david.long-daniels@squirepb.com |
| | |
| | *Counsel for Jay D. Gould* |