**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

THOMAS S. SWANSON, Individually and on
Behalf of All others Similarly Situated,

           Plaintiff,

   vs.

INTERFACE, INC. DANIEL T. HENDRIX,
JAY D. GOULD, BRUCE A. HAUSMANN, and
PATRICK C. LYNCH,

           Defendants.

Case No. 1:20-cv-05518-BMC

**DECLARATION OF SHANE D. AVIDAN**

Shane D. Avidan, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP, attorneys for Defendants Interface, Inc. ("Interface"), Daniel T. Hendrix, Bruce A. Hausmann, and Patrick C. Lynch (together with Defendant Jay D. Gould, "Defendants") in the above-captioned action.  I respectfully submit this Declaration in support of the motion by Defendants to dismiss the Amended Complaint ("AC") in *Thomas Swanson, et al.* v. *Interface, Inc., et al.*, 1:20-cv-05518 (BMC) (E.D.N.Y. April 28, 2021).

2.      Attached as Exhibit A is an Order issued by the United States Securities and Exchange Commission ("SEC") on September 28, 2020.

3.      Attached as Exhibit B are excerpts of analyst reports concerning Interface with added highlights.

4.      Attached as Exhibit C are excerpts of a Schedule 14A filed by Interface with the SEC on April 5, 2016.

5.      Attached as Exhibit D are excerpts of a Form 10-K filed by Interface with the SEC on March 2, 2017 with added highlights.

6.    Attached as Exhibit E are excerpts of Accounting Standards Codification ("ASC") Topic 718 with added highlights.

7.    Attached as Exhibit F are demonstrative charts of allegations in the AC.

8.    Attached as Exhibit G is a demonstrative chart of the stock price for Interface (NASDAQ:TILE) between September 28, 2020 and October 2, 2020.  The price data was retrieved from Bloomberg.

9.    Attached as Exhibit H is a demonstrative redline comparing Paragraphs 39 through 89 of the AC to Paragraphs 1 through 35 of Exhibit A.

10.    Attached as Exhibit I are excerpts of 10-Qs and an 8-K filed by Interface with the SEC with added highlights.

11.    Attached as Exhibits J, K, L, M, N and O are demonstrative charts, Form 4s, and excerpts of Schedule 14As filed by Interface with the SEC.

12.    Attached as Exhibit P is a Form 8-K filed by Interface with the SEC on November 2, 2016.

13.    Attached as Exhibit Q is a Reuters article dated September 28, 2020 and timestamped 9:25 AM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  June 16, 2021

/s/Shane D. Avidan
Shane D. Avidan

2