# Exhibit B

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.
(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com

**Home & Building Products: Floor Coverings** _____

### Ugly 1Q Miss as Asia-Pac Weak; 1Q Orders Better But Have Faded Into April

**Recommendation:** 1Q was an ugly quarter for Interface; orders through mid-February were weak (especially in Asia-Pacific), inclement weather created disruptions, the new Australian plant had poor absorption rates, and then March improved just enough to convince management not to pare back discretionary spending, but not nearly enough to bail out 1Q results. While the quarter-ending book/bill ratio (the primary driver of the stock) was positive (orders +8%, shipments +4%) , order growth has since moderated to only about +3% so far in April Valuation, at 24x forward earnings, is rich on both absolute and relative terms, and out-year consensus expectations seem at risk.

◆ **Interface reported only $0.06 adjusted EPS for 1Q14; we were at $0.16 (which we believe largely conformed with management's internal plan) and consensus was $0.13.** Total sales were +4% y/y; our model was +11% y/y and consensus was +6%. Operating results missed our model by $0.09/share, primarily driven by much higher than expected SG&A expense (Fig. 1), as discretionary spending on marketing, product development, etc. was not trimmed. At quarter-end (March 31), company-wide orders were +8% y/y, (i.e., the all-important book-to-bill ratio was still positive at the end of the quarter), however we believe order growth has subsequently slowed to +3% so far through April.

◆ **The Americas business held up well in light of weather headwinds, with sales +5% y/y driven by non-office end markets.** Interface appears to have gained some share in the quarter, as we believe the U.S. commercial carpet industry (including broadloom) was down low single digits y/y. **However, Americas orders and shipments appear to be running down y/y in April.** Easter (in March last year and April this year) may be a factor.

◆ **Europe continues to improve.** 1Q sales were +15% y/y (+11% in local currency), and y/y order growth accelerated further in April. **Asia-Pacific was very weak, with sales falling 17% y/y in 1Q.** Margins in the region also took a big hit from the start-up of the new plant in Australia. Orders and shipments in Asia still look to be soft in April.

◆ **Estimates:** Our new 2Q estimate is $0.18 from $0.21 prior. Our new full-year EPS estimates are $0.72 from $0.90 and $0.92 from $1.09 for 2014 and 2015, respectively. Fig. 2 summarizes the changes to our model.

**Valuation:** TILE trades at over 24x our next 12 months EPS estimate of $0.81, or roughly 1.5x the forward multiple of the market; historically TILE's relative multiple has been on average between 1.2x and 1.4x.

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2013A | $0.08 | $0.17 | $0.23 | $0.20 | $0.67 | $0.73 | $960 |
| Old 2014E | 0.16 | 0.21 | 0.26 | 0.28 | 0.90 | 0.90 | 1,074 |
| **New 2014E** | **0.06A** | **0.18** | **0.23** | **0.24** | **0.72** | **0.72** | **1,041** |
| Old 2015E | 0.22 | 0.25 | 0.30 | 0.32 | 1.09 | 1.09 | 1,172 |
| **New 2015E** | **0.16** | **0.22** | **0.27** | **0.27** | **0.92** | **0.92** | **1,119** |
| Old 2016E | NA | NA | NA | NA | NA | NA | NA |
| **New 2016E** | **0.19** | **0.24** | **0.30** | **0.31** | **1.04** | **1.04** | **1,188** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 8 and Analyst Certification on page 8.**

---

**April 24, 2014**

**Company Comment**

**Rating** _____

Market Perform 3

**Current and Target Price** _____
| | |
|---|---|
| Current Price (Apr-23-14) | $19.67 |
| Target Price: | NM |
| 52-Week Range | $22.46 - $15.13 |
| Suitability | Aggressive Growth |

**Market Data** _____
| | |
|---|---|
| Shares Out. (mil.) | 66.6 |
| Market Cap. (mil.) | $1,310 |
| Avg. Daily Vol. (10 day) | 410,347 |
| Dividend/Yield | $0.12/0.6% |
| Book Value (Mar-14) | $5.21 |
| ROE % | 5% |
| LT Debt (mil.)/% Cap. | $278/45% |

**Earnings & Valuation Metrics** _____
| | 2013A | 2014E | 2015E | 2016E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | 29.4x | 27.3x | 21.4x | 18.9x |

**Company Description** _____
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.

---

© 2014 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com

**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com

**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com

**July 23, 2014**

**Company Comment**

## Home & Building Products: Floor Coverings

## Solid 2Q Orders, but July Orders Slip, GM and FLOR Weak; Trimming Ests.

**Recommendation:** We are cutting our estimates and reiterating our **Market Perform** rating. Interface's 2Q14 results improved vs. 1Q, though not as much as prior sell-side expectations. Book-to-bill (historically an important driver of the stock) finished 2Q in favorable territory, but July orders have been more modest, gross margins were soft, and the small but notable FLOR initiative has clearly stalled. Most importantly, we still see downside risk to 2015 consensus expectations for incremental margin. Interface's conference call is scheduled for 9:00 a.m. ET on July 24; we will publish additional commentary after the call if appropriate.

♦ **Interface reported $0.20 EPS for 2Q14, matching our raised estimate, but missing $0.21 consensus.** Total sales were +7.0% y/y; our model was +7.6%, and consensus was +6.6%. Operating results missed our model by $0.01 per share (Figure 1).

♦ **We believe the U.S. commercial carpet industry was up low-single digits y/y in 2Q.** Interface's Americas business was +4% y/y, suggesting Interface roughly maintained share (though share in carpet tile may still have been challenged; industry mix tile vs. broadloom is unclear, but tile likely outpaced broadloom growth). **FLOR sales were disappointing at -9% y/y.** While FLOR is still a relatively small business, it is still an important growth initiative, and these results are not encouraging. **Interface announced a restructuring plan for FLOR and replaced the leadership in response.** We expect restructuring savings (perhaps $2-3 million, or $0.02-0.03 EPS) to be realized in 2015.

♦ **2Q14 gross margin was weak, in part due to higher sales to low margin retail commercial customers, and this negative variance was the primary driver of the operating miss vs. our model.** While we continue to expect sequential improvement in gross margin in 3Q14 on improved product mix, we are cutting our prior gross margin expectation by 140 bp. **Looking out to 2015, we now model a 23% incremental margin. We continue to believe the 30% incremental margin in current 2015 consensus is too optimistic (typically 20-25% is normal).** Our 2015 EPS estimate is $0.98, including an $0.08 benefit from presumed lower interest expense from refinanced debt. Prior consensus is $1.16, presumably excluding the incremental interest expense benefit.

♦ **Book-to-bill was favorable in 2Q14.** Orders at the end of 2Q were +9% y/y (better than +7% shipments during the quarter). That said, **we believe orders were down ~4% y/y to start off July, so momentum is still somewhat choppy**.

♦ **Estimates:** Our new EPS estimates are $0.72 from $0.80 and $0.98 from $1.04 for 2014 and 2015, respectively. Figure 2 summarizes the changes to our model.

**Valuation:** TILE currently trades at 21.2x our new forward EPS estimate of $0.87 (130% of the current market multiple, vs. a 10-year median of 120%).

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2013A | $0.08 | $0.17 | $0.23 | $0.20 | $0.67 | $0.73 | $960 |
| Old 2014E | 0.06A | 0.20 | 0.26 | 0.27 | 0.80 | 0.70 | 1,056 |
| **New 2014E** | **0.06A** | **0.20A** | **0.23** | **0.24** | **0.72** | **0.57** | **1,028** |
| Old 2015E | 0.19 | 0.25 | 0.30 | 0.30 | 1.04 | 1.04 | 1,127 |
| **New 2015E** | **0.17** | **0.24** | **0.28** | **0.28** | **0.98** | **0.98** | **1,106** |
| Old 2016E | 0.22 | 0.27 | 0.34 | 0.36 | 1.19 | 1.19 | 1,196 |
| **New 2016E** | **0.21** | **0.25** | **0.32** | **0.34** | **1.13** | **1.13** | **1,173** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 7 and Analyst Certification on page 7.**

### Rating
Market Perform 3

### Current and Target Price
| | |
|---|---|
| Current Price (Jul-23-14 close) | $18.43 |
| Target Price: | NM |
| 52-Week Range | $22.46 - $17.07 |
| Suitability | Aggressive Growth |

### Market Data
| | |
|---|---|
| Shares Out. (mil.) | 66.6 |
| Market Cap. (mil.) | $1,227 |
| Avg. Daily Vol. (10 day) | 299,780 |
| Dividend/Yield | $0.12/0.7% |
| Book Value (Jun-14) | $5.39 |
| ROE % | 15% |
| LT Debt (mil.)/% Cap. | $279/44% |

### Earnings & Valuation Metrics
| | 2013A | 2014E | 2015E | 2016E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
| | 27.5x | 25.6x | 18.8x | 16.3x |

### Company Description
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.

© 2014 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com

**Home & Building Products: Floor Coverings** _____

## Ugly 3Q Pre-Release; Cutting Estimates

**Recommendation: Reiterate Market Perform.** Interface is a compelling long-term secular growth story, but macro and execution issues continue to present consequential headwinds to consistent EPS delivery. It now appears 3Q14 represents a continuation of this theme.

♦ **In a release issued after the close, Interface noted disappointing preliminary 3Q14 results.** Interface stated expectations of 3Q14 sales of $250-255 million (-2% to flat y/y); both our prior model and consensus were +7% y/y at $272 million. **3Q14 adjusted EPS is expected to be only $0.12-0.14; our prior comparable EPS estimate was $0.23 and consensus was $0.25.** Interface will report full 3Q14 results after the close October 22.

♦ The 3Q shortfall was driven by three primary factors: (1) orders in July and August were only flat and -1% y/y, respectively, (2) fill rate issues occurred with a significant yarn supplier (as yet to be fully resolved), and (3) (in part related to #2) 3Q order delivery dates were deferred, all creating manufacturing throughput (read: GM) issues. While these seem more short term in nature, management opted to ramp 3Q restructuring efforts to $12.5 million from $4 million. Still, the stated $14 million annualized restructuring savings (~$0.14 EPS) may be ultimately offset by the return of bonus compensation in 2015.

♦ **Interface also announced new capital allocation initiatives.** Most meaningfully, as expected, Interface amended its credit facility, essentially redeeming existing 7.625% senior notes into a five-year term loan at LIBOR +175. This will create annualized interest savings of $12-13 million, or $0.12-0.13 EPS - a full $8 million better than we had modeled. Separately, Interface also announced a new (albeit nominal) share repurchase authorization of 500,000 shares per fiscal year commencing in 2014, which should essentially mostly just offset option dilution.

♦ **We are cutting both our 3Q14 and 4Q14 adjusted EPS estimates to $0.14.** Prior 4Q14 consensus was $0.26. Note while forex is a greater headwind in our new model (-3% y/y impact on sales from no impact prior), we have also cut our organic growth model to +4% y/y from +10% prior. **We are also cutting our 2015 estimate to $0.82 adjusted EPS (prior consensus $1.04).** Note our 2015 model assumes a 27% incremental margin vs. the "normal" incremental margin of 20-25% given easier "one-off" comparisons in 2H 2015.

♦ **Estimates:** Our new adjusted EPS estimates are $0.54 from $0.72 prior and $0.82 from $0.98 prior for 2014 and 2015, respectively. Fig. 1 summarizes the changes to our model.

**Valuation:** TILE's closing price represented 22x our new forward EPS estimate of $0.72 (140% of the current market multiple vs. the 10-year median of 120%).

**October 7, 2014**

**Company Comment**

**Rating** _____
Market Perform 3

**Current and Target Price** _____
Current Price (Oct-07-14 close)    $15.82
Target Price:    NM
52-Week Range    $22.46 - $15.60
Suitability    Aggressive Growth

**Market Data** _____
Shares Out. (mil.)    66.6
Market Cap. (mil.)    $1,054
Avg. Daily Vol. (10 day)    277,892
Dividend/Yield    $0.16/1.0%
Book Value (Jun-14)    $5.39
ROE %    15%
LT Debt (mil.)/% Cap.    $279/44%

**Earnings & Valuation Metrics** _____

|  | 2013A | 2014E | 2015E | 2016E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) |  |  |  |  |
|  | 23.6x | 29.3x | 19.3x | 17.0x |

**Company Description** _____
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2013A | $0.08 | $0.17 | $0.23 | $0.20 | $0.67 | $0.73 | $960 |
| Old 2014E | 0.06A | 0.20A | 0.23 | 0.24 | 0.72 | 0.57 | 1,028 |
| **New 2014E** | **0.06A** | **0.20A** | **0.14** | **0.14** | **0.54** | **0.32** | **988** |
| Old 2015E | 0.17 | 0.24 | 0.28 | 0.28 | 0.98 | 0.98 | 1,106 |
| **New 2015E** | **0.13** | **0.20** | **0.24** | **0.24** | **0.82** | **0.82** | **1,033** |
| Old 2016E | 0.21 | 0.25 | 0.32 | 0.34 | 1.13 | 1.13 | 1,173 |
| **New 2016E** | **0.17** | **0.21** | **0.27** | **0.28** | **0.93** | **0.93** | **1,093** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 6 and Analyst Certification on page 6.**

© 2014 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com

**Home & Building Products: Floor Coverings** _____

### 3Q in Line With Pre-Release; Concerns About Fill Rates, Europe, Consensus

**Recommendation:** 3Q results were in line with the October 6 pre-release.  Constructively, orders in the Americas rebounded strongly thus far in October, leading to a now more optimistic view about 4Q14 gross margin improvement vs. 3Q14.  However, prior supplier issues are persisting into 4Q14 (Interface's largest fiber supplier is still operating at only 65% fill rates), and European orders have slipped meaningfully post-3Q.  Finally, we continue to be concerned about 2015 consensus EPS, which at least as of Wednesday seemed still too optimistic around incremental margin.  **We reiterate our Market Perform rating.**

♦ Interface reported $0.13 adjusted EPS for 3Q14: We were at $0.14, consensus was $0.13.  Recall that Interface pre-released a 3Q14 adjusted EPS range of $0.12-0.14 on October 6.  3Q14 total sales were -1% y/y; we were flat (also consensus); the pre-release range was -2% to flat y/y.  Operating results were roughly in line with our lowered model (Figure 1).

♦ **3Q sales in the Americas were flat y/y with the corporate office segment up less than 1%:** FLOR continues to struggle at -8% y/y (flat comps), but new management and recent restructuring is expected to lead to breakeven results soon (possible $0.02 quarterly benefit).  **Europe was soft at -4% y/y sales.**  Australia appears to be recovering.

♦ **In aggregate, book-to-bill was positive (orders +2% y/y vs. shipments -1%) for 3Q14.**  Historically, book-to-bill has been a good indicator of the stock's relative performance (Figure 3), but choppy order trends at the start of each quarter, weakening macroeconomic conditions in Europe and Asia, and inconsistent execution have outweighed book-to-bill investor focus.  **We believe these order trends continued through the first three weeks of October, with orders strong in the Americas (+23% y/y) but weak in Europe (-17% y/y in local currency).  Overall, we believe October to-date orders are up about 7%.**

♦ **We are raising our 4Q14 EPS estimate to account for better through-put from the improved order book (and hopefully as the supplier issues abate).**  Our new estimate is $0.16 (up from $0.14, but still down from $0.24 prior to the pre-release).  4Q consensus is $0.17.  **Note that recent consensus implies a 50+% incremental margin in 2015, whereas our new model is only 25%.**  We believe the return of perhaps $8-10 million in bonus compensation in FY15 will keep incremental margins in the normal band of 20-25%.

♦ **Estimates:** Our 2014 and 2015 adjusted EPS estimates are $0.56 from $0.54 and $0.84 from $0.82, respectively.  Figure 2 summarizes the changes to our model.

**Valuation:** TILE's closing price represented 20x our new 12-month forward EPS estimate of $0.75 (1.3x the current market multiple, compared to a 10-year median of 1.2x).

**October 23, 2014**

**Company Comment**

**Rating** _____

Market Perform 3

**Current and Target Price** _____
Current Price (Oct-22-14)          $15.34
Target Price:                             NM
52-Week Range              $22.46 - $12.98
Suitability              Aggressive Growth

**Market Data** _____
Shares Out. (mil.)                      66.6
Market Cap. (mil.)                   $1,022
Avg. Daily Vol. (10 day)            769,108
Dividend/Yield                  $0.16/1.0%
Book Value (Sep-14)                  $5.13
ROE %                                    NM
LT Debt (mil.)/% Cap.             $276/45%

**Earnings & Valuation Metrics** _____

|  | 2013A | 2014E | 2015E | 2016E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
|  | 22.9x | 27.4x | 18.3x | 16.0x |

**Company Description** _____
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile).  Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2013A | $0.08 | $0.17 | $0.23 | $0.20 | $0.67 | $0.73 | $960 |
| Old2014E | 0.06A | 0.20A | 0.14 | 0.14 | 0.54 | 0.32 | 988 |
| **New2014E** | **0.06A** | **0.20A** | **0.13A** | **0.16** | **0.56** | **0.32** | **991** |
| Old2015E | 0.13 | 0.20 | 0.24 | 0.24 | 0.82 | 0.82 | 1,033 |
| **New2015E** | **0.13** | **0.21** | **0.25** | **0.25** | **0.84** | **0.84** | **1,041** |
| Old2016E | 0.17 | 0.21 | 0.27 | 0.28 | 0.93 | 0.93 | 1,093 |
| **New2016E** | **0.18** | **0.22** | **0.28** | **0.29** | **0.96** | **0.96** | **1,101** |

Rows may not add due to rounding.  Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 7 and Analyst Certification on page 7.**

© 2014 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:**  The Raymond James Financial Center  |  880 Carillon Parkway  |  St. Petersburg, Florida 33716  |  800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com

**February 18, 2015**

**Company Brief**

**Home & Building Products: Floor Coverings** _____

## Solid 4Q Results, in Part Via Catch-Up from 3Q Supplier Fill-Rate Issues

Interface turned in a strong 4Q14 result, driven by surprisingly good SGA expense control along with stronger growth in the Americas business. Raw material benefits thus far are largely being offset by incremental FX headwinds. We plan to publish new estimates and further commentary following the company's 9:00 am ET conference call February 19.

♦ **Interface reported $0.24 adjusted EPS for 4Q14, beating our $0.16 estimate and $0.17 consensus.** Total sales were +7.3% y/y (we were +3.1% and consensus was +3.7%). **4Q operating results beat our model by $0.05 per share, primarily due to SGA expense control** (Figure 1). Interest expense and tax were also favorable variances below the EBIT line vs. our model.

♦ **Interface's growth in the Americas was particularly impressive at +12% y/y.** We believe the U.S. commercial carpet industry was only up mid-single digits y/y in the quarter, so Interface appears to be gaining market share (though some of the benefit may be catch-up from supplier fill rate issues experienced last quarter). Interface's sales to the corporate office market were strong at +10% y/y, compared to less than +1% y/y growth in 3Q14 (the prior year comparison was only 100 bps easier in 4Q vs. 3Q).

♦ **Interface's European business was +7% y/y in local currency,** not bad considering gradually weakening macro conditions. FX will likely be an increasing headwind going forward.

♦ **Overall, Interface's orders at year-end were +3.4% y/y (+6% ex: FX).** This represents an unfavorable book-to-bill ratio (again, sales were +7%). That said, **we believe y/y order growth accelerated thus far into 1Q15, driven by (1) an extra week in the calendar, (2) an easier y/y weather comparison, and (3) the timing of the Chinese New Year** (as such, the strongest y/y growth in U.S. dollars was in the Americas and Asia).

♦ **Interface is already starting to see some benefits from lower input costs as a result of lower oil prices (mostly backings and virgin nylon).** However, thus far these tailwinds are only serving to offset the aforementioned FX issues. We also believe Interface's largest nylon supplier (Aquafil) continues to struggle with fill-rate issues.

### Rating _____
Market Perform 3

### Current Price _____
| | |
|---|---|
| Current Price (Feb-18-15 close) | $16.41 |
| 52-Week Range | $21.77 - $12.98 |
| Suitability | Aggressive Growth |

### Market Data _____
| | |
|---|---|
| Shares Out. (mil.) | 66.6 |
| Market Cap. (mil.) | $1,093 |
| Avg. Daily Vol. (10 day) | 553,073 |
| Dividend/Yield | $0.16/1.0% |
| Book Value (Dec-14) | $4.64 |
| ROE % | NM |
| LT Debt (mil.)/% Cap. | $263/46% |

### Earnings & Valuation Metrics _____
| | 2013A | 2014E | 2015E | 2016E |
|---|---|---|---|---|
| Non-GAAP EPS | | | | |
| | $0.67 | $0.56 | $0.84 | $0.96 |
| P/E Ratios (Non-GAAP) | | | | |
| | 24.5x | 29.3x | 19.5x | 17.1x |
| GAAP EPS | | | | |
| | $0.73 | $0.32 | $0.84 | $0.96 |
| Revenues (mil.) | | | | |
| | $960 | $991 | $1,041 | $1,101 |

### Company Description _____
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.

**Footnotes:** Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 3 and Analyst Certification on page 3.**

© 2015 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com

**Home & Building Products: Floor Coverings** _____

## Solid 1Q15; Raising Est's From Raw Material Relief, Valuation Not Cheap

**Recommendation:** We reiterate our **Market Perform** rating. Interface executed well in 1Q15, and we are raising our estimates for the year on higher margin expectations. However, our estimates are still slightly below prior consensus (which seems to assume heady incremental margins), and valuation on our new model is roughly in-line with the historical median.

♦ **Interface reported $0.19 adjusted EPS for 1Q15, beating our $0.16 estimate and $0.15 consensus.** Total sales were +8.2% y/y (+16.9% ex-FX), beating our +5.5% model (+10.5% ex-FX) and +5.0% consensus. Interface had an extra week in 1Q15 vs. 1Q14 (we estimate the benefit at roughly +3% y/y growth). Adjusted 1Q operating results beat our model by $0.04 per share. Figure 1 compares our prior model to reported results.

♦ **Sales growth was strong in the Americas at +17% y/y as reported.** Non-office drove the domestic growth at +20%, but corporate office was also impressive at +13%. We peg the U.S. commercial carpet industry growth at high single digits during 1Q (so Interface likely gained share, at least vs. broadloom, after backing out the calendar benefit). Asia also performed well at +13% y/y as reported. Europe was +12% in local currency, but FX was a massive headwind so reported sales were -8% y/y.

♦ **Gross margin rose 200bps y/y to 36.1%, beating our 34.1% model and 34.4% consensus.** We applaud Interface's operational execution in this area, and given the potential for further savings on the raw materials side as the year progresses ($3-4 million benefits in 1Q, and $14 million in 2015, or ~$0.14 EPS), we are raising our 2015 gross margin estimate to 36.4% (from 34.5% prior). **That said, we also now expect SG&A expense of about $275 million for the year (above management's prior guidance of $250 million).**

♦ **Orders were +8.5% y/y to end 1Q15, above the roughly +5% y/y calendar adjusted sales growth, representing a positive book-to-bill ratio.** We believe order growth has also been +9% y/y in April, driven again by the Americas and Asia (Europe continues to largely tread water due to FX headwinds). **We now model 2Q15 sales at +1.6% y/y (+8.0% organically) from +3.0% (+8.0% organically) prior; consensus is +2%.**

♦ **Estimates:** Our new EPS estimates are $0.97 from $0.90 prior and $1.14 from $1.04 prior for 2015 and 2016, respectively. Fig. 2 summarizes the changes to our model.

**Valuation:** TILE currently trades at 20x our new forward EPS estimate of $1.01 (1.2x that of the current market multiple, matching the 10-year median). At over 1.3x sales, TILE is also approaching its all-time high valuation on this metric.

**April 29, 2015**

**Company Comment**

**Rating** _____
Market Perform 3

**Current and Target Price** _____
Current Price (Apr-29-15 close)    $19.96
Target Price:    NM
52-Week Range    $21.53 - $12.98
Suitability    Aggressive Growth

**Market Data** _____
Shares Out. (mil.)    66.3
Market Cap. (mil.)    $1,323
Avg. Daily Vol. (10 day)    381,628
Dividend/Yield    $0.18/0.9%
Book Value (Apr-15)    $4.45
ROE %    17%
LT Debt (mil.)/% Cap.    $259/46%

**Earnings & Valuation Metrics** _____

|  | 2014A | 2015E | 2016E | 2017E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
|  | 32.2x | 20.6x | 17.5x | 15.7x |

**Company Description** _____
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2014A | $0.06 | $0.20 | $0.13 | $0.24 | $0.62 | $0.37 | $1,004 |
| Old 2015E | 0.16 | 0.24 | 0.26 | 0.24 | 0.90 | 0.90 | 1,039 |
| **New 2015E** | **0.19A** | **0.26** | **0.27** | **0.26** | **0.97** | **0.97** | **1,041** |
| Old 2016E | 0.19 | 0.28 | 0.30 | 0.27 | 1.04 | 1.04 | 1,099 |
| **New 2016E** | **0.22** | **0.30** | **0.31** | **0.30** | **1.14** | **1.14** | **1,098** |
| Old 2017E | NA | NA | NA | NA | NA | NA | NA |
| **New 2017E** | **0.25** | **0.33** | **0.35** | **0.34** | **1.27** | **1.27** | **1,164** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 7 and Analyst Certification on page 7.**

© 2015 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com

**July 30, 2015**

**Company Comment**

**Rating _____**

Market Perform 3

**Current and Target Price_____**

| | |
|---|---|
| Current Price (Jul-29-15) | $24.32 |
| Target Price: | NM |
| 52-Week Range | $25.59 - $12.98 |
| Suitability | Aggressive Growth |

**Market Data _____**

| | |
|---|---|
| Shares Out. (mil.) | 66.0 |
| Market Cap. (mil.) | $1,605 |
| Avg. Daily Vol. (10 day) | 335,689 |
| Dividend/Yield | $0.16/0.7% |
| Book Value (Jul-15) | $4.79 |
| ROE % | 28% |
| LT Debt (mil.)/% Cap. | $252/44% |

**Earnings & Valuation Metrics_____**

| | 2014A | 2015E | 2016E | 2017E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
| | 39.2x | 21.1x | 18.1x | 16.5x |

**Company Description _____**

Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.

**Home & Building Products: Floor Coverings _____**

## Very Solid 2Q Via Gross Margins; Order Trends OK but Choppy

**Recommendation:** We reiterate our **Market Perform** rating. Interface posted excellent (and possibly record) 2Q gross margins mostly via a widening spread between pricing and raw material costs, directly leading to a solid 2Q beat. Accordingly, we are raising our estimates, which assume this spread continues. That said, sales and order trends remain a bit choppy and also impacted by the strengthening dollar, and our new estimates are close to prior consensus (suggesting upside to our numbers may already be reflected in the stock to some degree).

◆ **Interface reported 2Q EPS of $0.33, beating both our $0.26 estimate and the $0.29 consensus.** 2Q operating results beat our model by $0.06 per share, entirely due to gross margin (Figure 1). Total 2Q sales were +1.2% y/y as reported (RJ +1.6%, consensus +2.4%), including 10.4% y/y growth ex-forex (RJ +8.0%).

◆ **Gross margin (GM) was a big beat at 38.4% (+370 bp y/y and +230 bp sequentially), vs. our 36.2% model.** Higher selling prices (+220 bp y/y), lower raw material costs (+300 bp), and volume absorption all contributed. The achievement of higher selling prices in the current raw material backdrop is especially notable. We are raising our 3Q and 4Q GM estimates to 38.4% and 38.6%, respectively (from 36.5% and 36.7% prior).

◆ **The *Americas* business was strong at +9.5% y/y ex-forex and +7.0% as reported.** We believe the U.S. industry was up low/mid-single digits, suggesting Interface gained share in 2Q vs. the overall commercial carpet industry (which includes broadloom). Corporate office and hospitality end markets were strongest, while healthcare and retail were down. *Europe* also posted a strong growth rate at +15.7% y/y ex-forex (-6.6% y/y in USD).

◆ **Reported 2Q orders were -1% y/y and +7% y/y ex-forex, representing a mildly unfavorable book-to-bill (y/y order growth < sales growth).** This may in part be symptomatic of the weak May/June period the U.S. industry seems to have experienced. **We believe July orders are running -2% y/y in USD, with sales +2.5%.** Our new 3Q model is +7.2% y/y total sales (from +7.6% prior; Street +4.7%), or +13% y/y growth ex-forex (from +14% prior).

◆ **Estimates:** Our new EPS estimates are $1.15 from $0.97 prior and $1.34 from $1.14 prior for 2015 and 2016, respectively. Figure 2 summarizes the changes to our model.

**Valuation:** TILE closed at 19.4x our new forward EPS estimate of $1.25 (1.2x the current market multiple, approximating the 10-year median). That said, we suspect the shares will open higher (i.e., above the historical median relative valuation).



Source: Thomson Reuters.

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2014A | $0.06 | $0.20 | $0.13 | $0.24 | $0.62 | $0.37 | $1,004 |
| Old 2015E | 0.19A | 0.26 | 0.27 | 0.26 | 0.97 | 0.97 | 1,041 |
| **New 2015E** | **0.19A** | **0.33A** | **0.32** | **0.31** | **1.15** | **1.15** | **1,037** |
| Old 2016E | 0.22 | 0.30 | 0.31 | 0.30 | 1.14 | 1.14 | 1,098 |
| **New 2016E** | **0.27** | **0.35** | **0.36** | **0.35** | **1.34** | **1.34** | **1,095** |
| Old 2017E | 0.25 | 0.33 | 0.35 | 0.34 | 1.27 | 1.27 | 1,164 |
| **New 2017E** | **0.30** | **0.38** | **0.40** | **0.39** | **1.47** | **1.47** | **1,160** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 6 and Analyst Certification on page 6.**

© 2015 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com

**October 29, 2015**

**Company Comment**

Home & Building Products: Floor Coverings _____

## 3Q15 Miss on Soft Demand; Trimming Already Below-Consensus Estimates

**Recommendation:** We reiterate **Market Perform**. Interface continued its substantial y/y margin expansion in 3Q15, even with slowing demand trends; however, recent order rates have moderated sharply, and we continue to believe consensus expectations for 2016 are too high (especially related to SG&A leverage). Constructively, the forward P/E ratio off our newly trimmed estimates is approaching consensus and a historical "low water mark".

◆ **Interface reported 3Q15 EPS of $0.31, missing our $0.32 estimate, but matching $0.31 consensus.** Total 3Q sales were +1% y/y (+9.7% ex-FX); missing our +7% assumption (+13% ex-FX) and consensus of +5%. Relatedly, 3Q operating results missed our model by $0.02, entirely driven by sales (Fig. 1). The gross margin of 38.5% was +500bps y/y, ahead of our model slightly. We believe raw materials contributed about half of the y/y gross margin expansion, with the price/mix also up in the low/mid-single digits.

◆ **3Q shipments were up y/y in all three regions, with *Europe* once again leading the way.** Excluding currency effects, *Americas* was +7%, *Europe* was +20%, and *Asia-Pacific* was +5%. Interface's +7% growth in the *Americas* could suggest market share gains (we peg the U.S. commercial carpet industry, albeit inclusive of both broadloom and modular, as rising in the low-single-digits y/y in 3Q15).

◆ **3Q orders were -8% y/y (flat ex-FX), clearly decelerating during the quarter, as orders in July Interface were running -2% y/y (+7% ex-FX).** We believe the bulk of the slowdown was in the *Americas* segment, with the worst performance in the small Latin American business segment. This slowdown in domestic orders continued into October (see below).

◆ **4Q also appears to be off to a slow start, with orders only "slightly positive" y/y ex-FX.** We are trimming our 4Q15 model to -5% y/y total sales (-1% ex: FX) from -2% (+2% ex-FX) previously, below +2% y/y prior consensus for 4Q15 total sales. Our 4Q15 EPS estimate remains $0.31, compared to prior consensus of $0.35.

◆ **Estimates:** Our new EPS estimates are $1.13 from $1.15 and $1.32 from $1.34 prior for 2015 and 2016, respectively. Fig. 2 summarizes the changes to our model. **We remain below consensus for both sales and SG&A expense leverage in 2016.**

**Valuation:** TILE currently trades at 18x our new forward EPS estimate of $1.29 (105% of the current market multiple of 17.3x, compared to a 10-year median of 120%). TILE has only traded at a forward market multiple a handful of times over the past half-decade.

### Rating _____

Market Perform 3

### Current and Target Price _____

| | |
|---|---|
| Current Price (Oct-28-15) | $23.37 |
| Target Price: | NM |
| 52-Week Range | $27.17 - $14.49 |
| Suitability | High Risk/Growth |

### Market Data _____

| | |
|---|---|
| Shares Out. (mil.) | 65.9 |
| Market Cap. (mil.) | $1,540 |
| Avg. Daily Vol. (10 day) | 399,833 |
| Dividend/Yield | $0.20/0.9% |
| Book Value (Oct-15) | $4.97 |
| ROE % | 25% |
| LT Debt (mil.)/% Cap. | $233/41% |

### Earnings & Valuation Metrics _____

| | 2014A | 2015E | 2016E | 2017E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
| | 37.7x | 20.7x | 17.7x | 16.1x |

### Company Description _____

Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.



Source: Thomson Reuters.

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2014A | $0.06 | $0.20 | $0.13 | $0.24 | $0.62 | $0.37 | $1,004 |
| Old2015E | 0.19A | 0.33A | 0.32 | 0.31 | 1.15 | 1.15 | 1,037 |
| **New2015E** | **0.19A** | **0.33A** | **0.31A** | **0.31** | **1.13** | **1.13** | **1,014** |
| Old2016E | 0.27 | 0.35 | 0.36 | 0.35 | 1.34 | 1.34 | 1,095 |
| **New2016E** | **0.29** | **0.36** | **0.33** | **0.34** | **1.32** | **1.32** | **1,069** |
| Old2017E | 0.30 | 0.38 | 0.40 | 0.39 | 1.47 | 1.47 | 1,160 |
| **New2017E** | **0.31** | **0.39** | **0.37** | **0.38** | **1.45** | **1.45** | **1,133** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses. Raymond James has updated its suitability rating system, effective 9/29/15. Please see the disclosures for the definition of the suitability rating.

**Please read domestic and foreign disclosure/risk information beginning on page 8 and Analyst Certification on page 8.**

© 2015 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com
**Paul Ryan,** Res. Assoc., (727) 567-2349, Paul.Ryan@RaymondJames.com

**Home & Building Products: Floor Coverings** _____

## 4Q EPS Misses With Orders Slipping Further; Cutting Estimates

**Recommendation:** Reiterate **Market Perform**. We are cutting our estimates following weak sales and orders in 4Q15, the latter of which we believe deteriorated further thus far in 1Q16. While the relative valuation is below historical medians, we note that in the past the most important driver of the stock has been order patterns and book/bill (Fig. 3). Thus, for now we prefer to remain on the sidelines.

- **4Q15 adjusted EPS was $0.28, missing both our $0.31 estimate and $0.29 consensus.** Total 4Q sales were -9% y/y all-in (RJE -5%, Street -4%), and -3.5% y/y ex-FX (RJE -1%). Drilling down to regions, Americas was -8% y/y, Europe +7%, and Asia -5% (all ex-FX); the drop in the Americas was primarily driven by corporate office (-12% including FX). **Adjusted 4Q operating results missed our model by $0.04 per share** (Fig. 1).

- **Orders were also weak, ending the quarter -7% y/y. Interface typically fills about 90% of its 4Q ending orders in 1Q, which suggests 1Q16 sales will be down mid-high single digits y/y (consensus was +2%);** we are cutting our 1Q16 model to -8% y/y total sales (from +4% prior). **We believe orders thus far in 1Q16 are off over 10% y/y excluding calendar effects and FX, with particular softness in the Americas and Europe.**

- **Gross margin was a bright spot in the quarter at +625 bp y/y (vs. our model, a $0.04 favorable variance).** We believe raw material deflation added about 150 bp, with higher prices and higher production volumes contributing the remainder. **Gross margin was benefited by some additional production as Interface built up some inventory (+13% y/y with 4Q sales -9% y/y).** This additional inventory could pressure near-term gross margin should Interface choose to work off some of it.

- Further downside to our new model is possible via further strengthening of the dollar or additional deterioration in demand patterns. Upside could come from lower raw material costs (resulting from continued low oil prices eventually influencing the price of recycled fibers) or a sharper recovery in demand (Fig. 4-5).

- **Estimates:** Our new adjusted EPS estimates are $1.10 from $1.32 prior and $1.28 from $1.45 prior for 2016 and 2017, respectively. Fig. 2 summarizes the changes to our model.

**Valuation:** TILE currently trades at 16x our new 2016 adjusted EPS estimate (approximating the current market multiple, vs. a 10-year median of 1.2x).

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2014A | $0.06 | $0.20 | $0.13 | $0.24 | $0.62 | $0.37 | $1,004 |
| Old2015E | 0.19A | 0.33A | 0.31A | 0.31 | 1.13 | 1.13 | 1,014 |
| **New2015A** | **0.19** | **0.33** | **0.31** | **0.28** | **1.10** | **1.10** | **1,002** |
| Old2016E | 0.29 | 0.36 | 0.33 | 0.34 | 1.32 | 1.32 | 1,069 |
| **New2016E** | **0.18** | **0.32** | **0.30** | **0.30** | **1.10** | **1.10** | **997** |
| Old2017E | 0.31 | 0.39 | 0.37 | 0.38 | 1.45 | 1.45 | 1,133 |
| **New2017E** | **0.24** | **0.37** | **0.33** | **0.33** | **1.28** | **1.28** | **1,047** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 7 and Analyst Certification on page 7.**

© 2016 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

---

**February 25, 2016**

**Company Comment**

**Rating** _____

Market Perform 3

**Current and Target Price** _____

| | |
|---|---|
| Current Price (Feb-24-16) | $17.40 |
| Target Price: | NM |
| 52-Week Range | $27.17 - $15.30 |
| Suitability | High Risk/Growth |

**Market Data** _____

| | |
|---|---|
| Shares Out. (mil.) | 65.9 |
| Market Cap. (mil.) | $1,147 |
| Avg. Daily Vol. (10 day) | 465,411 |
| Dividend/Yield | $0.20/1.2% |
| Book Value (Jan-16) | $5.20 |
| ROE % | 21% |
| LT Debt (mil.)/% Cap. | $214/37% |

**Earnings & Valuation Metrics** _____

| | 2014A | 2015A | 2016E | 2017E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
| | 28.1x | 15.8x | 15.8x | 13.6x |

**Company Description** _____

Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.



Source: Thomson Reuters.

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com
**Paul Ryan,** Res. Assoc., (727) 567-2349, Paul.Ryan@RaymondJames.com

**Building Products: Floor Covering** _____

## Orders Drop 14% Y/Y at End of 1Q16; Cutting Estimates

**Recommendation:** Reiterate **Market Perform**. We are cutting our estimates, as order trends are weak and gross margin over the next few quarters is likely to be held down by under-absorption of fixed overhead given higher than expected post 1Q inventory levels. Interface's conference call is scheduled for 9 a.m. ET on April 28. We plan to publish further commentary and/or revised estimates after the call if appropriate.

- **1Q adjusted EPS was $0.20, beating our $0.18 estimate and matching $0.20 consensus.** Total 1Q sales were -6% y/y (including a -2% impact from one less week y/y); we were -8%, consensus -5%. Excluding forex, sales were -4% y/y (RJ -8%). **Adjusted 1Q operating results beat our model by $0.02, primarily due to a strong gross margin** (Fig. 1).

- **Sales in the Americas were -6% y/y.** Interface called out pockets of weakness in the U.S. in regions with significant exposure to oil and gas, along with project delays in the project management business. Corporate office was -5% y/y while non-office was -9% y/y. There may also be an increasing shift towards lower commercial price points, where Interface is underweight vs. competitors Mohawk and Shaw. **Europe was also soft at -9% y/y sales ex-forex.** Asia was +3% y/y.

- **Orders as of the end of 1Q were disappointing at -14% y/y; we believe orders through April are also off a similar y/y rate.** As such, we cut our 2Q16 sales model to -11% y/y (from +2% y/y prior; consensus +1% y/y). **Inventories were also heavy at the end of 1Q16 (+11% y/y).** As such, we expect production cuts will limit the potential for further gross margin expansion near term despite seasonally higher volumes. Our new 2Q16 adjusted EPS estimate is $0.24 (from $0.32 prior; consensus $0.34).

- **Estimates:** Our new adjusted EPS estimates for 2016 and 2017 are $1.00 ($1.10 prior) and $1.18 ($1.28 prior), respectively (see Fig. 2). Further upside to our estimates is possible if demand trends rebound and Interface nears its prior margin expansion goals. Downside could come from further turmoil in international markets or inflation in oil prices. Fig. 3-4 contains further upside/downside analysis.

**Valuation:** TILE is currently trading at 16.4x our new forward EPS estimate of $1.06, 90% of the current market multiple vs. the ten-year median of 120%. However, historically order trends have been one of the best indicators of relative performance (Fig. 5).

**April 28, 2016**

**Company Comment**

**Rating** _____

Market Perform 3

**Current and Target Price** _____
| | |
|---|---|
| Current Price (Apr-27-16) | $17.42 |
| Target Price: | NM |
| 52-Week Range | $27.17 - $13.70 |
| Suitability | High Risk/Growth |

**Market Data** _____
| | |
|---|---|
| Shares Out. (mil.) | 65.7 |
| Market Cap. (mil.) | $1,144 |
| Avg. Daily Vol. (10 day) | 427,937 |
| Dividend/Yield | $0.20/1.2% |
| Book Value (Apr-16) | $5.47 |
| ROE % | 14% |
| LT Debt (mil.)/% Cap. | $233/38% |

**Earnings & Valuation Metrics** _____
| | 2015A | 2016E | 2017E | 2018E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
| | 15.8x | 17.4x | 14.8x | 13.2x |

**Company Description** _____
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.



Source: Thomson Reuters.

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2015A | $0.19 | $0.33 | $0.31 | $0.28 | $1.10 | $1.10 | $1,002 |
| Old 2016E | 0.18 | 0.32 | 0.30 | 0.30 | 1.10 | 1.10 | 997 |
| **New 2016E** | **0.20A** | **0.24** | **0.24** | **0.32** | **1.00** | **1.00** | **956** |
| Old 2017E | 0.24 | 0.37 | 0.33 | 0.33 | 1.28 | 1.28 | 1,047 |
| **New 2017E** | **0.26** | **0.29** | **0.29** | **0.35** | **1.18** | **1.18** | **1,003** |
| Old 2018E | NA | NA | NA | NA | NA | NA | NA |
| **New 2018E** | **0.29** | **0.32** | **0.32** | **0.38** | **1.32** | **1.32** | **1,064** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 8 and Analyst Certification on page 8.**

© 2016 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com
**Paul Ryan,** Res. Assoc., (727) 567-2349, Paul.Ryan@RaymondJames.com

**Building Products: Floor Covering** _____

## Raising Estimates, but Two Key Pieces of Bear Case Remain

**Recommendation:**  Reiterate **Underperform.**  While Interface has made commendable progress in improving margins and filling orders, gross margins should flatten out from here given raw material and mix headwinds.  We remain concerned about (1) increasing competitive pressures in the U.S. and 2) post-"Brexit" risks in Europe (especially UK-based financial services verticals), where Interface has roughly 30% exposure to the continent.  Order rates, while not as grim as we originally feared, are still trending lower y/y through July (bolstered by European growth rates up double digits y/y – a level seemingly unsustainable).

♦ **Interface reported $0.32 adjusted EPS, beating our Street-low $0.24 estimate and $0.29 consensus**.  Total sales were -6% y/y (also -6% ex-FX), missing consensus of -3% but beating our admittedly dire -11% model (-12% ex-FX).  Adjusted operating results beat our model by $0.08 per share, primarily driven by margins (Fig. 1).  Refer to our brief for further commentary on the quarter.

♦ **Gross margins appear likely to hold steady at these levels for a while.**  Mild raw material inflation is likely to start working its way through the P&L (a gross margin headwind of 40-60 bp to 2H16 in aggregate).  Interface may also have a mix headwind from the retail installation sales that were delayed into the 2H.  These headwinds could be offset by higher production levels (production was -7% y/y in 2Q16 as inventories were trimmed).

♦ **We remain concerned about competitive pressures in the U.S.**  While both Interface and the commercial carpet industry posted modest y/y gains in price/mix in 2Q16, we believe pressure continues to build from the opening and mid-price points (i.e., "Main Street").  The potential 2017 entry of Engineered Floors (privately held) into modular carpet manufacturing could exacerbate the problem as it would create additional industry capacity in the form of a competitor with a history of aggressive/low cost pricing tactics.

♦ **Estimates:**  Our new adjusted EPS estimates are $1.16 from $1.00 prior and $1.25 from $1.18 prior for 2016 and 2017, respectively.  The primary driver of the increase is higher gross margins, reflecting Interface's improvements in production efficiency.  Fig. 2 summarizes the changes to our model.  It is possible the gap between our new estimates and eventual consensus will be less pronounced (removing one piece of our prior thesis).

**Valuation:**  TILE trades at 14x our new forward EPS estimate of $1.24, or 80% of the current forward market multiple. Outside of late '08/early '09, the historical range has been 50-150%.

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2015A | $0.19 | $0.33 | $0.31 | $0.28 | $1.10 | $1.10 | $1,002 |
| Old 2016E | 0.20A | 0.24 | 0.24 | 0.32 | 1.00 | 1.00 | 956 |
| **New 2016E** | **0.20A** | **0.32A** | **0.32** | **0.32** | **1.16** | **1.16** | **978** |
| Old 2017E | 0.26 | 0.29 | 0.29 | 0.35 | 1.18 | 1.18 | 1,003 |
| **New 2017E** | **0.25** | **0.34** | **0.33** | **0.32** | **1.25** | **1.25** | **1,007** |
| Old 2018E | 0.29 | 0.32 | 0.32 | 0.38 | 1.32 | 1.32 | 1,064 |
| **New 2018E** | **0.29** | **0.37** | **0.36** | **0.35** | **1.37** | **1.37** | **1,067** |

Rows may not add due to rounding.  Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 7 and Analyst Certification on page 8.**

**July 29, 2016**

**Company Comment**

**Rating** _____

Underperform 4

**Current and Target Price** _____
| | |
|---|---|
| Current Price (Jul-29-16 1:41 p.m.) | $17.90 |
| Target Price: | NM |
| 52-Week Range | $27.17 - $13.70 |
| Suitability | Not Meaningful |

**Market Data** _____
| | |
|---|---|
| Shares Out. (mil.) | 65.4 |
| Market Cap. (mil.) | $1,171 |
| Avg. Daily Vol. (10 day) | 646,824 |
| Dividend/Yield | $0.20/1.1% |
| Book Value (Jul-16) | $5.52 |
| ROE % | 23% |
| LT Debt (mil.)/% Cap. | $224/37% |

**Earnings & Valuation Metrics** _____
| | 2015A | 2016E | 2017E | 2018E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
| | 16.3x | 15.4x | 14.3x | 13.1x |

**Company Description** _____
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile).  Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.


Source: Thomson Reuters.

© 2016 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:**  The Raymond James Financial Center  |  880 Carillon Parkway  |  St. Petersburg, Florida 33716  |  800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Budd Bugatch,** CFA, (727) 567-2527, Budd.Bugatch@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com
**Paul Ryan,** Res. Assoc., (727) 567-2349, Paul.Ryan@RaymondJames.com

**October 26, 2016**

**Company Comment**

### Rating _____
Underperform 4

### Building Products: Floor Covering _____

### 3Q Gross Margins Miss Badly; Issues Likely Continue Near Term

**Recommendation:** Reiterate **Underperform**. We continue to be worried about increasing competitive pressures in the U.S. and post-Brexit fallout in Europe. These concerns are now further compounded by near-term gross margin headwinds that may linger a while from a surprisingly challenging warehouse consolidation. Interface's conference call is scheduled for 9 a.m. ET on October 27; we will publish further commentary after the call if needed.

♦ **Interface reported $0.25 adjusted EPS for 3Q16, missing our $0.32 estimate and $0.32 consensus.** Total 3Q sales were -2% y/y (RJ flat, consensus -1%). **Adjusted 3Q operating results missed our model by $0.07, almost entirely on gross margin**.

♦ **3Q gross margin was disappointing at 37.4%, badly missing both our 39.7% model as well as consensus at 39.6%.** Recall, on the 2Q conference call on July 28, management indicated gross margin expectations in the "mid- to high-39% range". However, beginning in August, the company struggled with transitioning its warehouse consolidation in the Americas due in part to inadequate systems capacity, which created duplicate costs of roughly $3 million (110 bp of GM pressure, or about $0.03 EPS). Interface also cut production levels, in part due to the warehouse bottlenecks, which further hurt margin by perhaps 50 bps (another $0.01 EPS). **We believe these problems are likely to persist at least for 4Q and have yet to sequentially improve here in October.** Management guided for FY gross margin to be "north of 38%", which implies 4Q gross margins similar to 3Q; our new 4Q model is 37.3%; prior consensus was 39.5%.

♦ 3Q sales in *Americas* were -3% y/y, with the U.S. -4% y/y (we believe the domestic industry was down low single digits, so Interface may have lost some share). While projects have started being released in the InterfaceServices business, the core corporate office business was -10% y/y. Sales in *Europe* were -6% y/y (largely in the U.K.), with sales in *Asia-Pacific* +7% y/y.

♦ **Orders were +1% y/y as of the end of the September, representing a positive book to bill ratio.** Orders improved as the quarter progressed, which is encouraging, though **we believe orders in October to date are -5% y/y in part due to a tougher prior year comparison. We are trimming our 4Q sales model slightly to +2% y/y from +3% prior.**

♦ **Estimates:** Our new adjusted EPS estimates are $1.02 from $1.16 prior and $1.14 from $1.25 prior for 2016 and 2017, respectively. Fig. 2 summarizes the changes to our model.

**Valuation:** TILE trades at 14x our new forward EPS estimate of $1.10 (84% of the market multiple vs. the ten-year median of 120%).

### Current and Target Price _____
| | |
|---|---|
| Current Price (Oct-26-16) | $15.75 |
| Target Price: | NM |
| 52-Week Range | $23.45 - $13.70 |
| Suitability | Not Meaningful |

### Market Data _____
| | |
|---|---|
| Shares Out. (mil.) | 64.8 |
| Market Cap. (mil.) | $1,021 |
| Avg. Daily Vol. (10 day) | 371,862 |
| Dividend/Yield | $0.24/1.5% |
| Book Value (Oct-16) | $5.83 |
| ROE % | 17% |
| LT Debt (mil.)/% Cap. | $218/35% |

### Earnings & Valuation Metrics _____
| | 2015A | 2016E | 2017E | 2018E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
| | 14.3x | 15.4x | 13.8x | 11.8x |

### Company Description _____
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.



Source: Thomson Reuters.

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2015A | $0.19 | $0.33 | $0.31 | $0.28 | $1.10 | $1.10 | $1,002 |
| Old 2016E | 0.20A | 0.32A | 0.32 | 0.32 | 1.16 | 1.16 | 978 |
| **New 2016E** | **0.20A** | **0.32A** | **0.25A** | **0.26** | **1.02** | **1.02** | **971** |
| Old 2017E | 0.25 | 0.34 | 0.33 | 0.32 | 1.25 | 1.25 | 1,007 |
| **New 2017E** | **0.20** | **0.32** | **0.31** | **0.31** | **1.14** | **1.14** | **995** |
| Old 2018E | 0.29 | 0.37 | 0.36 | 0.35 | 1.37 | 1.37 | 1,067 |
| **New 2018E** | **0.28** | **0.36** | **0.35** | **0.34** | **1.33** | **1.33** | **1,054** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 7 and Analyst Certification on page 8.**

© 2016 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com
**Paul Ryan,** Res. Assoc., (727) 567-2349, Paul.Ryan@RaymondJames.com

**Building Products: Floor Covering** _____

## Reiterate Underperform; Incremental Competition/European Pressures Remain

**Recommendation:** We reiterate our **Underperform** rating. Interface improved its SG&A execution in 4Q16 and we expect gross margin will also step higher in 1Q17 following the completion of its distribution center transition. However, the original pillars of our negative thesis (incremental competitive pressures and Brexit risks) remain, thus placing guidance and consensus expectations at risk, in our view.

♦ **Interface reported adjusted EPS of $0.28 for 4Q16, beating our $0.20 estimate and $0.24 consensus.** Total sales were -3% y/y, missing our -2% model and +1% consensus. On its January 6 conference call, where 4Q results were essentially pre-released, management implied 4Q16 sales would be -2% to +3%, so actual 4Q sales missed these guided levels as well (Street 4Q sales were +2% y/y prior to the January call). Figure 1 compares our prior model to reported results – note that 4Q SG&A was materially better than disclosed on January 6 (a $0.04 favorable variance), in part due to lower bonus payouts. Refer to our brief for further 4Q commentary.

♦ **We remain concerned about industry capacity additions and resultant pricing and competitive pressures in Interface's major markets.** New carpet tile production capacity is being added in both North America and Europe (and some of the new entrants have a history of aggressive pricing behavior). As such, our new model assumes gross margin stays in the range reported in the last two years (rather than improving toward management's stated 40% goal).

♦ **We also believe risk remains to Interface's European business from a macro perspective.** 4Q sales were -18% y/y in local currency in the UK. While recent order trends have been more positive, much remains to be worked out regarding the UK's exit from the EU (not to mention any further disruptions to the region around the upcoming French elections in April), and the financial services industry is a significant carpet tile consumer in Europe. Our 2017 sales growth expectation is 100 bp below that of management and prior consensus.

♦ **Estimates:** Our adjusted EPS estimate remains $1.10 for 2017; our new 2018 estimate is $1.25, from $1.26 prior. Figure 2 summarizes the changes to our model.

**Valuation:** TILE currently trades at 16.8x our 2017 adjusted EPS estimate (94% of the current market multiple vs. the 10-year median of 120%).

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2015A | $0.19 | $0.33 | $0.31 | $0.28 | $1.10 | $1.10 | $1,002 |
| Old 2016E | 0.20A | 0.32A | 0.25A | 0.20 | 0.96 | 0.77 | 962 |
| **New 2016A** | **0.20** | **0.32** | **0.25** | **0.28** | **1.03** | **0.83** | **959** |
| Old 2017E | 0.16 | 0.30 | 0.32 | 0.32 | 1.10 | 1.01 | 984 |
| **New 2017E** | **0.19** | **0.30** | **0.31** | **0.30** | **1.10** | **1.02** | **984** |
| Old 2018E | 0.27 | 0.33 | 0.33 | 0.32 | 1.26 | 1.26 | 1,042 |
| **New 2018E** | **0.23** | **0.34** | **0.35** | **0.34** | **1.25** | **1.25** | **1,035** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 6 and Analyst Certification on page 6.**

**February 23, 2017**

**Company Comment**

**Rating** _____

Underperform 4

**Current and Target Price** _____
Current Price (Feb-23-17 close)          $18.45
Target Price:                                         NM
52-Week Range                      $19.30 - $13.70
Suitability                               Not Meaningful

**Market Data** _____
Shares Out. (mil.)                                  64.6
Market Cap. (mil.)                              $1,192
Avg. Daily Vol. (10 day)                   514,143
Dividend/Yield                            $0.24/1.3%
Book Value (Jan-17)                           $5.28
ROE %                                                 21%
LT Debt (mil.)/% Cap.                   $270/43%

**Earnings & Valuation Metrics** _____

|  | 2015A | 2016A | 2017E | 2018E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
|  | 16.8x | 17.9x | 16.8x | 14.8x |

**Company Description** _____
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.



Source: Thomson Reuters.

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com
**Paul Ryan,** Res. Assoc., (727) 567-2349, Paul.Ryan@RaymondJames.com

**Building Products: Floor Covering** _____

## 1Q Results Miss Consensus (But Beat Us); Gross Margins to Moderate

**Recommendation:** Reiterate **Underperform**. We believe ramping competitive pressures (including industry capacity additions) limit medium-term earnings potential. Perhaps relatedly, during 1Q Interface opted not to raise selling prices domestically amid rising input cost inflation - despite its peers doing so – and yet seemed to only keep pace with the overall industry growth. While we are raising our estimates, we remain below prior consensus.

◆ **Interface reported 1Q adjusted EPS of $0.21, beating our Street-low $0.19 estimate but missing $0.23 consensus** as well as most estimates therein.

◆ **Total 1Q sales were -0.7% y/y (RJ -4.2%, Street +0.4%). Constructively, adjusted 1Q operating results beat our model by $0.04 and was basically in-line with consensus.** This favorable variance vs. our model was largely driven by gross margin (Fig. 1), which at 39.7% was a 1Q record. That said, 1Q gross margin likely represents a FY17 high-water-mark as raw material inflation and FLOR restructuring represent incremental headwinds.

◆ **Sales in the Americas were +0.5% y/y, with U.S. sales declining y/y.** We believe the commercial carpet industry (both broadloom and modular combined) was down low single-digits y/y during 1Q, so **it is not clear if Interface gained or lost domestic share despite not raising selling prices, unlike many of its U.S. peers.** Sales in Europe were +3% y/y in local currency (-3% in dollars), while Asia-Pacific was -2.5% y/y.

◆ **We were encouraged to see 1Q-ending orders +2.5% y/y, for a favorable book-to-bill. Further, we believe this pace continued through April, although we imagine the Easter timing makes read-through a challenge.** Over the last five years, the average 2Q fill rate is 107% of the 1Q-ending orders. If 2Q follows this pattern, 2Q sales would be -1.7% y/y (prior consensus +2.7%). However, we continue to expect organic growth will pick up in 2Q due to an easier prior year comparison and the ramp up of the LVT business. Our new 2Q total sales growth assumption is +2.8% y/y (+4.5% organically).

◆ **Interface reiterated full-year guidance.** Specifically, total sales growth is expected to sequentially accelerate to 3-4% for FY17 (prior consensus +3.4%, new RJ model +3.2%), gross margin to sequentially decline for FY17 to 38.0-38.5% (prior consensus 38.4%, new RJ model 38.5%), and S&A expense to continue at the 1Q run-rate at $260-265 million (prior consensus $263.7 million, new RJ model $267.2 million).

◆ **Estimates:** Our new adjusted EPS estimates are $1.14 from $1.10 prior and $1.28 from $1.25 prior for 2017 and 2018, respectively. Fig. 2 summarizes the changes to our model.

**Valuation:** TILE currently trades at 16.8x our new forward adjusted EPS estimate of $1.19 (95% of the current market multiple vs. the 5-year trough of 75%).

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2016A | $0.20 | $0.32 | $0.25 | $0.28 | $1.03 | $0.83 | $959 |
| Old 2017E | 0.19 | 0.30 | 0.31 | 0.30 | 1.10 | 1.02 | 984 |
| **New 2017E** | **0.21A** | **0.30** | **0.32** | **0.31** | **1.14** | **1.06** | **990** |
| Old 2018E | 0.23 | 0.34 | 0.35 | 0.34 | 1.25 | 1.25 | 1,035 |
| **New 2018E** | **0.26** | **0.34** | **0.35** | **0.34** | **1.28** | **1.28** | **1,043** |
| Old 2019E | NA | NA | NA | NA | NA | NA | NA |
| **New 2019E** | **0.30** | **0.36** | **0.36** | **0.36** | **1.38** | **1.38** | **1,095** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 6 and Analyst Certification on page 6.**

---

**April 26, 2017**

**Company Comment**

**Rating** _____

Underperform 4

**Current and Target Price** _____
| | |
|---|---|
| Current Price (Apr-26-17 close) | $19.95 |
| Target Price: | NM |
| 52-Week Range | $20.10 - $14.56 |
| Suitability | Not Meaningful |

**Market Data** _____
| | |
|---|---|
| Shares Out. (mil.) | 64.1 |
| Market Cap. (mil.) | $1,279 |
| Avg. Daily Vol. (10 day) | 387,255 |
| Dividend/Yield | $0.24/1.2% |
| Book Value (Apr-17) | $5.17 |
| ROE % | 16% |
| LT Debt (mil.)/% Cap. | $223/39% |

**Earnings & Valuation Metrics** _____
| | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
| | 19.4x | 17.5x | 15.6x | 14.5x |

**Company Description** _____
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.



Source: Thomson Reuters.

---

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

# RAYMOND JAMES®

## U.S. Research
Published by Raymond James & Associates

# Interface, Inc.

(TILE-NASDAQ)

**Sam Darkatsh,** (727) 567-2537, Sam.Darkatsh@RaymondJames.com
**Joshua Wilson,** CFA, Sr. Res. Assoc., (727) 567-2647, Joshua.Wilson@RaymondJames.com
**Paul Ryan,** Sr. Res. Assoc., (312) 612-7719, Paul.Ryan@RaymondJames.com

**Building Products: Floor Covering** _____

## SG&A Control Leads to 2Q Beat; Still Concerned About Industry Capacity

**Recommendation:** We reiterate our **Underperform** rating. We were pleasantly surprised by Interface's SG&A expense control and its improved order book in 2Q. Our thesis, however, remains that additional industry capacity coming in both the U.S. and Europe, combined with increasingly challenging European and Chinese commercial markets, will dampen sales and gross margins over the next year or so. Despite the encouraging 2Q beat, we are trimming our 2H17 EPS estimates given worsening raw material pressures.

♦ **Interface reported 2Q17 adjusted EPS of $0.33, beating our $0.30 estimate and $0.31 consensus.** Total 2Q sales were +1% y/y, missing our +3% model (also consensus). **Adjusted 2Q operating results beat our model by $0.03, entirely due to SG&A expense control** (Fig. 1). Similarly, 2Q operating results also beat consensus via SG&A.

♦ **While SG&A did land within management's expectations (and reiterated SG&A guidance in dollars for the year), it's encouraging to see follow-through in spending discipline.** 2Q17 SG&A was 25.8% of sales, the lowest level since 2014.

♦ That said, Interface also reiterated its annual gross margin guidance of 38.0-38.5%, which implies heavier sequential pressure in 2H than we anticipated via both raw material inflation as well as efforts to keep inventories in-line. As such, **we are cutting our 2H17 gross margin model to 37.5%, from 37.9% prior, and our 2H EPS estimates as a result**.

♦ **Organic 2Q orders grew +6% y/y, exceeding organic sales growth of +4% y/y.** As we have noted in the past, the ratio of order growth to sales growth (book-to-bill) tends to coincide with the relative share price performance (Fig. 3), so the improved 2Q order trend represents the absence of a prior bearish data point.

♦ **Prior quarter order fill in 2Q (2Q sales divided by 1Q orders) surpassed the historical median** (Fig. 4). If Interface matches the historical median of seasonal order fill near-term, 3Q17 sales will be +2.7% y/y to $255 million – suggestive of in-line 3Q sales vs. current Street expectations ($257 million); our new 3Q sales model is $256 million from $258 million prior. Interface reiterated its FY17 organic sales growth guidance of +3-4%.

♦ **Estimates:** Our new adjusted EPS estimates are $1.15 from $1.14 and $1.30 from $1.28 for 2017 and 2018, respectively. Fig. 2 summarizes the changes to our model.

**Valuation:** TILE currently trades at 15x our new forward EPS estimate of $1.23, 86% of the current market multiple vs. the five-year median of 118%.

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2016A | $0.20 | $0.32 | $0.25 | $0.28 | $1.03 | $0.83 | $959 |
| Old 2017E | 0.21A | 0.30 | 0.32 | 0.31 | 1.14 | 1.06 | 990 |
| **New 2017E** | **0.21A** | **0.33A** | **0.31** | **0.30** | **1.15** | **1.07** | **980** |
| Old 2018E | 0.26 | 0.34 | 0.35 | 0.34 | 1.28 | 1.28 | 1,043 |
| **New 2018E** | **0.27** | **0.35** | **0.35** | **0.33** | **1.30** | **1.30** | **1,040** |
| Old 2019E | 0.30 | 0.36 | 0.36 | 0.36 | 1.38 | 1.38 | 1,095 |
| **New 2019E** | **0.31** | **0.36** | **0.37** | **0.35** | **1.39** | **1.39** | **1,092** |

Rows may not add due to rounding. Non-GAAP EPS excludes one-time items and results from divested businesses.

**Please read domestic and foreign disclosure/risk information beginning on page 7 and Analyst Certification on page 7.**

---

**July 26, 2017**

**Company Comment**

**Rating** _____

Underperform 4

**Current and Target Price** _____
| | |
|---|---|
| Current Price (Jul-26-17 close) | $18.80 |
| Target Price: | NM |
| 52-Week Range | $21.05 - $14.59 |
| Suitability | Not Meaningful |

**Market Data** _____
| | |
|---|---|
| Shares Out. (mil.) | 62.8 |
| Market Cap. (mil.) | $1,181 |
| Avg. Daily Vol. (10 day) | 338,342 |
| Dividend/Yield | $0.24/1.3% |
| Book Value (Jul-17) | $5.29 |
| ROE % | 25% |
| LT Debt (mil.)/% Cap. | $230/39% |

**Earnings & Valuation Metrics** _____
| | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | | | | |
| | 18.3x | 16.3x | 14.5x | 13.5x |

**Company Description** _____
Interface, Inc., headquartered in Atlanta, Georgia, is the world`s #1 producer of modular carpet (also known as carpet tile). Typical modular applications include office, government, hospitality, retail, education, and healthcare facilities.


Source: Thomson Reuters.

© 2017 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

**International Headquarters:** The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863