# Exhibit D

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

_____

**Form 10-K**

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

**For the Fiscal Year Ended January 1, 2017**

**Commission File No.: 001-33994**

**Interface, Inc.**
*(Exact name of registrant as specified in its charter)*

| **Georgia** | **58-1451243** |
|---|---|
| *(State of incorporation)* | *(I.R.S. Employer Identification No.)* |

| **2859 Paces Ferry Road, Suite 2000** | |
| **Atlanta, Georgia** | **30339** |
| *(Address of principal executive offices)* | *(zip code)* |

Registrant's telephone number, including area code: **(770) 437-6800**

Securities Registered Pursuant to Section 12(b) of the Act:

| <u>Title of Each Class</u> | <u>Name of Each Exchange on Which Registered:</u> |
|---|---|
| Common Stock, $0.10 Par Value Per Share | Nasdaq Global Select Market |
| Series B Participating Cumulative Preferred Stock Purchase Rights | Nasdaq Global Select Market |

Securities Registered Pursuant to Section 12(g) of the Act:  **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. YES ☑ NO ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. YES ☐ NO ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☑ NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Date File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). YES ☑ NO ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and a "smaller reporting company" in Rule 12b-2 of the Securities Exchange Act of 1934. (Check one):

Large Accelerated Filer ☑    Accelerated Filer ☐    Non-Accelerated Filer ☐    Smaller Reporting Company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES ☐ NO ☑

Aggregate market value of the voting and non-voting stock held by non-affiliates of the registrant as of July 1, 2016: $1,199,061,440 (63,275,010 shares valued at the closing sale price of $15.42 on July 1, 2016). See Item 12.

Number of shares outstanding of each of the registrant's classes of Common Stock, as of February 17, 2017:

| <u>Class</u> | <u>Number of Shares</u> |
|---|---|
| Common Stock, $0.10 par value per share | 64,230,649 |

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Proxy Statement for the 2017 Annual Meeting of Shareholders are incorporated by reference into Part III.

Table of Contents

**ITEM 6. SELECTED FINANCIAL DATA**

We derived the summary consolidated financial data presented below from our audited consolidated financial statements and the notes thereto for the years indicated. You should read the summary financial data presented below together with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and the audited consolidated financial statements and notes thereto included within this document. Amounts for all periods presented have been adjusted for discontinued operations.

| | | Selected Financial Data[1] | | | |
|---|---|---|---|---|---|
| | **2016** | **2015** | **2014** | **2013** | **2012** |
| | *(in thousands, except per share data and ratios)* | | | | |
| Net sales | $ 958,617 | $ 1,001,863 | $ 1,003,903 | $ 959,989 | $ 932,020 |
| Cost of sales | 589,973 | 618,974 | 663,876 | 618,880 | 614,841 |
| Operating income[2] | 84,937 | 113,593 | 70,295 | 95,630 | 64,648 |
| Income from continuing operations[3] | 54,162 | 72,418 | 24,808 | 48,255 | 22,899 |
| Income (loss) from discontinued operations, net of tax | 0 | 0 | 0 | 0 | (16,956) |
| Net income | 54,162 | 72,418 | 24,808 | 48,255 | 5,943 |
| Income from continuing operations per common share attributable to Interface, Inc. | | | | | |
| Basic | $ 0.83 | $ 1.10 | $ 0.37 | $ 0.73 | $ 0.35 |
| Diluted | $ 0.83 | $ 1.10 | $ 0.37 | $ 0.73 | $ 0.35 |
| Average Shares Outstanding | | | | | |
| Basic | 65,098 | 66,027 | 66,389 | 66,194 | 65,767 |
| Diluted | 65,136 | 66,075 | 66,448 | 66,297 | 65,900 |
| Cash dividends per common share | $ 0.22 | $ 0.18 | $ 0.14 | $ 0.11 | $ 0.09 |
| Property additions | 28,071 | 27,188 | 38,922 | 91,851 | 42,428 |
| Depreciation and amortization[4] | 36,505 | 44,751 | 34,675 | 32,605 | 29,175 |
| Working capital | $ 321,829 | $ 245,391 | $ 240,881 | $ 257,918 | $ 273,213 |
| Total assets | 839,573 | 756,549 | 774,914 | 796,335 | 789,367 |
| Total long-term debt | 270,347 | 213,531 | 263,338 | 273,826 | 275,000 |
| Shareholders' equity | 340,729 | 342,366 | 306,639 | 340,787 | 295,702 |
| Current ratio[5] | 3.0 | 2.6 | 2.7 | 3.0 | 2.7 |

_____

(1)    In the third quarter of 2012, we sold our Bentley Prince Street business. The balances have been adjusted to reflect the discontinued operations of this business.

(2)    The following charges and items are included in our operating income. In 2016 we recorded restructuring and asset impairment charges of $19.8 million. In 2014, we recorded restructuring and asset impairment charges of $12.4 million. In 2013, we recorded a gain of approximately $7.0 million related to the final settlement of our insurance claim relating to the Australia fire. In 2012, we recorded restructuring and asset impairment charges of $19.4 million as well as expenses related to the Australia fire of $1.7 million.

(3)    Included in 2014 net income is $9.2 million of pre-tax expenses related to the premium paid to redeem senior note debt as well as $2.8 million related to the unamortized debt cost that related to these notes at redemption. Included in the 2013 net income are $1.7 million of expenses related to the retirement of debt, and a one-time tax dispute resolution benefit of $1.9 million.

(4)    Includes stock compensation amortization.

(5)    Current ratio is the ratio of current assets to current liabilities.

19

Table of Contents

In the Asia-Pacific region, our weighted average selling price per square meter declined approximately 1% in 2016 compared with 2015. The 2% sales increase in the region was evenly split between Australia and Asia, with both geographic markets seeing a 2% increase in revenue. In local currency, the increase in Australia was approximately 3%. The increase in sales in the Asia-Pacific region was experienced in the corporate office market segment (up 5%), which represents the majority of sales within the region. This increase was a result of large development projects that led to increases in the first half of the year, particularly in Australia. The only other market segment in the region that experienced an increase of significance was the hospitality segment (up 24%), due to investment in additional selling resources in the region which led to greater market share. Within the region, the sales increases in corporate and hospitality segments were offset by declines in the retail (down 31%) and education (down 11%) market segments.

*Net Sales for 2015 compared with 2014*

For 2015, our net sales were essentially flat as compared to 2014. As discussed above, the largest global driver of this result was the significant devaluation of foreign currencies against the U.S. dollar. The approximate negative impact on sales from the decline of foreign currencies was $79.5 million, meaning that if currency levels had remained consistent year over year, our 2015 sales would have been higher by this amount. On a geographic basis, we experienced a sales increase in the Americas of 3.4%, and decreases in Europe of 5.1% and Asia-Pacific of 4.9%. The declines in Europe and Asia-Pacific are largely a result of the currency impacts discussed above.

In the Americas, our weighted average selling price per square yard increased approximately 3.5% for the year, reflecting that the sales growth in the region was largely due to increased selling prices as overall sales volume remained relatively constant versus 2014. In the Americas, the sales increase in dollars occurred almost equally in the corporate office (up 4%) and hospitality (up 36%) market segments. The increase in hospitality is due to the continued sales efforts in this segment, as the Company has continued to invest resources in building our sales force in this market. The adoption rate for modular carpet in hospitality spaces has increased due to these efforts, and our sales continue to improve. The increase in the corporate office segment is due to the steady improvement in the U.S. economy as well as our conversion of customers from other flooring surfaces (such as broadloom carpet) to modular carpet. These increases were partially offset by small declines in the government (down 3%) and retail (down 1%) market segments, with sales in our other non-office market segments essentially flat.

In Europe, the sales increase in local currency was 13.6%, but this was offset entirely by the impacts of a weaker Euro and, as translated into U.S. dollars, the decline was 5.1%. In local currency, the weighted average selling price per square yard for the region increased approximately 5%. In local currency, the corporate office segment was up 16%, which was largely due to the recovery in the European economy during the year which led to carpet purchases for new and refurbished office environments. In Europe, the majority of sales for the region occur in the corporate office market. In addition, we had sales increases in the retail (up 26%) and education (up 33%) market segments in Europe. The increase in education sales is due to a targeted focus on higher education customers across the region, particularly in the United Kingdom and France. The increase in the retail segment sales is due to the successes of our segmentation strategy in the region and was experienced across Europe.

In Asia-Pacific, the sales decline of 4.9% as reported in U.S. dollars is reflective of the impact of the devaluation of the Australian dollar during the year. In local currency, the sales increase Asia-Pacific was approximately 5%. The weighted average selling price per square yard for the region declined approximately 7%. This percentage decline was also largely driven by the decline in the Australian dollar, as in local currency in Australia the weighted average selling price per square yard increased approximately 3% and the average selling price per square yard in Asia was down less than 1%. The sales increase in local currency in the region was driven by the corporate office segment, which is the bulk of the region's sales. In U.S. dollars, the corporate office segment was up approximately 1%, and the hospitality segment was up nearly 12%, as the efforts to penetrate this growing market in the region continue. All other market segments in the region experienced declines for the year as compared to 2014.

**Cost and Expenses**

The following table presents our overall cost of sales and selling, general and administrative expenses during the past three years:

| Cost and Expenses | Fiscal Year | | | Percentage Change | |
| --- | --- | --- | --- | --- | --- |
| | **2016** | **2015** | **2014** | **2016 compared with 2015** | **2015 compared with 2014** |
| | *(in thousands)* | | | | |
| Cost of Sales | $ 589,973 | $ 618,974 | $ 663,876 | (4.7%) | (6.8%) |
| Selling, General and Administrative Expenses | 263,919 | 269,296 | 257,346 | (2.0%) | 4.6% |
| Total | $ 853,892 | $ 888,270 | $ 921,222 | (3.9%) | (3.6%) |

23