# Exhibit F

**Alleged Expense Under-Accruals and Over-Valuation of the CSV**

| | Alleged expense under-accruals | | | | Alleged over-valuation of the CSV |
|---|---|---|---|---|---|
| | Management cash bonus | Management stock award | Consultant's bonus | Total | |
| 2Q15 | $1,580,000 | N/A | N/A | $1,580,000 | N/A |
| 3Q15 | $1,570,000 | $628,000 | $225,000 | $2,423,000 | $697,000 |
| 4Q15 | $749,000 | N/A | $225,000 | $974,000 | $653,000 |
| 1Q16 | $1,049,000 | $387,000 | N/A | $1,436,000 | $994,000 |
| 2Q16 | $951,000 | $774,000 | N/A | $1,725,000 | $179,000 |

Source:  AC ¶¶ 48, 49, 57, 62–63, 67, 69, 71, 74, 76, 79, 84, 86, 88.

**Alleged Effect on Whether Interface Missed, Met, or Beat Consensus EPS**

| Quarter | Consensus EPS | Reported EPS | Alleged Actual EPS | Alleged Qualitative Impact |
|---|---|---|---|---|
| 2Q15 | $0.29 | $0.33 | $0.31 | Beat by 4 cents instead of by 2 cents |
| 3Q15 | $0.31 | $0.31 | $0.27 | Met instead of missing by 4 cents |
| 4Q15 | $0.29 | $0.28 | $0.26 | Missed by 1 cent instead of by 3 cents |
| 1Q16 | $0.20 | $0.20 | $0.17 | Met instead of missing by 3 cents |
| 2Q16 | $0.29 | $0.32 | $0.30 | Beat by 3 cents instead of by 1 cent |

Source:  AC ¶¶ 42, 48–51, 65, 66, 72, 73, 81, 89, 90.