# Exhibit G

**Historical Stock Price for Interface, Inc. (TILE)**



Source:  Bloomberg

Currency in USD

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| 9/28/2020 | 6.26 | 6.54 | 6.26 | 6.38 | 6.37 | 631,500 |
| 9/29/2020 | 6.37 | 6.37 | 6.11 | 6.18 | 6.17 | 419,600 |
| 9/30/2020 | 6.23 | 6.40 | 6.09 | 6.12 | 6.11 | 326,600 |
| 10/1/2020 | 6.12 | 6.32 | 6.08 | 6.30 | 6.29 | 442,400 |
| 10/2/2020 | 6.12 | 6.66 | 6.12 | 6.60 | 6.59 | 409,500 |

\*   Close price adjusted for splits.
\*\*  Adjusted close price adjusted for both dividends and splits.

Source:  Interface (TILE), Yahoo! Finance, https://tinyurl.com/27dz9kcb.