# Exhibit I

Table Of Contents

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 10-Q

☑    Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For Quarterly Period Ended July 5, 2015

Commission File Number 001-33994

INTERFACE, INC.
(Exact name of registrant as specified in its charter)

| GEORGIA | 58-1451243 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

2859 PACES FERRY ROAD, SUITE 2000, ATLANTA, GEORGIA 30339
(Address of principal executive offices and zip code)

(770) 437-6800
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Date File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑        Accelerated filer ☐        Non-accelerated filer ☐        Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐ No ☑

Shares outstanding of each of the registrant's classes of common stock at August 4, 2015:

| Class | Number of Shares |
|---|---|
| Common Stock, $.10 par value per share | 65,854,724 |

Table Of Contents

PART I - FINANCIAL INFORMATION

ITEM 1. FINANCIAL STATEMENTS

INTERFACE, INC. AND SUBSIDIARIES
CONSOLIDATED CONDENSED BALANCE SHEETS
(IN THOUSANDS)

| | JULY 5, 2015 (UNAUDITED) | DECEMBER 28, 2014 |
|---|---|---|
| ASSETS | | |
| CURRENT ASSETS: | | |
| Cash and Cash Equivalents | $ 71,821 | $ 54,896 |
| Accounts Receivable, net | 137,546 | 157,093 |
| Inventories | 164,205 | 142,167 |
| Prepaid Expenses and Other Current Assets | 21,989 | 20,780 |
| Deferred Income Taxes | 9,617 | 9,732 |
| TOTAL CURRENT ASSETS | 405,178 | 384,668 |
| | | |
| PROPERTY AND EQUIPMENT, less accumulated depreciation | 216,681 | 227,347 |
| DEFERRED TAX ASSET | 24,988 | 33,138 |
| GOODWILL | 64,530 | 70,509 |
| OTHER ASSETS | 58,788 | 59,252 |
| TOTAL ASSETS | $ 770,165 | $ 774,914 |
| | | |
| LIABILITIES AND SHAREHOLDERS' EQUITY | | |
| | | |
| CURRENT LIABILITIES: | | |
| Accounts Payable | $ 56,273 | $ 49,464 |
| Current Portion of Long-Term Debt | 7,500 | 0 |
| Accrued Expenses | 80,421 | 94,323 |
| TOTAL CURRENT LIABILITIES | 144,194 | 143,787 |
| | | |
| LONG-TERM DEBT | 251,615 | 263,338 |
| DEFERRED INCOME TAXES | 11,240 | 11,002 |
| OTHER | 47,217 | 50,148 |
| TOTAL LIABILITIES | 454,266 | 468,275 |
| | | |
| Commitments and Contingencies | | |
| | | |
| SHAREHOLDERS' EQUITY: | | |
| Preferred Stock | 0 | 0 |
| Common Stock | 6,585 | 6,597 |
| Additional Paid-In Capital | 368,725 | 368,603 |
| Retained Earnings | 68,481 | 39,737 |
| Accumulated Other Comprehensive Loss - Foreign Currency Translation Adjustment | (79,175) | (58,936) |
| Accumulated Other Comprehensive Loss - Pension Liability | (48,717) | (49,362) |
| TOTAL SHAREHOLDERS' EQUITY | 315,899 | 306,639 |
| | $ 770,165 | $ 774,914 |

See accompanying notes to consolidated condensed financial statements.

Table Of Contents

*Cost and Expenses*

The following table presents, on a consolidated basis for our operations, our overall cost of sales and selling, general and administrative expenses for the three-month and six-month periods ended July 5, 2015, and June 29, 2014, respectively:

| Cost and Expenses | Three Months Ended | | Percentage Change |
| --- | --- | --- | --- |
| | July 5, 2015 | June 29, 2014 | |
| | *(In thousands)* | | |
| Cost of sales | $ 162,385 | $ 170,239 | (4.6%) |
| Selling, general and administrative expenses | 68,033 | 66,042 | 3.0% |
| Total | $ 230,418 | $ 236,281 | (2.5%) |

| Cost and Expenses | Six Months Ended | | Percentage Change |
| --- | --- | --- | --- |
| | July 5, 2015 | June 29, 2014 | |
| | *(In thousands)* | | |
| Cost of sales | $ 313,857 | $ 314,545 | (0.2%) |
| Selling, general and administrative expenses | 132,065 | 128,701 | 2.6% |
| Total | $ 445,922 | $ 443,246 | 0.6% |

For the three months ended July 5, 2015, our cost of sales decreased $7.9 million (4.6%) versus the comparable period in 2014. Currency fluctuation had a favorable impact on cost of sales; if currency rates had remained the same for the second quarter of 2015 versus that of the second quarter of 2014, our cost of sales would have been approximately $13 million higher. As a percentage of sales, our cost of sales declined significantly to 61.6% for the second quarter of 2015 versus 65.3% for the second quarter of 2014. Gross profit margin improved across all three of our primary geographic regions, with the Americas showing the largest improvement versus 2014. The key factors in the improvement were (1) reduced raw material costs of 5-7% on a global level due to lower input prices and usage, (2) better absorption of fixed costs associated with higher production volumes, particularly in the Americas and Europe, (3) the normalization of operations in Australia and rebalancing of production in the Asia-Pacific region compared with the inefficiencies associated with the startup of the new facility in Australia in 2014, (4) continued implementation of lean manufacturing practices in our Americas business, and (5) the cost savings associated with our restructuring activities in the third quarter of 2014.

For the six months ended July 5, 2015, our cost of sales decreased $0.7 million (0.2%) versus the comparable period of 2014. Currency fluctuation had a favorable impact on cost of sales; if currency rates had remained the same for the first half of 2015 versus that of the first half of 2014, our cost of sales would have been approximately $23 million higher. As a percentage of sales, our costs of sales for the first six months of 2015 experienced a significant decline to 62.7%, as compared to 65.6% for the comparable period of 2014. The reasons for the decline for the six month period are similar to the reasons addressed above for the three month period: (1) reduced raw materials costs of 5-7%, (2) higher production volumes which led to greater absorption of fixed costs, (3) the continued stabilization of the supply chain and manufacturing footprint in the Asia-Pacific region, (4) improvements in manufacturing efficiencies, and (5) the impacts of our restructuring activities in 2014. The gross margin improvements accelerated during 2015, and as such, the improvement is more significant in the three months ended July 5, 2015 versus the six month period ended July 5, 2015.

For the three month period ended July 5, 2015, our selling, general and administrative expenses increased $2.0 million (3.0%) versus the comparable period in 2015. Currency fluctuation had a favorable impact on selling, general and administrative expense; if currency rates had remained the same for the second quarter of 2015 versus that of the second quarter of 2014, our selling, general and administrative expenses would have been approximately $5 million higher. The largest driver of the increase in selling, general and administrative expenses versus the 2014 period is approximately $5.2 million of higher administrative expenses largely comprised of share-based payment expenses and incentive compensation amounts, as our projected performance is better in 2015 versus 2014. This increase was offset by lower selling and marketing expenses, down $1.4 million and $1.7 million, respectively. These declines, however, were largely due to the currency translation effects discussed above, as in local currencies these expenditures remained relatively consistent year over year. Due to the increased administrative expenses discussed above, our selling, general and administrative expenses increased to 25.8% of sales for the three months ended July 5, 2015, versus 25.3% of sales in the corresponding period in 2014. On a sequential basis, however, selling general and administrative expenses as a percentage of sales is lower, compared with 27.0% in the first quarter of 2015.

Table Of Contents

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 10-Q

☑  Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For Quarterly Period Ended October 4, 2015

Commission File Number 001-33994

INTERFACE, INC.
(Exact name of registrant as specified in its charter)

| GEORGIA | 58-1451243 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

2859 PACES FERRY ROAD, SUITE 2000, ATLANTA, GEORGIA 30339
(Address of principal executive offices and zip code)

(770) 437-6800
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Date File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑        Accelerated filer ☐        Non-accelerated filer ☐        Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐ No ☑

Shares outstanding of each of the registrant's classes of common stock at November 6, 2015:

| Class | Number of Shares |
|---|---|
| Common Stock, $.10 par value per share | 65,850,558 |

Table Of Contents

PART I - FINANCIAL INFORMATION

ITEM 1. FINANCIAL STATEMENTS

INTERFACE, INC. AND SUBSIDIARIES
CONSOLIDATED CONDENSED BALANCE SHEETS
(IN THOUSANDS)

| | Oct. 4, 2015 (UNAUDITED) | | Dec. 28, 2014 | |
|---|---|---|---|---|
| ASSETS | | | | |
| CURRENT ASSETS: | | | | |
| Cash and Cash Equivalents | $ | 73,732 | $ | 54,896 |
| Accounts Receivable, net | | 132,748 | | 157,093 |
| Inventories | | 163,440 | | 142,167 |
| Prepaid Expenses and Other Current Assets | | 16,323 | | 20,780 |
| Deferred Income Taxes | | 8,141 | | 9,732 |
| TOTAL CURRENT ASSETS | | 394,384 | | 384,668 |
| | | | | |
| PROPERTY AND EQUIPMENT, less accumulated depreciation | | 214,988 | | 227,347 |
| DEFERRED TAX ASSET | | 19,833 | | 33,138 |
| GOODWILL | | 65,148 | | 70,509 |
| OTHER ASSETS | | 55,542 | | 59,252 |
| TOTAL ASSETS | $ | 749,895 | $ | 774,914 |
| | | | | |
| LIABILITIES AND SHAREHOLDERS' EQUITY | | | | |
| CURRENT LIABILITIES: | | | | |
| Accounts Payable | $ | 49,003 | $ | 49,464 |
| Accrued Expenses | | 85,059 | | 94,323 |
| Current Portion of Long-Term Debt | | 10,000 | | 0 |
| TOTAL CURRENT LIABILITIES | | 144,062 | | 143,787 |
| | | | | |
| LONG TERM DEBT | | 222,545 | | 263,338 |
| DEFERRED INCOME TAXES | | 10,225 | | 11,002 |
| OTHER | | 46,058 | | 50,148 |
| TOTAL LIABILITIES | | 422,890 | | 468,275 |
| | | | | |
| Commitments and Contingencies | | | | |
| | | | | |
| SHAREHOLDERS' EQUITY: | | | | |
| Preferred Stock | | 0 | | 0 |
| Common Stock | | 6,586 | | 6,597 |
| Additional Paid-In Capital | | 370,607 | | 368,603 |
| Retained Earnings | | 85,316 | | 39,737 |
| Accumulated Other Comprehensive Loss - Foreign Currency Translation Adjustment | | (87,583) | | (58,936) |
| Accumulated Other Comprehensive Loss - Pension Liability | | (47,921) | | (49,362) |
| TOTAL SHAREHOLDERS' EQUITY | | 327,005 | | 306,639 |
| | $ | 749,895 | $ | 774,914 |

See accompanying notes to consolidated condensed financial statements.

-3-

Table Of Contents

*Cost and Expenses*

The following tables present, on a consolidated basis for our operations, our overall cost of sales and selling, general and administrative expenses for the three-month and nine-month periods ended October 4, 2015, and September 28, 2014, respectively:

| Cost and Expenses | Three Months Ended | | Percentage Change |
| | Oct. 4, 2015 | Sept. 28, 2014 | |
| | (In thousands) | | |
|---|---|---|---|
| Cost of sales | $ 156,720 | $ 168,596 | (7.0)% |
| Selling, general and administrative expenses | 66,664 | 63,958 | 4.2% |
| Total | $ 223,384 | $ 232,554 | (3.9)% |

| Cost and Expenses | Nine Months Ended | | Percentage Change |
| | Oct. 4, 2015 | Sept. 28, 2014 | |
| | (In thousands) | | |
|---|---|---|---|
| Cost of sales | $ 470,577 | $ 483,141 | (2.6)% |
| Selling, general and administrative expenses | 198,729 | 192,659 | 3.2% |
| Total | $ 669,306 | $ 675,800 | (1.0)% |

For the three months ended October 4, 2015, our cost of sales decreased $11.9 million (7.0%) versus the comparable period in 2014. Fluctuations in currency exchange rates had a favorable impact of approximately $8 million on our cost of sales for the quarter compared with the prior year period. As a percentage of sales, gross profit expanded across all of our operating regions, with Americas showing the most improvement. The reduction in cost of sales was primarily a function of (1) lower raw materials costs (down approximately 6-8%) and usage compared with the third quarter of 2014, (2) higher production costs in the third quarter last year due to disruptions in yarn supply that were not experienced in the current period, (3) a higher degree of manufacturing complexity related to new product introductions in the third quarter of 2014 that led to higher manufacturing costs at that time (and have since been rectified), (4) the benefits of our restructuring initiatives taken during the third quarter of 2014, and (5) increased absorption of fixed manufacturing costs due to higher production volumes in the current period. As a result of these factors, as a percentage of net sales, cost of sales decreased to 61.5% for the three months ended October 4, 2015, compared with 66.9% in the third quarter of 2014.

For the nine months ended October 4, 2015, our cost of sales decreased $12.6 million (2.6%) versus the comparable period in 2014. Fluctuations in currency exchange rates had a favorable impact of approximately $30 million on our cost of sales for the first nine months of 2015 versus the prior year period. As a percentage of sales, our cost of sales decreased to 62.3% for the nine months ended October 4, 2015 compared with 66.0% for the comparable period of 2014. The primary reasons for this decline were (1) lower raw materials costs and usage (down approximately 6-8%) compared with the first nine months of 2014, (2) continued stabilization of our supply chain and manufacturing footprint in the Asia-Pacific region following the January 2014 start-up of our new carpet tile plant in Australia, (3) increased absorption of fixed manufacturing costs associated with higher production volumes, especially in the Americas and Europe regions, (4) the cost savings associated with our 2014 restructuring actions, and (5) the resolution of yarn supply and production issues during the fourth quarter of 2014 and early 2015 that were particularly acute in the third quarter of 2014.

For the three months ended October 4, 2015, our selling, general and administrative expenses increased $2.7 million (4.2%) versus the comparable period in 2014. Currency fluctuation had a favorable impact on selling, general and administrative expenses; if currency rates had remained the same for the third quarter of 2015 versus that of the third quarter of 2014, our selling, general and administrative expenses would have been approximately $8.5 million higher than the third quarter last year. The majority of this currency neutral increase is additional incentive compensation (approximately $5.0 million) and performance based share-based compensation ($1.5 million) because our projected performance is better in 2015 versus 2014. The largest component of the remainder ($1.0 million) is higher selling expenses due to the improved sales levels in the third quarter of 2015 versus the prior year period, particularly in the Americas. As a result, as a percentage of sales, our selling, general and administrative expenses increased to 26.2% in the third quarter of 2015, versus 25.4% in the third quarter of 2014.

Case 1:20-cv-05518-HG-RER   Document 43-9   Filed 06/16/21   Page 8 of 16 PageID #: 454

**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

_____

**FORM 8-K**

_____

**CURRENT REPORT**

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report (Date of Earliest Event Reported):   February 24, 2016

_____

**INTERFACE, INC.**

(Exact name of Registrant as Specified in its Charter)

| Georgia | 001-33994 | 58-1451243 |
|---|---|---|
| (State or other Jurisdiction of Incorporation or Organization) | (Commission File Number) | (IRS Employer Identification No.) |

| 2859 Paces Ferry Road, Suite 2000 Atlanta, Georgia | 30339 |
|---|---|
| (Address of principal executive offices) | (Zip code) |

Registrant's telephone number, including area code: (770) 437-6800

_____

Not Applicable

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**INTERFACE REPORTS FOURTH QUARTER
AND FISCAL YEAR 201 5 RESULTS**                                              - 5 -

| Consolidated Condensed Statements of Operations | Three Months Ended | | Twelve Months Ended | |
| --- | --- | --- | --- | --- |
| *(In thousands, except per share data)* | 1/3/16 | 12/28/14 | 1/3/16 | 12/28/14 |
| Net Sales | $ 246,636 | $ 272,096 | $ 1,001,863 | $ 1,003,903 |
| Cost of Sales | 148,397 | 180,735 | 618,974 | 663,876 |
| Gross Profit | 98,239 | 91,361 | 382,889 | 340,027 |
| Selling, General & Administrative Expenses | 70,567 | 64,687 | 269,296 | 257,346 |
| Restructuring and Asset Impairment Charges | -- | -- | -- | 12,386 |
| Operating Income | 27,672 | 26,674 | 113,593 | 70,295 |
| Interest Expense | 1,375 | 4,253 | 6,401 | 20,785 |
| Debt Retirement Expenses | -- | 11,989 | -- | 11,989 |
| Other Expense (Income), Net | (57) | 1,002 | 1,426 | 1,779 |
| Income Before Taxes | 26,354 | 9,430 | 105,766 | 35,742 |
| Income Tax Expense | 8,107 | 1,342 | 33,348 | 10,934 |
| Net Income | $ 18,247 | $ 8,088 | $ 72,418 | $ 24,808 |
| | | | | |
| Earnings Per Share – Basic | $ 0.28 | $ 0.12 | $ 1.10 | $ 0.37 |
| | | | | |
| Earnings Per Share – Diluted | $ 0.28 | $ 0.12 | $ 1.10 | $ 0.37 |
| | | | | |
| Common Shares Outstanding – Basic | 65,834 | 66,145 | 66,027 | 66,389 |
| Common Shares Outstanding – Diluted | 65,881 | 66,194 | 66,075 | 66,448 |
| | | | | |
| Orders from Continuing Operations | 241,000 | 258,500 | 1,019,000 | 1,043,000 |

**INTERFACE REPORTS FOURTH QUARTER**
**AND FISCAL YEAR 201 5 RESULTS**                                    - 6 -

**Consolidated Condensed Balance Sheets**

*(In thousands)*

| | 1/3/16 | 12/28/14 |
|---|---|---|
| **Assets** | | |
| Cash | $        75,696 | $        54,896 |
| Accounts Receivable | 130,322 | 157,093 |
| Inventory | 161,174 | 142,167 |
| Other Current Assets | 31,216 | 30,512 |
| Total Current Assets | 398,408 | 384,668 |
| Property, Plant & Equipment | 211,489 | 227,347 |
| Other Assets | 146,652 | 162,899 |
| Total Assets | $        756,549 | $        774,914 |
| | | |
| **Liabilities** | | |
| Accounts Payable | 52,834 | $        49,464 |
| Accrued Liabilities | 88,933 | 94,323 |
| Current Portion of Long-Term Debt | 11,250 | -- |
| Total Current Liabilities | 153,017 | 143,787 |
| Long-Term Debt | 202,281 | 263,338 |
| Other Long-Term Liabilities | 58,885 | 61,150 |
| Total Liabilities | 414,183 | 468,275 |
| Shareholders' Equity | 342,366 | 306,639 |
| Total Liabilities and Shareholders' Equity | $        756,549 | $        774,914 |

**Consolidated Condensed Statements of Cash Flows**

*(In millions)*

| | Twelve Months Ended | | |
|---|---|---|---|
| | 1/3/16 | | 12/28/14 |
| Net Income | | $        72.4 | $        24.8 |
| Depreciation and Amortization | | 30.8 | 30.7 |
| Stock Compensation Amortization | | 13.9 | 4.0 |
| Deferred Income Taxes and Other Items | | 9.1 | (3.5) |
| Change in Working Capital | | | |
| Accounts Receivable | 19.5 | | (29.1) |
| Inventories | (26.5) | | 1.3 |
| Prepaids | (8.3) | | 2.8 |
| Accounts Payable and Accrued Expenses | 14.5 | | 15.4 |
| Cash Provided from Operating Activities | | 125.4 | 46.4 |
| Cash Used in Investing Activities | | (26.4) | (36.5) |
| Cash Used in Financing Activities | | (72.6) | (26.2) |
| Effect of Exchange Rate Changes on Cash | | (5.6) | (1.6) |
| Net Increase (Decrease) in Cash | | $        20.8 | $        (17.9) |

Table Of Contents

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 10-Q

☒    Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For Quarterly Period Ended April 3, 2016

Commission File Number 001-33994

INTERFACE, INC.
(Exact name of registrant as specified in its charter)

| GEORGIA | 58-1451243 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

2859 PACES FERRY ROAD, SUITE 2000, ATLANTA, GEORGIA 30339
(Address of principal executive offices and zip code)

(770) 437-6800
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Date File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

Shares outstanding of each of the registrant's classes of common stock at May 5, 2016:

| Class | Number of Shares |
|---|---|
| Common Stock, $.10 par value per share | 65,472,473 |

Table Of Contents

PART I - FINANCIAL INFORMATION

ITEM 1. FINANCIAL STATEMENTS

INTERFACE, INC. AND SUBSIDIARIES
CONSOLIDATED CONDENSED BALANCE SHEETS
(IN THOUSANDS)

| | | APRIL 3, 2016 (UNAUDITED) | | JANUARY 3, 2016 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| CURRENT ASSETS: | | | | |
| Cash and Cash Equivalents | $ | 83,212 | $ | 75,696 |
| Accounts Receivable, net | | 118,698 | | 130,322 |
| Inventories | | 173,601 | | 161,174 |
| Prepaid Expenses and Other Current Assets | | 22,461 | | 22,490 |
| Deferred Income Taxes | | 8,627 | | 8,726 |
| TOTAL CURRENT ASSETS | | 406,599 | | 398,408 |
| | | | | |
| PROPERTY AND EQUIPMENT, less accumulated depreciation | | 212,893 | | 211,489 |
| DEFERRED TAX ASSET | | 16,906 | | 20,110 |
| GOODWILL | | 65,971 | | 63,890 |
| OTHER ASSETS | | 64,103 | | 62,652 |
| TOTAL ASSETS | $ | 766,472 | $ | 756,549 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| CURRENT LIABILITIES: | | | | |
| Accounts Payable | $ | 45,839 | $ | 52,834 |
| Current Portion of Long-Term Debt | | 12,500 | | 11,250 |
| Accrued Expenses | | 70,837 | | 88,933 |
| TOTAL CURRENT LIABILITIES | | 129,176 | | 153,017 |
| | | | | |
| LONG-TERM DEBT | | 220,112 | | 202,281 |
| DEFERRED INCOME TAXES | | 10,060 | | 10,505 |
| OTHER | | 47,775 | | 48,380 |
| TOTAL LIABILITIES | | 407,123 | | 414,183 |
| | | | | |
| Commitments and Contingencies | | | | |
| | | | | |
| SHAREHOLDERS' EQUITY: | | | | |
| Preferred Stock | | 0 | | 0 |
| Common Stock | | 6,546 | | 6,570 |
| Additional Paid-In Capital | | 367,726 | | 370,327 |
| Retained Earnings | | 109,891 | | 100,270 |
| Accumulated Other Comprehensive Income (Loss) - Foreign Currency Translation Adjustment | | (82,132) | | (91,511) |
| Accumulated Other Comprehensive Income (Loss) - Pension Liability | | (42,682) | | (43,290) |
| TOTAL SHAREHOLDERS' EQUITY | | 359,349 | | 342,366 |
| | $ | 766,472 | $ | 756,549 |

See accompanying notes to consolidated condensed financial statements.

Table Of Contents

*Net Sales*

Below we provide information regarding net sales, and analyze those results, for the three-month periods ended April 3, 2016, and April 5, 2015, respectively.

| | Three Months Ended | | Percentage |
| --- | --- | --- | --- |
| | April 3, 2016 | April 5, 2015 | Change |
| | *(In thousands)* | | |
| Net Sales | $ 222,554 | $ 236,904 | (6.1%) |

For the quarter ended April 3, 2016, net sales declined $14.4 million (6.1%) versus the comparable period in 2015. Currency fluctuations had an approximately $3.7 million (1.5%) negative impact on first quarter 2016 sales compared to the first quarter of 2015. On a geographic basis, we experienced sales declines in the Americas (down 6%) and Europe (down 10% in U.S. dollars and 9% in local currency) but an increase of 3% in Asia-Pacific. In the Americas, the sales decline occurred largely in the corporate office market (down 5%), as many large customers, particularly in the energy sector, deferred purchases in light of current market conditions. Also impacting this decline was a deferral of retail projects for one of our largest customers in the sector to the second half of the year. Our residential FLOR business experienced a decline of 17%, as the Spring promotion was not as robust in the first quarter of 2016 as compared to 2015. The government market segment was down 31% due to a significant order in the first quarter of 2015 that was not expected to recur in 2016, as well as delays in government spending surrounding the 2016 election cycle. These decreases were offset slightly by essentially flat sales in our other market segments. In Europe, the decline was primarily as a result of the significant uncertainty in the region with several geopolitical and economic disruptions underway, including the pending vote on the exit of the United Kingdom from the European Union, the terror attacks in the region, the refugee crisis and slowdowns in the financial services and energy sectors. All of these factors led to significant uncertainty in Europe and impacted buying decisions across all market segments, with the corporate office market (down 10%) taking the brunt of the negative impact. Our non-corporate office market segments in the region were down approximately 5% for the quarter as compared to last year, with increases in retail (up 32%) and hospitality (up 22%) market segments offset by declines in government (down 19%) and education (down 23%) market segments. In Asia-Pacific, the increase was primarily attributable to sales improvement in Asia, specifically Southeast Asia (up 9%) and India (up over 50%). The increase in the region was primarily in the corporate office segment (up 11%), as non-office segments were down 12% in the aggregate with retail (down 46%) and hospitality (down 37%) having the most significant declines. In Australia, we saw an increase of 5% in local currency, as the favorable economic trends continue in that region, but this was effectively nullified by currency translation impacts. Sales in China were down approximately 7% for the first three months of 2016 as compared to the corresponding period of 2015.

*Cost and Expenses*

The following table presents our overall cost of sales and selling, general and administrative expenses for the three-month periods ended April 3, 2016, and April 5, 2015, respectively:

| | Three Months Ended | | Percentage |
| --- | --- | --- | --- |
| **Cost and Expenses** | April 3, 2016 | April 5, 2015 | Change |
| | *(In thousands)* | | |
| Cost of sales | $ 135,922 | $ 151,472 | (10.3%) |
| Selling, general and administrative expenses | 65,605 | 64,032 | 2.4% |
| Total | $ 201,527 | $ 215,504 | (6.5%) |

For the quarter ended April 3, 2016, our cost of sales decreased $15.6 million (10.3%) as compared to the first quarter of 2015. Fluctuations in currency exchange rates did not have a significant impact (approximately 1%) on the decline. Sales were down 6.1% for the quarter, which explains the majority of the decline in cost of sales. The remainder of the decrease was due to the following factors: (1) lower raw materials costs for the first three months of 2016 as compared to the corresponding period of 2015, as our per-unit input costs were down 6-8% during the quarter, primarily as a result of lower petroleum and related feedstock costs; (2) better material usage and production efficiencies as we continue to implement lean manufacturing practices; (3) higher average selling prices, particularly in the Americas and Asia; and (4) introduction of margin accretive products such as additional skinny plank designs. These initiatives led to significant production efficiencies and gross margin improvements, as despite a 12% decline in units produced our cost of sales declined to 61.1% of sales for the three months ended April 3, 2016, as compared to 63.9% for the corresponding period in 2015.

-14-

Table Of Contents

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 10-Q

☑   Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For Quarterly Period Ended July 3, 2016

Commission File Number 001-33994

INTERFACE, INC.
(Exact name of registrant as specified in its charter)

| GEORGIA | 58-1451243 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

2859 PACES FERRY ROAD, SUITE 2000, ATLANTA, GEORGIA 30339
(Address of principal executive offices and zip code)

(770) 437-6800
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Date File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑     Accelerated filer ☐     Non-accelerated filer ☐     Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐ No ☑

Shares outstanding of each of the registrant's classes of common stock at August 4, 2016:

| Class | Number of Shares |
|---|---|
| Common Stock, $.10 par value per share | 64,807,371 |

Table Of Contents

PART I - FINANCIAL INFORMATION

ITEM 1. FINANCIAL STATEMENTS

INTERFACE, INC. AND SUBSIDIARIES
CONSOLIDATED CONDENSED BALANCE SHEETS
(IN THOUSANDS)

| | | JULY 3, 2016 (UNAUDITED) | | JANUARY 3, 2016 |
|---|---|---|---|---|
| ASSETS | | | | |
| CURRENT ASSETS: | | | | |
| Cash and Cash Equivalents | $ | 88,364 | $ | 75,696 |
| Accounts Receivable, net | | 128,479 | | 130,322 |
| Inventories | | 168,738 | | 161,174 |
| Prepaid Expenses and Other Current Assets | | 22,402 | | 22,490 |
| Deferred Income Taxes | | 8,509 | | 8,726 |
| TOTAL CURRENT ASSETS | | 416,492 | | 398,408 |
| | | | | |
| PROPERTY AND EQUIPMENT, less accumulated depreciation | | 210,818 | | 211,489 |
| DEFERRED TAX ASSET | | 11,073 | | 20,110 |
| GOODWILL | | 64,872 | | 63,890 |
| OTHER ASSETS | | 61,864 | | 62,652 |
| TOTAL ASSETS | $ | 765,119 | $ | 756,549 |
| | | | | |
| LIABILITIES AND SHAREHOLDERS' EQUITY | | | | |
| CURRENT LIABILITIES: | | | | |
| Accounts Payable | $ | 45,174 | $ | 52,834 |
| Current Portion of Long-Term Debt | | 13,750 | | 11,250 |
| Accrued Expenses | | 79,501 | | 88,933 |
| TOTAL CURRENT LIABILITIES | | 138,425 | | 153,017 |
| | | | | |
| LONG-TERM DEBT | | 210,577 | | 202,281 |
| DEFERRED INCOME TAXES | | 9,030 | | 10,505 |
| OTHER | | 45,947 | | 48,380 |
| TOTAL LIABILITIES | | 403,979 | | 414,183 |
| | | | | |
| Commitments and Contingencies | | | | |
| | | | | |
| SHAREHOLDERS' EQUITY: | | | | |
| Preferred Stock | | 0 | | 0 |
| Common Stock | | 6,481 | | 6,570 |
| Additional Paid-In Capital | | 358,320 | | 370,327 |
| Retained Earnings | | 127,274 | | 100,270 |
| Accumulated Other Comprehensive Loss - Foreign Currency Translation Adjustment | | (90,443) | | (91,511) |
| Accumulated Other Comprehensive Loss - Pension Liability | | (40,492) | | (43,290) |
| TOTAL SHAREHOLDERS' EQUITY | | 361,140 | | 342,366 |
| | $ | 765,119 | $ | 756,549 |

See accompanying notes to consolidated condensed financial statements.

-3-

Table Of Contents

*Cost and Expenses*

The following table presents, on a consolidated basis for our operations, our overall cost of sales and selling, general and administrative expenses for the three-month and six-month periods ended July 3, 2016, and July 5, 2015, respectively:

| Cost and Expenses | Three Months Ended | | Percentage Change |
| | July 3, 2016 | July 5, 2015 | |
| --- | --- | --- | --- |
| | *(In thousands)* | | |
| Cost of sales | $ 149,081 | $ 162,385 | (8.2%) |
| Selling, general and administrative expenses | 67,328 | 68,033 | (1.0%) |
| Total | $ 216,409 | $ 230,418 | (6.1%) |

| Cost and Expenses | Six Months Ended | | Percentage Change |
| | July 3, 2016 | July 5, 2015 | |
| --- | --- | --- | --- |
| | *(In thousands)* | | |
| Cost of sales | $ 285,003 | $ 313,857 | (9.2%) |
| Selling, general and administrative expenses | 132,933 | 132,065 | 0.7% |
| Total | $ 417,936 | $ 445,922 | (6.3%) |

For the three months ended July 3, 2016, our cost of sales decreased $13.3 million (8.2%) versus the comparable period in 2015. As a percentage of sales, our costs of sales decreased to 60.1% for the second quarter of 2016 versus 61.6% for the second quarter of 2015. This improvement in gross profit margin occurred across all three of our geographic regions, with Asia-Pacific showing the largest percentage increase, followed by Europe and the Americas. The key factors in the gross margin improvement were (1) lower raw materials input costs (for the second quarter of 2016, our per-unit input costs are 3-5% lower on average than the comparable period in 2015 due to lower prices on petroleum-based raw materials), (2) a shift in product mix towards margin accretive products such as our skinny plank designs, and (3) better material usage and improved production efficiencies as we continue to implement and refine our lean manufacturing practices. These factors drove the decrease in cost of sales as percentage of sales, despite a 7% decline in production volume in the second quarter of 2016 compared with the second quarter last year.

For the six months ended July 3, 2016, our cost of sales decreased $28.9 million (9.2%) versus the comparable period in 2015. Currency fluctuations had a favorable impact of less than 1% on the comparison; if currency rates had remained the same year over year, our cost of sales would have been approximately $3.0 million higher versus the first six months of 2015. As a percentage of sales, our cost of sales declined to 60.5% for the first six months of 2016, versus 62.7% for the same period last year. The improvement as a percentage of sales took place across all of our geographic regions, with Asia-Pacific having the largest increase followed by Europe and the Americas. Our decrease in cost of sales in absolute dollars was due to the following factors: (1) lower raw materials costs, as our per-unit input costs were down 4-6% during the first six months of 2016 compared with the prior year period, primarily as a result of lower petroleum-based and related feedstock costs; (2) better material usage and improved production efficiencies as we continue to implement and refine lean manufacturing practices; (3) higher average selling prices in the Americas region; and (4) introduction of margin accretive products such as additional skinny plank designs. These factors led to decreased cost of sales as a percentage of sales, notwithstanding a 9% decline in production volume for the first six months of 2016 compared with the prior year period.

For the three months ended July 3, 2016, our selling, general and administrative ("SG&A") expenses decreased $0.7 million (1.0%) versus the comparable period in 2015. The decline in SG&A expenses was primarily due to savings of approximately $3.0 million in administrative costs, primarily as a result of lower performance-based incentive compensation this year. This decrease was somewhat mitigated by (1) $0.9 million of higher selling expenses, primarily associated with new sales staff additions in the Americas division to continue targeting growth markets, and (2) $1.5 million of higher marketing expenses for planned initiatives to promote growth, including global branding, market development and new product introductions. The marketing expenses were higher globally, with the Americas region having the largest increase ($0.8 million) and Europe and Asia-Pacific each responsible for approximately $0.3 million of the increase. Despite the lower SG&A expenses in absolute dollars, the decline in net sales led to an increase in SG&A expenses as a percentage of sales to 27.1% for the three months ended July 3, 2016, compared with 25.8% in the comparable period of 2015. Our SG&A expenses as a percentage of sales are down sequentially, however, as compared to 29.5% in the first quarter of 2016.

-16-