# Exhibit J

## Hendrix's Common Stock Holdings Over Time



## Lynch's Common Stock Holdings Over Time





