# Exhibit M

**Hausmann's Holdings During the Class Period**

| As of Date | Unrestricted Shares | Restricted Shares | Total Holdings |
|---|---|---|---|
| 3/1/2018 | 7,571 | 52,814 | 60,385 |
| 3/1/2019 | 32,570 | 54,521 | 87,091 |
| 3/13/2020 | 61,288 | 43,526 | 104,814 |
| 3/19/2021 | 68,220 | 67,837 | 136,057 |



Source:  Interface's Schedule 14A Forms dated 2018 to 2021

**Gould's Holdings During the Class Period**

| As of Date | Unrestricted Shares | Restricted Shares | Total Holdings |
|---|---|---|---|
| 3/1/2016 | 29,138 | 64,823 | 93,961 |
| 3/1/2017 | 93,064 | 64,258 | 157,322 |
| 3/1/2018 | 120,415 | 97,322 | 217,737 |
| 3/1/2019 | 199,087 | 118,338 | 317,425 |
| 3/13/2020 | 199,087 | 0 | 199,087 |
| 3/19/2021 | 199,087 | 0 | 199,087 |



Source:  Interface's Schedule 14A Forms dated 2016 to 2021

## Hendrix's Holdings During the Class Period

| As of Date | Unrestricted Shares | Held Indirectly Through 401(k) | Held Indirectly Through Family Trusts | Restricted Shares | Total Holdings |
|---|---|---|---|---|---|
| 3/1/2016 | 212,843 | 4,597 | 50,072 | 93,039 | 360,551 |
| 3/1/2017 | 171,205 | 4,655 | 35,072 | 43,039 | 253,971 |
| 3/1/2018 | 47,205 | 4,712 | 35,072 | 43,039 | 130,028 |
| 3/1/2019 | 101,518 | 4,670 | 35,072 | - | 141,260 |
| 3/13/2020 | 161,398 | 4,856 | 35,072 | - | 201,326 |
| 3/19/2021 | 101,518 | 4,908 | 35,072 | 138,496 | 279,994 |



Source:  Interface's Schedule 14A Forms dated 2016 to 2021

**Lynch's Holdings During the Class Period**

| As of Date | Unrestricted Shares | Restricted Shares | Total Holdings |
|---|---|---|---|
| 3/1/2016 | 152,531 | 29,294 | 181,825 |
| 12/15/2016 | 137,531 | 29,294 | 166,825 |



Source:  Interface's Schedule 14A Forms dated 2016 to 2017

Table Of Contents

**PRINCIPAL SHAREHOLDERS AND MANAGEMENT STOCK OWNERSHIP**

The following table sets forth, as of March 1, 2016 (unless otherwise indicated), beneficial ownership of the Company's Common Stock by: (i) each person, including any "group" as that term is used in Section 13(d)(3) of the Securities Exchange Act of 1934, known by the Company to be the beneficial owner of more than 5% of any class of the Company's voting securities, (ii) each director and nominee for director, (iii) the Company's Principal Executive Officer, Principal Financial Officer, and next three most highly compensated executive officers (the "Named Executive Officers"), and (iv) all executive officers and directors of the Company as a group. Due to the nature of the awards, performance shares awarded to the Company's executive officers in January 2016 are not included in beneficial ownership of Common Stock.

| Beneficial Owner (and Business Address of 5% Owners) | Title of Class | Amount and Nature of Beneficial Ownership | Percent of Class(1) |
|---|---|---|---|
| Bank of New York Mellon Corporation<br>225 Liberty Street<br>New York, New York 10286 | Common Stock | 5,568,394(2)(3) | 8.5% |
| BlackRock, Inc.<br>55 East 52nd Street<br>New York, New York 10022 | Common Stock | 7,717,002(2)(4) | 11.8% |
| FMR LLC<br>and Abigail P. Johnson.<br>245 Summer Street<br>Boston, Massachusetts 02210 | Common Stock | 2,746,753(2)(5) | 4.2% |
| The Vanguard Group, Inc.<br>100 Vanguard Boulevard<br>Malvern, Pennsylvania 19355 | Common Stock | 5,831,529(2)(6) | 8.9% |
| John P. Burke | Common Stock | 13,786(7) | * |
| Edward C. Callaway | Common Stock | 10,136(8) | * |
| Andrew B. Cogan | Common Stock | 15,786(9) | * |
| Carl I. Gable | Common Stock | 83,312(10) | * |
| Jay D. Gould | Common Stock | 93,961(11) | * |
| Daniel T. Hendrix | Common Stock | 360,551(12) | * |
| Christopher G. Kennedy | Common Stock | 104,099(13) | * |
| K. David Kohler | Common Stock | 39,786(14) | * |
| Patrick C. Lynch | Common Stock | 181,825(15) | * |
| James B. Miller, Jr. | Common Stock | 53,786(16) | * |
| Harold M. Paisner | Common Stock | 51,786(17) | * |
| Sheryl D. Palmer | Common Stock | 4,736(18) | * |
| John R. Wells | Common Stock | 146,137(19) | * |
| Raymond S. Willoch | Common Stock | 80,395(20) | * |
| All executive officers and directors (21 persons) | Common Stock | 1,542,291(21) | 2.4% |

_____

* Less than 1%.

Table Of Contents

(1)  Percent of class is based on 65,459,106 shares outstanding on March 1, 2016 and is calculated assuming that the beneficial owner or group of beneficial owners has exercised any conversion rights, options or other rights to subscribe held by such beneficial owner that are exercisable within 60 days of March 1, 2016, and that no other conversion rights, options or rights to subscribe have been exercised by anyone else.

(2)  Based upon information included in statements as of December 31, 2015 provided to the Company and filed with the Securities and Exchange Commission by such beneficial owners.

(3)  Bank of New York Mellon Corporation states that it has sole voting power with respect to 5,339,261 of such shares, shared voting power with respect to 3,000 of such shares, sole dispositive power with respect to 5,021,788 of such shares, and shared dispositive power with respect to 541,816 of such shares.

(4)  According to BlackRock, various persons have the right to receive or the power to direct the receipt of dividends from or the proceeds from the sale of such shares, and no one person's interests in such shares exceeds 5% of the total outstanding shares of Common Stock. It states that it has sole voting power with respect to 7,483,298 of such shares, and sole dispositive power with respect to all of such shares.

(5)  FMR LLC is a parent holding company. Members of the family of Edward C. Johnson 3d, including Abigail P. Johnson, are the predominant owners, directly or through trusts, of Series B voting common shares of FMR, LLC, representing 49% of the voting power of FMR, LLC. They state that none of them has sole power to vote or direct the voting of the shares, which power resides with Boards of Trustees of the various Fidelity funds.

(6)  The Vanguard Group, Inc. is an investment advisor, and states that it has sole voting power with respect to 145,336 of such shares, shared voting power with respect to 4,600 of such shares, sole dispositive power with respect to 5,685,693 of such shares, and shared dispositive power with respect to 145,836 of such shares.

(7)  Includes 6,611 restricted shares.

(8)  Includes 6,611 restricted shares.

(9)  Includes 6,611 restricted shares.

(10)  Includes 6,611 restricted shares, and 5,000 shares that may be acquired by Mr. Gable pursuant to exercisable stock options.

(11)  Includes 64,823 restricted shares.

(12)  Includes 93,039 restricted shares, 4,597 shares held indirectly through the Company's 401(k) plan, and 50,072 shares held indirectly by family trusts.

(13)  Includes 6,611 restricted shares, and 5,000 shares that may be acquired by Mr. Kennedy pursuant to exercisable stock options. Mr. Kennedy serves on the Board of Trustees of Ariel Mutual Funds, for which Ariel Investments, LLC serves as investment advisor and performs services which include buying and selling securities on behalf of the Ariel Mutual Funds. Mr. Kennedy disclaims beneficial ownership of all shares held by Ariel Investments, LLC as investment advisor for Ariel Mutual Funds.

(14)  Includes 6,611 restricted shares.

(15)  Includes 29,294 restricted shares.

(16)  Includes 6,611 restricted shares, and 5,000 shares that may be acquired by Mr. Miller pursuant to exercisable stock options.

(17)  Includes 6,611 restricted shares.

(18)  All are restricted shares.

(19)  Includes 15,000 restricted shares.

(20)  Includes 26,663 restricted shares, and 725 shares held by Mr. Willoch's son (although Mr. Willoch disclaims beneficial ownership of the shares held by his son).

(21)  Includes 393,162 restricted shares, and 15,000 shares that may be acquired by all executive officers and directors as a group pursuant to exercisable stock options.

Table of Contents

**PRINCIPAL SHAREHOLDERS AND MANAGEMENT STOCK OWNERSHIP**

The following table sets forth, as of March 1, 2017 (unless otherwise indicated), beneficial ownership of the Company's Common Stock by: (i) each person, including any "group" as that term is used in Section 13(d)(3) of the Securities Exchange Act of 1934, known by the Company to be the beneficial owner of more than 5% of any class of the Company's voting securities, (ii) each director and nominee for director, (iii) the Company's Principal Executive Officer, Principal Financial Officer, and next three most highly compensated executive officers during 2016 (the "Named Executive Officers"), and (iv) all executive officers and directors of the Company as a group. Due to the nature of the awards, performance shares awarded to the Company's executive officers are not included in beneficial ownership of Common Stock.

| Beneficial Owner (and Business Address of 5% Owners) | Title of Class | Amount and Nature of Beneficial Ownership | Percent of Class(1) |
|---|---|---|---|
| BlackRock, Inc.<br>  55 East 52nd Street<br>  New York, New York 10022 | Common Stock | 7,417,574(2)(3) | 11.5% |
| The Vanguard Group, Inc.<br>  100 Vanguard Boulevard<br>  Malvern, Pennsylvania 19355 | Common Stock | 5,517,281(2)(4) | 8.6% |
| John P. Burke | Common Stock | 18,184(5) | * |
| Andrew B. Cogan | Common Stock | 20,184(6) | * |
| Robert A. Coombs | Common Stock | 134,092(7) | * |
| Carl I. Gable | Common Stock | 86,450(8) | * |
| Jay D. Gould | Common Stock | 157,322(9) | * |
| Daniel T. Hendrix | Common Stock | 253,971(10) | * |
| Christopher G. Kennedy | Common Stock | 108,407(11) | * |
| K. David Kohler | Common Stock | 44,184(12) | * |
| Patrick C. Lynch | Common Stock | 166,825(13) | * |
| Erin A. Matts | Common Stock | 4,398(14) | * |
| James B. Miller, Jr. | Common Stock | 58,184(15) | * |
| Sheryl D. Palmer | Common Stock | 9,134(16) | * |
| Raymond S. Willoch. | Common Stock | 41,663(17) | * |
| All executive officers and directors (18 persons) | Common Stock | 1,246,619(18) | 1.9% |

_____

\*      Less than 1%.

(1)    Percent of class is based on 64,362,009 shares outstanding on March 1, 2017 and is calculated assuming that the beneficial owner or group of beneficial owners has exercised any conversion rights, options or other rights to subscribe held by such beneficial owner that are exercisable within 60 days of March 1, 2017, and that no other conversion rights, options or rights to subscribe have been exercised by anyone else.

(2)    Based upon information included in statements as of December 31, 2016 provided to the Company and filed with the Securities and Exchange Commission by such beneficial owners.

(3)    According to BlackRock, various persons have the right to receive or the power to direct the receipt of dividends from or the proceeds from the sale of such shares, and no one person's interests in such shares exceeds 5% of the total outstanding shares of Common Stock. It states that it has sole voting power with respect to 7,259,729 of such shares, and sole dispositive power with respect to all of such shares.

Table of Contents

(4)     The Vanguard Group, Inc. is an investment advisor, and states that it has sole voting power with respect to 123,496 of such shares, shared voting power with respect to 7,600 of such shares, sole dispositive power with respect to 5,389,609 of such shares, and shared dispositive power with respect to 127,672 of such shares.

(5)     Includes 6,766 restricted shares.

(6)     Includes 6,766 restricted shares.

(7)     Includes 19,804 restricted shares.

(8)     Includes 6,766 restricted shares, and 5,000 shares that may be acquired by Mr. Gable pursuant to exercisable stock options.

(9)     Includes 64,258 restricted shares.

(10)   Includes 43,039 restricted shares, 4,655 shares held indirectly through the Company's 401(k) plan, and 35,072 shares held indirectly by family trusts.

(11)   Includes 6,766 restricted shares, and 5,000 shares that may be acquired by Mr. Kennedy pursuant to exercisable stock options. Mr. Kennedy serves on the Board of Trustees of Ariel Mutual Funds, for which Ariel Investments, LLC serves as investment advisor and performs services which include buying and selling securities on behalf of the Ariel Mutual Funds. Mr. Kennedy disclaims beneficial ownership of all shares held by Ariel Investments, LLC as investment advisor for Ariel Mutual Funds.

(12)   Includes 6,766 restricted shares.

(13)   Based on beneficial ownership as of December 15, 2016, which was Mr. Lynch's last day of employment with the Company. Includes 29,294 restricted shares.

(14)   All are restricted shares.

(15)   Includes 6,766 restricted shares, and 5,000 shares that may be acquired by Mr. Miller pursuant to exercisable stock options.

(16)   Includes 6,766 restricted shares.

(17)   Based on beneficial ownership as of January 1, 2017, which was Mr. Willoch's last day of employment with the Company. Includes 26,663 restricted shares.

(18)   Includes 317,444 restricted shares, and 25,000 shares that may be acquired by all executive officers and directors as a group pursuant to exercisable stock options.

Table of Contents

**PRINCIPAL SHAREHOLDERS AND MANAGEMENT STOCK OWNERSHIP**

The following table sets forth, as of March 1, 2018 (unless otherwise indicated), beneficial ownership of the Company's Common Stock by: (i) each person, including any "group" as that term is used in Section 13(d)(3) of the Securities Exchange Act of 1934, known by the Company to be the beneficial owner of more than 5% of any class of the Company's voting securities, (ii) each director and nominee for director, (iii) the Company's Chief Executive Officer, Chief Financial Officer, and next three most highly compensated executive officers during 2017 (the "Named Executive Officers"), and (iv) all executive officers and directors of the Company as a group. Due to the nature of the awards, performance shares awarded to the Company's executive officers are not included in beneficial ownership of Common Stock. Unless otherwise noted, the business address for each beneficial owner is the Company's corporate headquarters located at 2859 Paces Ferry Road, Suite 2000, Atlanta, Georgia 30339.

| Beneficial Owner (and Business Address of 5% Owners) | Title of Class | Amount and Nature of Beneficial Ownership | Percent of Class(1) |
|---|---|---|---|
| BlackRock, Inc.<br>55 East 52nd Street<br>New York, New York 10022 | Common Stock | 7,806,387(2)(3) | 13.1% |
| FMR LLC<br>and Abigail P. Johnson<br>245 Summer Street<br>Boston, Massachusetts 02210 | Common Stock | 3,969,285(2)(4) | 6.7% |
| The Vanguard Group, Inc.<br>100 Vanguard Boulevard<br>Malvern, Pennsylvania 19355 | Common Stock | 5,587,898(2)(5) | 9.4% |
| John P. Burke | Common Stock | 21,297(6) | * |
| Andrew B. Cogan | Common Stock | 23,297(7) | * |
| Robert A. Coombs | Common Stock | 114,460(8) | * |
| Carl I. Gable | Common Stock | 27,063(9) | * |
| Jay D. Gould | Common Stock | 217,737(10) | * |
| Bruce A. Hausmann | Common Stock | 60,385(11) | * |
| Daniel T. Hendrix | Common Stock | 130,028(12) | * |
| Christopher G. Kennedy | Common Stock | 82,020(13) | * |
| K. David Kohler | Common Stock | 47,297(14) | * |
| Erin A. Matts | Common Stock | 7,511(15) | * |
| James B. Miller, Jr. | Common Stock | 61,297(16) | * |
| Matthew J. Miller | Common Stock | 43,247(17) | * |
| Sheryl D. Palmer | Common Stock | 12,247(18) | * |
| J. Chadwick Scales | Common Stock | 29,024(19) | * |
| All executive officers and directors (17 persons) | Common Stock | 992,124(20) | 1.7% |

_____
* Less than 1%.

**Interface**®

Table of Contents

(1) Percent of class is based on 59,342,539 shares outstanding on March 1, 2018 and is calculated assuming that the beneficial owner or group of beneficial owners has exercised any conversion rights, options or other rights to subscribe held by such beneficial owner that are exercisable within 60 days of March 1, 2018, and that no other conversion rights, options or rights to subscribe have been exercised by anyone else.

(2) Based upon information included in statements as of December 31, 2017 provided to the Company and filed with the Securities and Exchange Commission by such beneficial owners.

(3) According to BlackRock, various persons have the right to receive or the power to direct the receipt of dividends from or the proceeds from the sale of such shares, and no one person's interests in such shares exceeds 5% of the total outstanding shares of Common Stock. It states that it has sole voting power with respect to 7,656,520 of such shares, and sole dispositive power with respect to all of such shares.

(4) FMR LLC is a parent holding company, and Ms. Johnson is director, Chairman and Chief Executive Officer. Members of the Johnson family, including Ms. Johnson, are the predominant owners, directly or through trusts, of Series B voting common shares of FMR LLC, representing 49% of the voting power of FMR LLC. They state that none of them has the sole power to vote or direct the voting of the shares, which power resides with Boards of Trustees of the various Fidelity funds.

(5) The Vanguard Group, Inc. is an investment advisor, and states that it has sole voting power with respect to 112,403 of such shares, shared voting power with respect to 17,400 of such shares, sole dispositive power with respect to 5,463,395 of such shares, and shared dispositive power with respect to 124,503 of such shares.

(6) Includes 5,312 restricted shares.

(7) Includes 5,312 restricted shares.

(8) Includes 27,466 restricted shares.

(9) Includes 5,312 restricted shares, and 5,000 shares that may be acquired by Mr. Gable pursuant to exercisable stock options.

(10) Includes 97,322 restricted shares.

(11) Includes 52,814 restricted shares.

(12) Includes 43,039 restricted shares, 4,712 shares held indirectly through the Company's 401(k) plan, and 35,072 shares held indirectly by family trusts.

(13) Includes 5,312 restricted shares, and 5,000 shares that may be acquired by Mr. Kennedy pursuant to exercisable stock options. Mr. Kennedy serves on the Board of Trustees of Ariel Mutual Funds, for which Ariel Investments, LLC serves as investment advisor and performs services which include buying and selling securities on behalf of the Ariel Mutual Funds. Mr. Kennedy disclaims beneficial ownership of all shares held by Ariel Investments, LLC as investment advisor for Ariel Mutual Funds.

(14) Includes 5,312 restricted shares.

(15) Includes 5,312 restricted shares.

(16) Includes 5,312 restricted shares, and 5,000 shares that may be acquired by Mr. Miller pursuant to exercisable stock options.

(17) Includes 28,457 restricted shares.

(18) Includes 5,312 restricted shares.

(19) Includes 21,921 restricted shares.

(20) Includes 370,221 restricted shares, and 25,000 shares that may be acquired by all executive officers and directors as a group pursuant to exercisable stock options.

**Interface**®

Table of Contents

**PRINCIPAL SHAREHOLDERS AND MANAGEMENT STOCK OWNERSHIP**

The following table sets forth, as of March 1, 2019 (unless otherwise indicated), beneficial ownership of the Company's Common Stock by: (i) each person, including any "group" as that term is used in Section 13(d)(3) of the Securities Exchange Act of 1934, known by the Company to be the beneficial owner of more than 5% of any class of the Company's voting securities, (ii) each director and nominee for director, (iii) the Company's Chief Executive Officer, Chief Financial Officer, and next three most highly compensated executive officers during 2018 (the "Named Executive Officers"), and (iv) all executive officers and directors of the Company as a group. Due to the nature of the awards, performance shares awarded to the Company's executive officers are not included in beneficial ownership of Common Stock. Unless otherwise noted, the business address for each beneficial owner is the Company's corporate headquarters located at 1280 West Peachtree Street NW, Atlanta, Georgia 30309.

| Beneficial Owner (and Business Address of 5% Owners) | Title of Class | Amount and Nature of Beneficial Ownership | Percent of Class(1) |
|---|---|---|---|
| BlackRock, Inc.<br>55 East 52nd Street<br>New York, New York 10022 | Common Stock | 8,947,472(2)(3) | 14.9% |
| FMR LLC<br>and Abigail P. Johnson<br>245 Summer Street<br>Boston, Massachusetts 02210 | Common Stock | 2,788,403(2)(4) | 4.7% |
| Frontier Capital Management Co., LLC<br>99 Summer Street<br>Boston, Massachusetts 02110 | Common Stock | 3,667,500(2)(5) | 6.1% |
| The Vanguard Group, Inc.<br>100 Vanguard Boulevard<br>Malvern, Pennsylvania 19355 | Common Stock | 6,075,030(2)(6) | 10.1% |
| John P. Burke | Common Stock | 26,998(7) | * |
| Andrew B. Cogan | Common Stock | 28,998(8) | * |
| Robert A. Coombs | Common Stock | 127,857(9) | * |
| Jay D. Gould | Common Stock | 317,425(10) | * |
| Bruce A. Hausmann | Common Stock | 87,091(11) | * |
| Daniel T. Hendrix | Common Stock | 141,260(12) | * |
| Christopher G. Kennedy | Common Stock | 87,721(13) | * |
| Catherine M. Kilbane | Common Stock | 7,515(14) | * |
| K. David Kohler | Common Stock | 52,998(15) | * |
| Erin A. Matts | Common Stock | 13,212(16) | * |
| James B. Miller, Jr. | Common Stock | 66,998(17) | * |
| Matthew J. Miller | Common Stock | 75,268(18) | * |
| Sheryl D. Palmer | Common Stock | 17,948(19) | * |
| J. Chadwick Scales | Common Stock | 29,024(20) | * |
| Nigel Stansfield | Common Stock | 52,877(21) | * |
| All executive officers and directors (15 persons) | Common Stock | 1,097,221(22) | 1.8% |

---
    * Less than 1%.

(1)   Percent of class is based on 60,008,463 shares outstanding on March 1, 2019 and is calculated assuming that the beneficial owner or group of beneficial owners has exercised any conversion rights, options or other rights to subscribe held by such beneficial owner that are exercisable within 60 days of March 1, 2019, and that no other conversion rights, options or rights to subscribe have been exercised by anyone else.

**Interface**

Table of Contents

(2)  Based upon information included in statements as of December 31, 2018 provided to the Company and filed with the Securities and Exchange Commission by such beneficial owners.

(3)  According to BlackRock, various persons have the right to receive or the power to direct the receipt of dividends from or the proceeds from the sale of such shares, and no one person's interests in such shares exceeds 5% of the total outstanding shares of Common Stock. It states that it has sole voting power with respect to 8,720,741 of such shares, and sole dispositive power with respect to all of such shares.

(4)  FMR LLC is a parent holding company, and Ms. Johnson is director, Chairman and Chief Executive Officer. Members of the Johnson family, including Ms. Johnson, are the predominant owners, directly or through trusts, of Series B voting common shares of FMR LLC, representing 49% of the voting power of FMR LLC. They state that none of them has the sole power to vote or direct the voting of the shares, which power resides with Boards of Trustees of the various Fidelity funds.

(5)  Frontier Capital Management Co., LLC is an investment advisor, and states that it has sole voting power with respect to 2,010,723 of such shares and sole dispositive power with respect to all of such shares.

(6)  The Vanguard Group, Inc. is an investment advisor, and states that it has sole voting power with respect to 114,716 of such shares, shared voting power with respect to 17,400 of such shares, sole dispositive power with respect to 5,948,214 of such shares, and shared dispositive power with respect to 126,816 of such shares.

(7)  Includes 7,257 restricted shares.

(8)  Includes 7,257 restricted shares.

(9)  Mr. Coombs retired from the Company on January 13, 2019.

(10)  Includes 118,338 restricted shares.

(11)  Includes 54,521 restricted shares.

(12)  Includes 4,670 shares held indirectly through the Company's 401(k) plan, and 35,072 shares held indirectly by family trusts.

(13)  Includes 7,257 restricted shares. Mr. Kennedy serves on the Board of Trustees of Ariel Mutual Funds, for which Ariel Investments, LLC serves as investment advisor and performs services which include buying and selling securities on behalf of the Ariel Mutual Funds. Mr. Kennedy disclaims beneficial ownership of all shares held by Ariel Investments, LLC as investment advisor for Ariel Mutual Funds.

(14)  Includes 6,608 restricted shares.

(15)  Includes 7,257 restricted shares.

(16)  Includes 7,257 restricted shares.

(17)  Includes 7,257 restricted shares.

(18)  Includes 34,864 restricted shares.

(19)  Includes 7,257 restricted shares.

**Interface**®

Table of Contents

**PRINCIPAL SHAREHOLDERS AND MANAGEMENT STOCK OWNERSHIP**

The following table sets forth, as of March 13, 2020 (unless otherwise indicated), beneficial ownership of the Company's Common Stock by: (i) each person, including any "group" as that term is used in Section 13(d)(3) of the Securities Exchange Act of 1934, known by the Company to be the beneficial owner of more than 5% of any class of the Company's voting securities, (ii) each director and nominee for director, (iii) each person who served as the Company's Chief Executive Officer or Chief Financial Officer, and the next three most highly compensated executive officers, during 2019 (the "Named Executive Officers"), and (iv) all executive officers and directors of the Company as a group. Due to the nature of the awards, performance shares awarded to the Company's executive officers are not included in beneficial ownership of Common Stock. Unless otherwise noted, the business address for each beneficial owner is the Company's corporate headquarters located at 1280 West Peachtree Street NW, Atlanta, Georgia 30309.

| Beneficial Owner (and Business Address of 5% Owners) | Title of Class | Amount and Nature of Beneficial Ownership | Percent of Class(1) |
|---|---|---|---|
| BlackRock, Inc. 55 East 52nd Street New York, New York 10022 | Common Stock | 8,955,436(2)(3) | 15.3% |
| Frontier Capital Management Co., LLC 99 Summer Street Boston, Massachusetts 02110 | Common Stock | 4,389,225(2)(4) | 7.5% |
| The Vanguard Group, Inc. 100 Vanguard Boulevard Malvern, Pennsylvania 19355 | Common Stock | 6,280,373(2)(5) | 10.7% |
| John P. Burke | Common Stock | 26,998(6) | * |
| David Foshee | Common Stock | 93,413(7) | * |
| Dwight Gibson | Common Stock | 3,965(8) | * |
| Jay D. Gould | Common Stock | 199,087(9) | * |
| Bruce A. Hausmann | Common Stock | 104,814(10) | * |
| Daniel T. Hendrix | Common Stock | 201,326(11) | * |
| Christopher G. Kennedy | Common Stock | 136,721(12) | * |
| Joseph Keough | Common Stock | 3,965(13) | * |
| Catherine M. Kilbane | Common Stock | 7,515(14) | |
| K. David Kohler | Common Stock | 52,998(15) | * |
| James B. Miller, Jr. | Common Stock | 66,998(16) | |
| Matthew J. Miller | Common Stock | 63,033(17) | * |
| Sheryl D. Palmer | Common Stock | 17,948(18) | * |
| Nigel Stansfield | Common Stock | 73,684(19) | * |
| All executive officers and directors (14 persons) | Common Stock | 1,052,465(20) | 1.8% |

_____
  * Less than 1%.

**Interface**

Table of Contents

(1)    Percent of class is based on 58,557,079 shares outstanding on March 13, 2020 and is calculated assuming that the beneficial owner or group of beneficial owners has exercised any conversion rights, options or other rights to subscribe held by such beneficial owner that are exercisable within 60 days of March 13, 2020, and that no other conversion rights, options or rights to subscribe have been exercised by anyone else.

(2)    Based upon information included in statements as of December 31, 2019 provided to the Company and filed with the Securities and Exchange Commission by such beneficial owners.

(3)    According to BlackRock, various persons have the right to receive or the power to direct the receipt of dividends from or the proceeds from the sale of such shares, and no one person's interests in such shares exceeds 5% of the total outstanding shares of Common Stock. It states that it has sole voting power with respect to 8,829,691 of such shares, and sole dispositive power with respect to all such shares.

(4)    Frontier Capital Management Co., LLC is an investment advisor, and states that it has sole voting power with respect to 2,576,044 of such shares and sole dispositive power with respect to all such shares.

(5)    The Vanguard Group, Inc. is an investment advisor, and states that it has sole voting power with respect to 115,944 of such shares, shared voting power with respect to 17,400 of such shares, sole dispositive power with respect to 6,155,192 of such shares, and shared dispositive power with respect to 125,181 of such shares.

(6)    Includes 5,701 restricted shares.

(7)    Includes 20,562 restricted shares.

(8)    Includes 3,965 restricted shares.

(9)    Mr. Gould is no longer employed by the Company. Beneficial ownership information is based on the last Form 4 filed by Mr. Gould on February 21, 2019, less restricted shares forfeited upon termination of employment.

(10)    Includes 43,526 restricted shares.

(11)    Includes 4,856 shares held indirectly through the Company's 401(k) plan, and 35,072 shares held indirectly by family trusts.

(12)    Includes 5,701 restricted shares. Mr. Kennedy serves on the Board of Trustees of Ariel Mutual Funds, for which Ariel Investments, LLC serves as investment advisor and performs services which include buying and selling securities on behalf of the Ariel Mutual Funds. Mr. Kennedy disclaims beneficial ownership of all shares held by Ariel Investments, LLC as investment advisor for Ariel Mutual Funds.

(13)    Includes 3,965 restricted shares.

(14)    Includes 5,701 restricted shares.

(15)    Includes 5,701 restricted shares.

(16)    Includes 5,701 restricted shares.

(17)    Mr. Miller is no longer employed by the Company. Beneficial ownership information is based on the last Form 4 filed by Mr. Miller on June 4, 2019, less restricted shares forfeited upon termination of employment.

(18)    Includes 5,701 restricted shares.

(19)    Includes 25,766 restricted shares.

(20)    Includes 131,990 restricted shares.

**Interface®**

Table of Contents

**PRINCIPAL SHAREHOLDERS AND MANAGEMENT STOCK OWNERSHIP**

The following table sets forth, as of March 19, 2021 (unless otherwise indicated), beneficial ownership of the Company's Common Stock by: (i) each person, including any "group" as that term is used in Section 13(d)(3) of the Securities Exchange Act of 1934, known by the Company to be the beneficial owner of more than 5% of any class of the Company's voting securities, (ii) each director and nominee for director, (iii) each person who served as the Company's Chief Executive Officer or Chief Financial Officer, and the next three most highly compensated executive officers, during 2020 (the "Named Executive Officers"), and (iv) all executive officers and directors of the Company as a group. Due to the nature of the awards, performance shares awarded to the Company's executive officers are not included in beneficial ownership of Common Stock. Unless otherwise noted, the business address for each beneficial owner is the Company's corporate headquarters located at 1280 West Peachtree Street NW, Atlanta, Georgia 30309.

| Beneficial Owner (and Business Address of 5% Owners) | Title of Class | Amount and Nature of Beneficial Ownership | Percent of Class(1) |
|---|---|---|---|
| BlackRock, Inc. 55 East 52nd Street New York, New York 10055 | Common Stock | 9,107,924(2)(3) | 15.5% |
| Frontier Capital Management Co., LLC 99 Summer Street Boston, Massachusetts 02110 | Common Stock | 4,656,205(2)(4) | 7.9% |
| The Vanguard Group, Inc. 100 Vanguard Boulevard Malvern, Pennsylvania 19355 | Common Stock | 5,954,059(2)(5) | 10.2% |
| John P. Burke | Common Stock | 42,506(6) | * |
| David Foshee | Common Stock | 120,475(7) | * |
| Dwight Gibson | Common Stock | 19,473(8) | * |
| Jay D. Gould | Common Stock | 199,087(9) | * |
| Bruce A. Hausmann | Common Stock | 136,057(10) | * |
| Daniel T. Hendrix | Common Stock | 279,994(11) | * |
| Christopher G. Kennedy | Common Stock | 152,229(12) | * |
| Joseph Keough | Common Stock | 19,473(13) | * |
| Catherine M. Kilbane | Common Stock | 23,023(14) | * |
| K. David Kohler | Common Stock | 68,506(15) | * |
| Sheryl D. Palmer | Common Stock | 33,456(16) | * |
| James Poppens | Common Stock | 32,133(17) | * |
| Nigel Stansfield | Common Stock | 110,273(18) | * |
| All executive officers and directors (12 persons) | Common Stock | 1,037,598(19) | 1.8% |

_____

* Less than 1%.

**Interface**®

Table of Contents

(1) Percent of class is based on 58,640,045 shares outstanding on March 19, 2021 and is calculated assuming that the beneficial owner or group of beneficial owners has exercised any conversion rights, options or other rights to subscribe held by such beneficial owner that are exercisable within 60 days of March 19, 2021, and that no other conversion rights, options or rights to subscribe have been exercised by anyone else.

(2) Based upon information included in statements as of December 31, 2020 provided to the Company and filed with the Securities and Exchange Commission by such beneficial owners.

(3) According to BlackRock, various persons have the right to receive or the power to direct the receipt of dividends from or the proceeds from the sale of such shares, and no one person's interests in such shares exceeds 5% of the total outstanding shares of Common Stock. It states that it has sole voting power with respect to 9,013,041 of such shares, and sole dispositive power with respect to all such shares.

(4) Frontier Capital Management Co., LLC is an investment advisor, and states that it has sole voting power with respect to 2,004,158 of such shares and sole dispositive power with respect to all such shares.

(5) The Vanguard Group, Inc. is an investment advisor, and states that it has shared voting power with respect to 78,597 of such shares, sole dispositive power with respect to 5,827,753 of such shares, and shared dispositive power with respect to 126,306 of such shares.

(6) Includes 15,508 restricted shares.

(7) Includes 48,225 restricted shares.

(8) Includes 15,508 restricted shares.

(9) Mr. Gould is no longer employed by the Company. Beneficial ownership information is based on the last Form 4 filed by Mr. Gould on February 21, 2019, less restricted shares forfeited upon termination of employment.

(10) Includes 67,837 restricted shares.

(11) Includes 138,496 restricted shares, 4,908 shares held indirectly through the Company's 401(k) plan, and 35,072 shares held indirectly by family trusts.

(12) Includes 15,508 restricted shares. Mr. Kennedy serves on the Board of Trustees of Ariel Mutual Funds, for which Ariel Investments, LLC serves as investment advisor and performs services which include buying and selling securities on behalf of the Ariel Mutual Funds. Mr. Kennedy disclaims beneficial ownership of all shares held by Ariel Investments, LLC as investment advisor for Ariel Mutual Funds.

(13) Includes 15,508 restricted shares.

(14) Includes 15,508 restricted shares.

(15) Includes 15,508 restricted shares.

(16) Includes 15,508 restricted shares

(17) Includes 30,981 restricted shares.

(18) Includes 64,341 restricted shares.

(19) Includes 458,436 restricted shares. Excludes Mr. Gould, whose employment with the Company ended January 19, 2020.

**Interface**