# Exhibit P

**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C.  20549**

_____

**FORM 8-K**

_____

**CURRENT REPORT**

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report (Date of Earliest Event Reported):   November 2, 2016

_____

_____ **INTERFACE, INC.** _____
(Exact name of Registrant as Specified in its Charter)

| Georgia | 001-33994 | 58-1451243 |
|---|---|---|
| (State or other Jurisdiction of Incorporation or Organization) | (Commission File Number) | (IRS Employer Identification No.) |

| 2859 Paces Ferry Road, Suite 2000 Atlanta, Georgia | 30339 |
|---|---|
| (Address of principal executive offices) | (Zip code) |

Registrant's telephone number, including area code:  (770) 437-6800

Not Applicable
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 5.02**          **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On November 2, 2016, Interface, Inc. (the "Company") and Patrick C. Lynch, the Company's Senior Vice President and Chief Financial Officer, announced Mr. Lynch's departure from the Company, expected to be effective at a to-be-determined date during the first quarter of 2017.  The Company is searching for a successor, and Mr. Lynch currently plans to continue to serve during the transitional period.  Mr. Lynch ably served with the Company for 20 years, including 15 years as its Chief Financial Officer. He will receive the compensation and benefits provided for in his previously filed Amended and Restated Employment and Change in Control Agreement dated January 1, 2008 for an employment termination without cause.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

INTERFACE, INC.

By:    /s/ Raymond S. Willoch

Raymond S. Willoch
Senior Vice President

Date:  November 2, 2016