# Exhibit Q

Case 1:20-cv-05518-HG-RER   Document 43-17   Filed 06/16/21   Page 3 of 10 PageID #: 718



**BANKS**

SEPTEMBER 28, 2020 / 9:25 AM / UPDATED 8 MONTHS AGO

# SEC fines two companies for improperly reporting earnings, first in 'EPS Initiative'

By Jonathan Stempel



(Reuters) - The U.S. Securities and Exchange Commission fined two companies for violations that resulted in improper reporting of quarterly earnings, the regulator's first enforcement actions under a program to detect such violations.

Case 1:20-cv-05518-HG-RER   Document 43-17   Filed 06/16/21   Page 3 of 10 PageID #: 719

NOW READING   SEC fines two companies for improperly reporting earnings, first in 'EPS Initiative'

| Exclusive-Guatemalan president says graft fighter biased, a... | Navalny ally urges donors to use cryptocurrency due to crac... | |
|---|---|---|
| 20 MINUTES AGO | AN HOUR AGO | ⟩ |

FILE PHOTO: The seal of the U.S. Securities and Exchange Commission hangs on the wall at SEC headquarters in Washington, June 24, 2011. REUTERS/Jonathan Ernst

In a statement on Monday, the SEC said carpet manufacturer Interface Inc will pay a $5 million civil fine while the Pennsylvania bank Fulton Financial Corp will pay a $1.5 million civil fine. Neither admitted or denied wrongdoing.

Monday's actions result from the SEC's EPS Initiative, which uses risk-based data analytics to uncover suspect accounting and disclosure practices that can enable companies to report earnings per share that appear consistent or please Wall Street.

"Public company financial reporting should not present a misleading picture of performance," Stephanie Avakian, director of the SEC enforcement division, said in a statement.

ADVERTISEMENT

Case 1:20-cv-05518-HG-RER   Document 43-17   Filed 06/16/21   Page 4 of 10 PageID #: 720

NOW READING  SEC fines two companies for improperly reporting earnings, first in 'EPS Initiative'

| Exclusive-Guatemalan president says graft fighter biased, a... | Navalny ally urges donors to use cryptocurrency due to crac... | |
|---|---|---|
| 20 MINUTES AGO | AN HOUR AGO | > |

The SEC said Atlanta-based Interface manually changed its accounting for management bonuses, stock-based compensation and consulting expenses over five quarters in 2015 and 2016.

It said this caused Interface's earnings per share to meet or exceed analyst forecasts, often when internal forecasts projected they would fall short.

The SEC said the changes were directed by Interface's chief accounting officer, and sometimes also by its chief financial officer. They were also fined and no longer work for Interface.

ADVERTISEMENT

Fulton, a Lancaster, Pennsylvania-based bank serving five mid-Atlantic states, was accused of accounting improperly for mortgage servicing rights in late 2016 and early 2017.

The SEC said this enabled Fulton to belatedly reverse an allowance for bad loans in the second quarter of 2017, when it otherwise would have fallen short of analyst forecasts, creating "an appearance of consistent earnings trends."

Interface said in a statement it has improved oversight and cooperated with the SEC.

Fulton said in a separate statement it has strengthened its process for valuing its mortgage servicing rights portfolio.

| Exclusive-Guatemalan president says graft fighter biased, a... | Navalny ally urges donors to use cryptocurrency due to crac... | |
|---|---|---|
| 20 MINUTES AGO | AN HOUR AGO | > |

**MORE FROM REUTERS**

Case 1:20-cv-05518-HG-RER Document 43-17 Filed 06/16/21 Page 6 of 10 PageID #: 722

**NOW READING** SEC fines two companies for improperly reporting earnings, first in 'EPS Initiative'

| Exclusive-Guatemalan president says graft fighter biased, a... | Navalny ally urges donors to use cryptocurrency due to crac... | |
| --- | --- | --- |
| 20 MINUTES AGO | AN HOUR AGO | ⟩ |





### 20 Questions to See If You'll Retire Comfortably

smartasset

### Join the VCs that invested in Lemonade — before the IPO

OurCrowd







### Motley Fool Issues Rare "All In" Buy Alert

The Motley Fool

### Refi rates at 2.00% APR. Do you qualify?

LendingTree

### The Definitive Guide to Retirement for $500k+ Portfolios

Fisher Investments

Case 1:20-cv-05518-HG-RER Document 43-17 Filed 06/16/21 Page 7 of 10 PageID #: 723

NOW READING    SEC fines two companies for improperly reporting earnings, first in 'EPS Initiative'

| Exclusive-Guatemalan president says graft fighter biased, a... | Navalny ally urges donors to use cryptocurrency due to crac... | › |
|---|---|---|
| 20 MINUTES AGO | AN HOUR AGO | |



**Bitcoin hits one-week low as rising U.S. yields dent rally**

11 Jan



**Some U.S. meat plants stop operating after JBS cyber attack**

01 Jun



**Israel sees probable link between Pfizer vaccine and small number...**

01 Jun



**Analysis: Cancel your weekends! Bitcoin doesn't rest, and...**

11 Jan



**Exclusive: Iran moves missiles to Iraq in warning to enemies - sources**

31 Aug

Case 1:20-cv-05518-HG-RER   Document 43-17   Filed 06/16/21   Page 8 of 10 PageID #: 724

**NOW READING**   SEC fines two companies for improperly reporting earnings, first in 'EPS Initiative'

Exclusive-Guatemalan president says graft fighter biased, a...

20 MINUTES AGO

Navalny ally urges donors to use cryptocurrency due to crac...

AN HOUR AGO

⟩

Case 1:20-cv-05518-HG-RER   Document 43-17   Filed 06/16/21   Page 9 of 10 PageID #: 725

NOW READING   SEC fines two companies for improperly reporting earnings, first in 'EPS Initiative'

| Exclusive-Guatemalan president says graft fighter biased, a... | Navalny ally urges donors to use cryptocurrency due to crac... | |
|---|---|---|
| 20 MINUTES AGO | AN HOUR AGO | ❯ |



Fact Check-COVID-19 does exist and autopsies in Russia did not show...

15 Apr



WHO approves Sinovac COVID-19 vaccine, 2nd Chinese-made dose listed

01 Jun



Disaster feared as chemical cargo ship sinks off Sri Lanka

02 Jun



The $15 billion jet dilemma facing Boeing's CEO

02 Jun



Florida man accused of storming U.S. Capitol pleads guilty

02 Jun

Case 1:20-cv-05518-HG-RER    Document 43-17    Filed 06/16/21    Page 10 of 10 PageID #: 726

NOW READING  **SEC fines two companies for improperly reporting earnings, first in 'EPS Initiative'**

Exclusive-Guatemalan president says graft fighter biased, a...

20 MINUTES AGO

Navalny ally urges donors to use cryptocurrency due to crac...

AN HOUR AGO

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2021 Reuters. All Rights Reserved.