UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

THOMAS S. SWANSON, Individually and on  :   Civil Action No. 1:20-cv-05518-BMC-RER
Behalf of All Others Similarly Situated,                    :
                                                            :   CLASS ACTION
                    Plaintiff,                          :
                                                            :   JOINT STIPULATION AND
    vs.                                                    :   [PROPOSED] ORDER MODIFYING THE
                                                            :   BRIEFING SCHEDULE FOR PLAINTIFF'S
INTERFACE, INC., DANIEL T. HENDRIX,    :   MOTION FOR CLASS CERTIFICATION
JAY D. GOULD, BRUCE A. HAUSMANN        :
and PATRICK C. LYNCH,                                       :
                                                            :
                    Defendants.                        :
                                                            :

---------------------------------------------------------- x

       WHEREAS, by Order dated September 28, 2022, the Court adopted the parties' Joint Proposed Case Management Plan (ECF No. 52) which provides, *inter alia*, that Lead Plaintiff's Motion for Class Certification (the "Class Motion") shall be filed on or before December 1, 2022; Defendants' opposition to the Class Motion shall be filed on or before February 1, 2023; and Lead Plaintiff's reply in further support of the Class Motion shall be filed on or before March 20, 2023;

       WHEREAS, Defendants intend to file a motion to compel (the "Motion to Compel") against both Lead Plaintiff and Lead Plaintiff's investment advisor, non-party Chartwell Investment Partners, that concerns documents that may be relevant to the Class Motion, and will likely delay Defendants' ability to file their opposition consistent with the current schedule; and

       WHEREAS, Defendants' Motion to Compel is subject to a joint pre-motion letter requirement under this District's Local Rules and Your Honor's Individual Practices, with which the parties are in the process of complying; and

       WHEREAS, the parties have conferred and agreed that, subject to approval of the Court, the briefing schedule on the Class Motion should be modified as follows:

       1.      The Class Motion shall be filed on or before January 12, 2023;

2. Defendants' opposition to the Class Motion shall be filed by the later of: (i) sixty (60) days after the filing of the Class Motion; (ii) if the Motion to Compel is granted in whole or in part, forty-five (45) days after Defendants' receipt of all of the compelled discovery; or (iii) thirty (30) days after an order denying the Motion to Compel in full;

3. Lead Plaintiff's reply in further support of the Class Motion shall be filed no later than 45 days after Defendants' opposition to the Class Motion is filed.

This stipulation may be signed in counterparts, and the signature pages may be exchanged via PDF and email.

DATED:  November 30, 2022

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Harris Fischman*
HARRIS FISCHMAN

Daniel J. Kramer
Harris Fischman
Shane D. Avidan
1285 Avenue of the Americas
New York, NY  10019-6064
212/373-3306
dkramer@paulweiss.com
hfischman@paulweiss.com
savidan@paulweiss.com

*Counsel for Interface, Inc., Daniel T. Hendrix and Bruce A. Hausmann*

GREENBERG TRAURIG LLP

*/s/ David Long-Daniels*
DAVID LONG-DANIELS

David Long-Daniels
(*pro hac vice application forthcoming*)
Terminus 200
3333 Piedmont Road ND
Suite 2500
Atlanta, GA  30305
678/553-4744
Long-DanielsD@gtlaw.com

*Counsel for Jay D. Gould*

ROBBINS GELLER RUDMAN
  & DOWD LLP

　　　　　*/s/ David A. Rosenfeld*
　　　DAVID A. ROSENFELD

David A. Rosenfeld
Samuel H. Rudman
Philip T. Merenda, III
Natalie Bono
58 South Service Road, Suite 200
Melville, NY  11747
631/367-7100
drosenfeld@rgrdlaw.com
srudman@rgrdlaw.com
pmerenda@rgrdlaw.com
nbono@rgrdlaw.com

*Counsel for Lead Plaintiff*

IT IS SO ORDERED.
　Brooklyn, NY
DATED:  Nov. 30, 2022

Digitally signed by Brian M. Cogan
THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE