# Exhibit D-4

Case 1:20-cv-05518-HG-RER    Document 58-6    Filed 12/22/22    Page 1 of 7 PageID #: 1041



**Shareholder Login**



**OVER 20 YEARS OF LONG-STANDING RELATIONSHIPS**

# DISCIPLINED AND CONSISTENT INVESTMENTS

Since its founding in 1997, Chartwell has successfully grown into a 50+ person, boutique investment management firm with approximately $10 billion of assets under management. Located in Berwyn, Pennsylvania, Chartwell is a wholly-owned subsidiary of Raymond James Investment Management (a subsidiary of Raymond James Financial) since 2022.

Chartwell provides U.S. equity and fixed-income strategies accessible via Separate Accounts, CITs, and Mutual Funds.

**History** ⎯

Philosophy

People

Products



**Learn More About Us**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended September 30, 2021

Or

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____
Commission file number 1-9109

# RAYMOND JAMES FINANCIAL, INC.

(Exact name of registrant as specified in its charter)

| Florida | | | 59-1517485 |
|---|---|---|---|
| (State or other jurisdiction of incorporation or organization) | | | (I.R.S. Employer Identification No.) |

| 880 Carillon Parkway | St. Petersburg | Florida | 33716 |
|---|---|---|---|
| (Address of principal executive offices) | | | (Zip Code) |

(727) 567-1000
Registrant's telephone number, including area code

Securities registered pursuant to Section 12(b) of the Exchange Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $.01 par value** | **RJF** | **New York Stock Exchange** |

Securities registered pursuant to Section 12(g) of the Exchange Act:        None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (Section 232.405) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐    No ☒

As of March 31, 2021, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant computed by reference to the price at which the common stock was last sold was $15,122,502,109.

The number of shares outstanding of the registrant's common stock as of November 18, 2021 was 206,161,694.

DOCUMENTS INCORPORATED BY REFERENCE

**RAYMOND JAMES FINANCIAL, INC. AND SUBSIDIARIES**

<u>PART I</u>

**ITEM 1. <u>BUSINESS</u>**

Raymond James Financial, Inc. ("RJF" or the "firm") is a leading diversified financial services company providing private client group, capital markets, asset management, banking and other services to individuals, corporations and municipalities. The firm, together with its subsidiaries, is engaged in various financial services activities, including providing investment management services to retail and institutional clients, merger & acquisition and advisory services, the underwriting, distribution, trading and brokerage of equity and debt securities, and the sale of mutual funds and other investment products. The firm also provides corporate and retail banking services, and trust services. The firm operates predominantly in the United States ("U.S.") and, to a lesser extent, in Canada, the United Kingdom ("U.K."), and other parts of Europe. As used herein, the terms "our," "we," or "us" refer to RJF and/or one or more of its subsidiaries.

Established in 1962 and public since 1983, RJF is listed on the New York Stock Exchange (the "NYSE") under the symbol "RJF." As a bank holding company ("BHC") and financial holding company ("FHC"), RJF is subject to supervision, examination and regulation by the Board of Governors of the Federal Reserve System ("the Fed").

Among the keys to our historical and continued success, our emphasis on putting the client first is at the core of our corporate values. We also believe in maintaining a conservative, long-term focus in our decision making. We believe that this disciplined decision-making approach translates to a strong, stable financial services firm for clients, associates, and shareholders.

## <u>REPORTABLE SEGMENTS</u>

We currently operate through the following five segments: Private Client Group ("PCG"); Capital Markets; Asset Management; Raymond James Bank; and Other.

The following graph depicts the relative net revenue contribution of each of our business segments for the fiscal year ended September 30, 2021.



**Net Revenues ***

Capital Markets 19%
Asset Management 8%
RJ Bank 7%
Private Client Group 66%

\* The preceding chart does not include intersegment eliminations or the Other segment.

**Private Client Group**

We provide financial planning, investment advisory and securities transaction services to clients through financial advisors. Total client assets under administration ("AUA") in our PCG segment as of September 30, 2021 were $1.12 trillion, of which $627.1 billion related to fee-based accounts ("fee-based AUA"). We had 8,482 financial advisors affiliated with us as of September 30, 2021.

## RAYMOND JAMES FINANCIAL, INC. AND SUBSIDIARIES
*Management's Discussion and Analysis*

were partially offset by the impact of $46 million of reduction in workforce expenses in the prior year, which did not recur in the current year.

**Year ended September 30, 2020 compared to the year ended September 30, 2019**

Refer to "Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations" of our 2020 Form 10-K for a discussion of our fiscal 2020 results compared to fiscal 2019.

### CERTAIN STATISTICAL DISCLOSURES BY BANK HOLDING COMPANIES

We are required to provide certain statistical disclosures as a bank holding company under the SEC's Industry Guide 3. The following table provides certain of those disclosures.

| | Year ended September 30, | | |
| --- | --- | --- | --- |
| | **2021** | 2020 | 2019 |
| Return on assets | **2.5%** | 1.9% | 2.7% |
| Return on equity | **18.4%** | 11.9% | 16.2% |
| Average equity to average assets | **13.8%** | 15.5% | 16.7% |
| Dividend payout ratio | **15.7%** | 25.4% | 19.0% |

Return on assets is computed by dividing net income by average assets for each indicated fiscal year. Average assets is computed by adding total assets as of each quarter-end date during the indicated fiscal year to the beginning of the year total and dividing by five.

Return on equity is computed by dividing net income by average equity for each indicated fiscal year. Average equity is computed by adding the total equity attributable to RJF as of each quarter-end date during the indicated fiscal year to the beginning of the year total and dividing by five.

Average equity to average assets is computed by dividing average equity by average assets for each indicated fiscal year, as calculated in accordance with the previous explanations.

Dividend payout ratio is computed by dividing dividends declared per common share by earnings per diluted common share for each indicated fiscal year.

Refer to the "Net interest analysis" and "Risk management - Credit risk" sections of this MD&A and to the Notes to Consolidated Financial Statements of this Form 10-K for the other required disclosures.

### STATEMENT OF FINANCIAL CONDITION ANALYSIS

The assets on our Consolidated Statements of Financial Condition consisted primarily of cash and cash equivalents, assets segregated for regulatory purposes and restricted cash (primarily segregated for the benefit of clients), receivables including bank loans, financial instruments held either for trading purposes or as investments, and other assets. A significant portion of our assets were liquid in nature, providing us with flexibility in financing our business.

Total assets of $61.89 billion as of September 30, 2021 were $14.41 billion, or 30%, greater than our total assets as of September 30, 2020. The increase in assets was primarily due to a $7.10 billion increase in assets segregated for regulatory purposes and restricted cash, primarily due to a significant increase in client cash balances. Bank loans, net increased by $3.80 billion, primarily due to an increase in securities-based loans to PCG clients and an increase in corporate loans. In addition, cash and cash equivalents increased $1.81 billion, available-for-sale securities increased $665 million, and brokerage client receivables, net increased $396 million. Goodwill and identifiable intangible assets, net increased $282 million due to the acquisitions of NWPS, Financo, and Cebile during fiscal 2021.

As of September 30, 2021, our total liabilities of $53.59 billion were $13.28 billion, or 33%, greater than our total liabilities as of September 30, 2020. The increase in total liabilities was primarily related to the significant increase in client cash balances as of September 30, 2021, resulting in a $7.20 billion increase in brokerage client payables, primarily due to an increase in client cash held in our CIP, and a $5.69 billion increase in bank deposits, reflecting higher RJBDP balances held at Raymond James Bank. Our accrued

Case 1:20-cv-05518-HG-RER   Document 58-6   Filed 12/22/22   Page 6 of 7 PageID #: 1046

compensation, commissions and benefits increased $441 million, primarily due to an increase in accrued bonuses and benefits resulting from higher net revenues and pre-tax earnings compared with the prior year.

55

**RAYMOND JAMES FINANCIAL, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF INCOME AND COMPREHENSIVE INCOME**

| | | Year ended September 30, | | | | |
|---|---|---|---|---|---|---|
| *in millions, except per share amounts* | | **2021** | | 2020 | | 2019 |
| **Revenues:** | | | | | | |
| Asset management and related administrative fees | $ | **4,868** | $ | 3,834 | $ | 3,451 |
| Brokerage revenues: | | | | | | |
|   Securities commissions | | **1,651** | | 1,468 | | 1,450 |
|   Principal transactions | | **561** | | 488 | | 357 |
|     Total brokerage revenues | | **2,212** | | 1,956 | | 1,807 |
| Account and service fees | | **635** | | 624 | | 738 |
| Investment banking | | **1,143** | | 650 | | 596 |
| Interest income | | **823** | | 1,000 | | 1,281 |
| Other | | **229** | | 104 | | 150 |
|     **Total revenues** | | **9,910** | | 8,168 | | 8,023 |
| Interest expense | | **(150)** | | (178) | | (283) |
|     **Net revenues** | | **9,760** | | 7,990 | | 7,740 |
| **Non-interest expenses:** | | | | | | |
| Compensation, commissions and benefits | | **6,583** | | 5,465 | | 5,087 |
| Non-compensation expenses: | | | | | | |
|   Communications and information processing | | **429** | | 393 | | 373 |
|   Occupancy and equipment | | **232** | | 225 | | 218 |
|   Business development | | **111** | | 134 | | 194 |
|   Investment sub-advisory fees | | **130** | | 101 | | 94 |
|   Professional fees | | **112** | | 91 | | 85 |
|   Bank loan provision/(benefit) for credit losses | | **(32)** | | 233 | | 22 |
|   Losses on extinguishment of debt | | **98** | | — | | — |
|   Acquisition and disposition-related expenses | | **19** | | 7 | | 15 |
|   Reduction in workforce expenses | | **—** | | 46 | | — |
|   Other | | **287** | | 243 | | 277 |
|     Total non-compensation expenses | | **1,386** | | 1,473 | | 1,278 |
|     **Total non-interest expenses** | | **7,969** | | 6,938 | | 6,365 |
| **Pre-tax income** | | **1,791** | | 1,052 | | 1,375 |
| Provision for income taxes | | **388** | | 234 | | 341 |
| **Net income** | $ | **1,403** | $ | 818 | $ | 1,034 |
| | | | | | | |
| Earnings per common share – basic | $ | **6.81** | $ | 3.96 | $ | 4.88 |
| Earnings per common share – diluted | $ | **6.63** | $ | 3.88 | $ | 4.78 |
| Weighted-average common shares outstanding – basic | | **205.7** | | 206.4 | | 211.5 |
| Weighted-average common and common equivalent shares outstanding – diluted | | **211.2** | | 210.3 | | 216.0 |
| | | | | | | |
| **Net income** | $ | **1,403** | $ | 818 | $ | 1,034 |
| **Other comprehensive income/(loss), net of tax:** | | | | | | |
|   Available-for-sale securities | | **(94)** | | 68 | | 71 |
|   Currency translations, net of the impact of net investment hedges | | **16** | | — | | (2) |
|   Cash flow hedges | | **26** | | (34) | | (61) |
|     **Total other comprehensive income/(loss), net of tax** | | **(52)** | | 34 | | 8 |
|     **Total comprehensive income** | $ | **1,351** | $ | 852 | $ | 1,042 |

See accompanying Notes to Consolidated Financial Statements.

82