# Exhibit D-5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS S. SWANSON, Individually and on
Behalf of All Others Similarly Situated,

                     Plaintiff,

     vs.

INTERFACE, INC., DANIEL T. HENDRIX,
JAY D. GOULD, BRUCE A. HAUSMANN
and PATRICK C. LYNCH,

                   Defendants.

: Civil Action No. 1:20-cv-05518-BMC
:
: CLASS ACTION
:
: LEAD PLAINTIFF'S INITIAL
: DISCLOSURE STATEMENT PURSUANT
: TO RULE 26(A)(1)

Pursuant to Federal Rule of Civil Procedure ("Rule") 26(a)(1), lead plaintiff Steamfitters Local 449 Pension Fund ("Lead Plaintiff"), through its undersigned counsel, hereby provides this initial disclosure statement.

## I.    INITIAL DISCLOSURE QUALIFICATIONS

These initial disclosures are made without waiver of, or prejudice to, any current or future objections Lead Plaintiff may have.  Lead Plaintiff expressly reserves all objections, including, but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) privacy; (e) any other applicable privilege or protection under federal or state laws; (f) undue burden; (g) materiality; (h) overbreadth; and (i) the admissibility of these initial disclosures or the subject matter thereof.

These initial disclosures are based upon information reasonably available to Lead Plaintiff at this time.  Lead Plaintiff has not yet completed its investigation of this case and discovery may reveal additional documents, individuals and/or entities likely to have discoverable information that Lead Plaintiff may use to support its claims.  Lead Plaintiff incorporates by reference herein any other individuals and entities identified by any other party to this litigation.  Additionally, Lead Plaintiff reserves the right to amend or supplement these initial disclosures if and when Lead Plaintiff obtains supplemental information, in accordance with Rule 26(e) or as otherwise appropriate.

Lead Plaintiff provides contact information where known but does not make representations as to the accuracy of the information, particularly with respect to any third parties.

## II.    RULE 26(a)(1)(a)(i)

The names, addresses and telephone numbers of the individuals that likely have discoverable information, and whom Lead Plaintiff may use to support its claims:

1.      Lead Plaintiff, who has information concerning its purchases and/or sales of Interface, Inc. ("Interface") common stock during the period May 12, 2016 through September 28, 2020 (the "Class Period"):

> c/o David A. Rosenfeld, Esq.
> Robbins Geller Rudman & Dowd LLP
> 58 South Service Road, Suite 200
> Melville, NY 11747
> Phone:  (631) 367-7100
> Email: drosenfeld@rgrdlaw.com

2.      External Investment Manager that purchased Interface common stock on behalf of Lead Plaintiff during the Class Period who may have information concerning Lead Plaintiff's purchases and/or sales of Interface common stock during the Class Period:

> Chartwell Investment Partners
> 1205 Westlakes Drive, Suite 100
> Berywn, PA 19312
> Phone:  (610) 296-1400

3.      Custodial Bank for Lead Plaintiff during the Class Period who may have information concerning Lead Plaintiff's purchases and/or sales of Interface common stock during the Class Period:

> PNC Institutional Asset Management
> 116 Allegheny Center Mall
> Pittsburgh , PA 15212
> Phone:  (412) 762-9967

4.      Third Party Administrator for Lead Plaintiff during the Class Period who may have information concerning Lead Plaintiff's purchases and/or sales of Interface common stock during the Class Period:

> Sharon Mastorovich, Administrator
> CDS Administrators
> 1517 Woodruff Street, Suite 120
> Pittsburgh, PA 15220
> Phone:  (412) 713-7955
> Email:  smastorovich@cdsadmin.com

5.      Defendants, their affiliates, employees, directors, agents and representatives who, upon information and belief, have knowledge of Interface's business, operations and financial information, as well as information relevant to the allegations of the Complaint:

(a) Interface
c/o Harris Fischman, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone:  (212) 373-0306
Email:  hfischman@paulweiss.com

(b) Daniel T. Hendrix
c/o Harris Fischman, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone:  (212) 373-0306
Email:  hfischman@paulweiss.com

(c) Jay D. Gould
c/o David Long-Daniels, Esq.
Squire Patton Boggs (US) LLP
1230 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Phone:  (678) 272-3200
Email:  david.long-daniels@squirepb.com

(d) Bruce A. Hausmann
c/o Harris Fischman, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone:  (212) 373-0306
Email:  hfischman@paulweiss.com

(e) Patrick C. Lynch
c/o Harris Fischman, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone:  (212) 373-0306
Email:  hfischman@paulweiss.com

(f) Current and former officers, directors, employees and/or consultants of Interface, whose contact information is presumably in Defendants' possession,

- 3 -

who are likely to have discoverable information related to the allegations in the Complaint, include, but are not limited to:

     1.  Gregory J. Bauer

6.     Securities analysts who are likely to have discoverable information related to the allegations in the Complaint, include, but are not limited to:

| Name | Contact Information |
|---|---|
| David P. Nicoski, CMT | 6800 France Avenue South #750<br>Edina, MN 55435<br>Phone: (952) 922–7500<br>dave@vermillioncap.com |
| Keith Hughes | 495 South High Street, Suite 50<br>Columbus, OH 43215<br>Phone: (404) 926-5032<br>keith.hughes@suntrust.com |
| Matthew S. McCall, CFA | BB&T Capital Markets<br>Phone: (804) 780-3582<br>mmccall@bbandtcm.com |
| Stephen Kim | 745 7th Avenue<br>New York, NY 10019<br>Phone:  (212) 526-2805<br>stephen.kim@barclays.com |

7.     In addition, any person or entity disclosed by any party to this litigation as a witness, potential witness, or that may have discoverable information.

**III.    DESCRIPTION OF DOCUMENTS WITHIN LEAD PLAINTIFF'S POSSESSION, PURSUANT TO RULE 26(a)(1)(A)(ii)**

The following is a description by category and location of documents, electronically stored information ("ESI") and tangible things that Lead Plaintiff has in its possession, custody, or control and that it may use to support its claims (unless the use would be solely for impeachment):

     (a)     Documents concerning Lead Plaintiff's investment policies and transactions in Interface common stock during the Class Period;

- 4 -

(b)     Documents concerning Interface and its affiliates obtained from publicly available sources, including financial disclosures filed with the Securities and Exchange Commission, reports, press releases, news reports, and analyst reports; and

(c)     Documents referenced in the Complaint.

Lead Plaintiff also reserves its right to use any and all documents produced by any party or non-party in this action.

## IV.    COMPUTATION OF CATEGORIES OF DAMAGES, PURSUANT TO RULE 26(a)(1)(A)(iii)

Lead Plaintiff has not yet determined the full extent of damages, including interest, sustained as a result of Defendants' conduct. Lead Plaintiff anticipates that the calculation of damages in this case will be the subject of expert analysis. The disclosure of the identity, report and opinion of any such expert(s) will be made in accordance with the Federal Rules of Civil Procedure, the Local Rules, and the orders of the Court. Lead Plaintiff reserves the right to seek any available damages, as well as any equitable relief to which it is entitled.

## V.    PRODUCTION OF ANY INSURANCE AGREEMENT THAT MAY BE USED TO SATISFY ALL OR PART OF A JUDGMENT, PURSUANT TO RULE 26(a)(1)(A)(iv)

This provision of Rule 26(a) is not applicable to Lead Plaintiff.

DATED: July 21, 2022                 ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                     SAMUEL H. RUDMAN
                                     DAVID A. ROSENFELD
                                     PHILIP T. MERENDA
                                     NATALIE C. BONO


                                     _/s/ David A. Rosenfeld_
                                     DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
pmerenda@rgrdlaw.com
nbono@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I, Philip T. Merenda, hereby certify that on July 21, 2022 I caused a true and correct copy of the foregoing document to be served on all defense counsel of record by providing them with copies via electronic mail.

*/s/ Philip T. Merenda*
PHILIP T. MERENDA
