# Exhibit D-11

# Mgmt meeting

Friday, September 08, 2017    3:18 PM

Very impressed with the new CEO. He seems very data driven and focused on what can improve profitability and increase equity value. The company's "secret sauce", according to the CEO, is its specified selling organization. They have 40% share in this channel (60% of the market) vs 10% in unspecified (40% of the market). But he acknowledged that the core carpet tile market is mature. This is a welcome change from prior regimes, who insisted double digit growth could continue indefinitely. New mgmt believes new revenue streams (e.g. LVT) that leverage the company's selling organization are needed to drive superior growth. They're also focused on improving manufacturing and supply chain efficiency, however, and this may have the most immediate impact on EPS growth. They've created 2 integrated plants, one focused on short runs and the other on long runs, and this $50M project is expected to yield $30M of annual savings. They're also reducing SG&A expense. Mgmt believes these actions put them on track to achieve 14-15% op margins by 2019.

# TILE 3Q17

Friday, October 27, 2017     1:18 PM

| Subject | **TILE 3Q17** |
|---------|---------------|
| From | Harkins, Ryan |
| To | Dalrymple, Dave; Goodman, Mark; Halloran, Reid |
| Sent | Friday, October 27, 2017 1:18 PM |

TILE reported EPS of $0.32 vs consensus of $0.30 and $0.25 last year. Organic sales growth +3.9% y/y, with LVT contributing 300bps and carpet tile the remainder, suggesting market share gains in both segments. Organic order growth was +6.5% y/y, up from +5.7% in Q2 and +4.0% in Q1. In addition to this top line momentum, the company is executing on its internal efficiency initiatives. Gross margin improved 100bps, and SG&A as a % of sales decreased 70bps. Mgmt reaffirmed its 2017 guidance, which is beginning to look a bit conservative. I was really impressed with the new CEO when we met him last month, and this report offers some evidence that his strategy is sound and that his leadership is helping the organization execute. The stock is up more than 20% since that meeting, but valuation remains reasonable at 10x EBITDA, which is in line with the market.

# TILE / AMN / DST / TNC

Monday, August 28, 2017        4:18 PM

| Subject | **TILE / AMN / DST / TNC** |
|---------|----------------------------|
| From | Harkins, Ryan |
| To | Dalrymple, Dave; Goodman, Mark; Halloran, Reid |
| Sent | Monday, August 28, 2017 4:15 PM |

Below are some of my thoughts on a few stocks Dave taped to his whiteboard…

**TILE** seems pretty interesting at current levels. Like AWI, etc., it's revenue trends correlate strongly with commercial construction/renovation activity. At 15.7x EPS and 9.0x EBITDA, valuation is attractive relative to the market but is in line with peer companies. I like the internal change occurring here, however. Mgmt has been very disciplined with SG&A since shutting down the FLOR retail business, and the company's decision to enter the fast-growing LVT market with sourced product has provided an additional revenue stream. LVT growth appears to be coming at the expense of hard surfaces, and carpet tile demand remains stable. Organic revenue and order growth were both healthy MSDs in 2Q, and mgmt's outlook for 2H16 was encouraging. Outside of Germany and the UK, the EU market continues to be weak and any improvement there would be helpful. The balance sheet is in very good shape and, arguably, underlevered. Pressed on this on the 2Q call, mgmt. insisted that it has no interest in using its balance sheet to fund M&A, etc. in the foreseeable future. They will be in our offices on 9/8, so we'll have an opportunity to kick the tires some more then.

I'm less enthusiastic about **AMN**. Since our business review, I've been troubled by the growing short interest, which is now over 20% of the float. I'm not sure what has drawn the attention of short sellers. The quarter was decent, and mgmt. noted that order trends appear to be improving. Every buyside analyst is bullish and has a Buy rating – are they missing something? Mark asked some tough questions during our meeting about the downside here if/when providers reduce their usage of temp nurses, etc. and I wonder if he was on to something. The chart below is scary in that context (EPS is green and price is white):



**DST** is undeniably cheap at 15.5x EPS and 7.6x EBITDA. I don't think any of us have ever been enamored with this company but the valuation, recurring revenue model and strong balance sheet (1x EBITDA) could make this a good way to play defense late in a market/economic cycle. 2Q was disappointing, with

CONFIDENTIAL

Chartwell_Interface Production_Bates No. 000025

a single client loss in the International Financial Services segment having an outsized impact. Organic growth has been a challenge for several years, and now Healthcare, the one bright spot representing 20% of total sales, is also being pressured by problems with the Obamacare exchanges and persistent uncertainty about repeal/replace efforts. There seems to be a widely held view that this could be an LBO candidate, and I don't disagree. But it seems unlikely that EPS estimates will rise in the short run.

**TNC** got whacked earlier this month after 2Q missed estimates due to operational inefficiencies. This was unfortunate timing as it occurred after the company closed on a large acquisition of a competitor that dramatically increased exposure to Europe and added more than 3 turns of debt to the balance sheet. Financial strength has always been a hallmark of this company, and this deal has changed the risk profile considerably. The business is inherently very cyclical, and carrying such a heavy debt load into the next cyclical downturn could be very problematic. Valuation doesn't appear to offer much downside protection either, with the P/E at 27x and EV/EBITDA at 13x.

CONFIDENTIAL

Chartwell_Interface Production_Bates No. 000026

# Email to team

Monday, September 12, 2022          9:16 AM

| Subject | **TILE** |
|---------|----------|
| From | Harkins, Ryan |
| To | Dalrymple, Dave; Goodman, Mark; Halloran, Reid |
| Sent | Thursday, February 25, 2016 8:45 AM |

TILE's 4Q came in slightly below consensus…and, more importantly, order patterns suggest demand is weakening…like so many companies we look at today, a key question with this one is whether the economy is stalling temporarily or heading into recession…the stock looks like it will get hit hard at the open, and, depending on how we answer the previous question, it could be a good entry point…the call is at 9am

**T. Ryan Harkins, CFA**
*Senior Portfolio Manager*

Chartwell Investment Partners
1235 Westlakes Drive
Suite 400
Berwyn, PA 19312
610-407-4879
610-296-1430 (Fax)
harkins@chartwellip.com