# Exhibit D-13

**From:** Sandra Hill <Sandra.Hill@RaymondJames.com>
**Sent:** Wednesday, September 21, 2022 10:22 AM
**To:** Avidan, Shane D <savidan@paulweiss.com>
**Cc:** Fischman, Harris <hfischman@paulweiss.com>; Robert Morrison <Robert.Morrison@RaymondJames.com>; molino@chartwellip.com; Chakraborty, Amitav <achakraborty@paulweiss.com>
**Subject:** RE: Interface (Chartwell Subpoena)

Thank you Shane for allowing the extension, it is greatly appreciated. I will let you know if there are any issues with the scope of the production once I meet with my team.

Thanks again and enjoy the rest of your day.

**Sandra Hill**
Paralegal

Legal Department
880 Carillon Parkway, St. Petersburg, FL 33716
T 727.567.5146 // F 866.205.4639
Toll Free 800.248.8863
Sandra.Hill@RaymondJames.com

**From:** Avidan, Shane D <savidan@paulweiss.com>
**Sent:** Wednesday, September 21, 2022 10:12 AM
**To:** Sandra Hill <Sandra.Hill@RaymondJames.com>
**Cc:** Fischman, Harris <hfischman@paulweiss.com>; Robert Morrison <Robert.Morrison@RaymondJames.com>; molino@chartwellip.com; Chakraborty, Amitav <achakraborty@paulweiss.com>
**Subject:** RE: Interface (Chartwell Subpoena)

Sandra,

Thank you for your email.

We are amendable to a document production by October 25, 2022, as long as there are no disputes about the scope of that production. To that end, can you please: (1) confirm that Chartwell will not be objecting to the subpoena; (2) tell us the custodians and search terms that you plan to use for your review of emails. If Chartwell does wish to object to the subpoena, we would need to receive any objection much earlier than October 25, so that there is time to resolve any dispute and still receive the documents in advance of the filing of plaintiff's motion for class certification, which is scheduled for December 1, 2022.

Best,
Shane

**Shane D. Avidan** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064

2

212 373 3476 (Direct Phone) | 832 618 0948 (Cell)
savidan@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*


 **From:** Sandra Hill <Sandra.Hill@RaymondJames.com>
**Date:** Tuesday, Sep 20, 2022, 2:29 PM
**To:** Fischman, Harris <hfischman@paulweiss.com>
**Cc:** Robert Morrison <Robert.Morrison@RaymondJames.com>, Molino, LuAnn <molino@chartwellip.com>
**Subject:** Interface (Chartwell Subpoena)

Good afternoon Mr. Fischman,

This email is in response to your subpoena addressed to Chartwell Investment Partners, LLC ("Chartwell") dated August 25, 2022.  Please be advised that Carillon Tower Advisers, Inc. ("Carillon") recently acquired Chartwell (previously owned by TriState Capital, which Carillon's parent company Raymond James Financial, Inc. ("Raymond James") purchased on June 1, 2022).  Raymond James recently became aware of the subpoena referenced above and the due date is September 25, 2022.

Therefore, on behalf of Chartwell, Raymond James would like to request a 30-day extension to locate and produce any applicable documents, which would then be due on October 25, 2022.  Raymond James appreciates your consideration with regard to this request.


**Sandra Hill**
Paralegal

Legal Department
880 Carillon Parkway, St. Petersburg, FL 33716
T 727.567.5146 // F 866.205.4639
Toll Free 800.248.8863
Sandra.Hill@RaymondJames.com


This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.