**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

THOMAS S. SWANSON, Individually and on
Behalf of All others Similarly Situated,

            Plaintiff,

    vs.

INTERFACE, INC. DANIEL T. HENDRIX,
JAY D. GOULD, BRUCE A. HAUSMANN, and
PATRICK C. LYNCH,

            Defendants.

Case No. 1:20-cv-05518-BMC

## ORDER TO SHOW CAUSE

Upon the accompanying memorandum of law and declaration of Shane D. Avidan, it is:

ORDERED, that Lead Plaintiff Steamfitters Local 449 Pension Fund ("Lead Plaintiff") and Chartwell Investment Partners ("Chartwell") show cause at a hearing by video set for January 12, 2023 at 12:45 pm, why an order should not be issued pursuant to Rules 26, 37, and 45 of the Federal Rules of Civil Procedure, compelling (1) Lead Plaintiff to comply with Defendants' Requests Nos. 1-10, 13-14, 16-18, 20-22, and 25 from Defendants' First Requests for the Production of Documents as to documents in Chartwell's possession as to documents in Chartwell's possession and under Lead Plaintiff's control; (2) Chartwell to comply with Requests No. 1-18 and 25-27 from Defendants' August 25, 2022 Subpoena to Chartwell; and (3) Lead Plaintiff to cause Chartwell to comply with the same.

and it is further ORDERED, that opposing papers, if any, shall be filed electronically with the Court on or before January 9, 2023.

Dated: Brooklyn, New York
     December 28, 2022

*Brian M. Cogan*

_____

Honorable Brian M. Cogan
United States District Judge