**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS S. SWANSON, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> INTERFACE INC., DANIEL T. HENDRIX, JAY D. GOULD, AND BRUCE A. HAUSMANN, <br><br> *Defendants*. | Case No. 20-cv-05518 (BMC) |

**DECLARATION OF JONATHAN J. BRENNAN IN SUPPORT OF NON-PARTY CHARTWELL INVESTMENT PARTNERS' OPPOSITION TO DEFENDANTS' ORDER TO SHOW CAUSE**

Jonathan J. Brennan, being duly sworn, deposes and says under penalty of perjury:

1. I am a shareholder in the New York, New York office of Maynard Cooper & Gale and am over 18 years of age, of sound mind, and am otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based upon my personal knowledge.

2. I submit this Declaration in support of Non-Party Chartwell Investment Partners' ("Chartwell") Opposition to Defendants' Order to Show Cause.

3. Attached as Exhibit 1 is a true and correct copy of Chartwell's September 23, 2022 Responses and Objections to Defendants' August 25, 2022 Subpoena *Duces Tecum*.

4. Attached as Exhibit 2 is a true and correct copy of Chartwell's October 25, 2022 Responses and Objections to Defendants' August 25, 2022 Subpoena *Duces Tecum*.

5. Attached as Exhibit 3 is a true and correct copy of emails exchanged between counsel for Defendants and counsel for Chartwell from September 23, 2022 to November 21, 2022.

6.    Attached as Exhibit 4 is a true and correct copy of the estimate provided to Chartwell by Trustpoint.one for data services and a managed document review in connection with Defendants' August 25, 2022 Subpoena *Duces Tecum*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 9, 2023                    Signed:

*/s/ Jonathan J. Brennan*
Jonathan J. Brennan