# Exhibit 4



| Chartwell 3rd Party Subpoena Response | | |
|---|---|---|
| **Trustpoint.One Document Review Estimate** | | |
| | | |
| Number of Docs | 30,000 | |
| Avg. Pace (docs/hr) | 55.00 | |
| | | |
| Total first review hours | 545 | |
| TP1 hourly rate: First Reviewer | $ 40.00 | |
| TP1 hourly rate: QC team leader | $ 100.00 | |
| TP1 hourly rate: Project Manager | $ 150.00 | |
| TP1 hourly rate: Review Process Consultant | $ - | |
| | | |
| Number of docs for privilege review | - | |
| Avg. Pace (docs/hr) | - | |
| Total first review hours | - | |
| TP1 preferred hourly rate: First Reviewer | $ 40.00 | |
| TP1 preferred hourly rate: QC team leader | $ 100.00 | |
| TP1 preferred hourly rate: Project Manager | $ 150.00 | |
| TP1 hourly rate: Review Process Consultant | $ - | |
| | | |
| Number of First Review Attorneys | 20 | |
| Number of QC Team Leaders | 1 | |
| Number of Project Managers | 1 | |
| Number of RPCs | 0 | |
| Hours per team member per week | 40 | |
| | | |
| Weeks to complete first review | 0.7 | |
| **Total cost through end of first review** | | $ 28,636.36 |
| Weeks to complete QC cleanup (to follow first review: QC & PM only) | 0.5 | |
| **Total QC cleanup cost** | | $ 5,000.00 |
| **Total cost (first review & cleanup QC)** | | $ 33,636.36 |

**Assumptions:**

- Average electronic document review pace of 55 docs/hr. This assumes: (1) a review set largely comprised of standard business documents, pictures and average length attachments (3-4 pages per doc); (2) expanded review protocol (responsiveness, potential privilege and up to 10 issue tags); Trustpoint.One has deep experience and may be able to assist in streamlining review process to improve pace beyond this average. Other factors may contribute to lower than average review pace, including: (1) a review set including significant numbers of complex, long and/or technical documents; (2) a complex review protocol (large numbers of issue tags with nuanced application)  Does not include Privilege review.



**Estimated Project Budget Prepared For: Chartwell 3rd party Subpoena**
**Prepared on 12/13/2022 By Matt Zhun**
This is estimate is intended to be used for budgetary purposes only. The budget estimate is determined by multiplying the estimated units by the proposed price points.  It is not intended to be a fixed bid. Billable items will be for actual data volumes and Time allocated.

| Project Description |
| --- |
| 1. Process and dedup 20 GB of data provided by client |
| 2. Host and PM in Rel  for reveiw |
| 3. Assist with QC and delivery of productions |

| Project Estimates | Total | Unit |
| --- | --- | --- |
| Number of data sources | 1 | Per Custodian |
| Number of Devices Per Custodian | na | Per Device |
| Average Number of Hours to Collect Each Device per Custodian | 0 | Per Hour |
| Data Size per Custodian (Cell Phones, Social Media, Laptop/Desktop, Legacy Media Sources) | 20 | Per GB |
| Culling & Filtering Rate | 0% | Percentage |
| Estimated Project Management Hours (Monthly) | 2 | Per Hour |
| Number of Relativity Users | 5 | Per User |
| Number of Months for Relativity Hosting | 6 | Per Month |
| Production of Responsive Data - Percentage of Total Reviewable Potentially Responsive Data | 10% | Percentage |
| Number of Images for Scanning | 0 | Hours |
| Docs per GB for Production and Review Calculation | 150 | Percentage |

| eDiscovery Data Processing | | | | |
| --- | --- | --- | --- | --- |
| Description | Total | Unit | Price | Total |
| eData Processing - Metadata, Full Text and Linked to Native for Loading to Relativity database - includes filtering data to further reduce the data set-Deduplication, advanced search term application, date restriction, etc. Allowing 25% expansion of compressed files. | 25 | Per GB | $50.00 | $1,250.00 |
| NexLP Story Engine Workflow (OPTIONAL) | 0 | Per Doc | $0.03 | $0.00 |

Processing Pre-Tax Estimated Costs: **$1,250.00**

| Hosting Data in Relativity | | | | |
| --- | --- | --- | --- | --- |
| Description | Total | Unit | Price | Total |
| User License, average over life of matter | 2 | Per User/Mo | $80.00 | $160.00 |
| Monthly Hosting Per GB | 25 | Per GB/Mo | $8.00 | $200.00 |

1 Month of Hosting Pre-Tax Estimated Costs: **$360.00**

| Project Management | | | | |
| --- | --- | --- | --- | --- |
| Description | Total | Unit | Price | Total |
| Project Management, average over life of matter | 2 | Per Hour | $175.00 | $350.00 |

PM Support Pre-Tax Estimated Costs: **$350.00**
(Hours Vary Based Upon Request)

| Production of Responsive Data | | | | |
| --- | --- | --- | --- | --- |
| Description | Total | Unit | Price | Total |
| Production in TIFF Format with Meta Data and Text, | 3 | Per GB | $150.00 | $375.00 |

Production Pre-Tax Estimated Costs: **$375.00**

**Highlighted sections will be billed monthly**

| | |
| --- | --- |
| Total Estimated Collection & On-site Scanning Budget: | $0.00 |
| Total Estimated Processing, Production & Analytics Budget: | $1,625.00 |
| Total Estimated Monthly Hosting & PM Budget: | $710.00 |
| Total Estimated Budget for Data Services: | 6.00  $5,885.00 |

Confidential Information for Trustpoint.One Clients Only