UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x

THOMAS S. SWANSON, Individually and on :    Civil Action No. 1:20-cv-05518-BMC-RER
Behalf of All Others Similarly Situated,    :

               Plaintiff,    :    <u>CLASS ACTION</u>

          : 

   vs.    : 

INTERFACE, INC., DANIEL T. HENDRIX,    :    <u>ORAL ARGUMENT REQUESTED</u>
JAY D. GOULD, BRUCE A. HAUSMANN    : 
and PATRICK C. LYNCH,    : 

             : 

             Defendants.    : 

             : 

———————————————————— x

## LEAD PLAINTIFF'S NOTICE OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL

PLEASE TAKE NOTICE THAT Lead Plaintiff Steamfitters Local 449 Pension Fund ("Lead Plaintiff"), by and through its undersigned attorneys, will move this Court before the Honorable Brian M. Cogan, at the United States Courthouse, 225 Cadman Plaza E, Brooklyn, NY 11201, for an Order: (i) certifying this action to proceed as a class action pursuant to Federal Rule of Civil Procedure ("Rule") 23(a) and (b)(3); (ii) appointing Lead Plaintiff to serve as Class Representative; and (iii) appointing Robbins Geller Rudman & Dowd LLP to serve as Class Counsel pursuant to Rule 23(g). In support of this motion, Lead Plaintiff respectfully submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld and the exhibits thereto, and the [Proposed] Order Granting Lead Plaintiff's Motion for Class Certification.

DATED: January 12, 2023          ROBBINS GELLER RUDMAN
                                  & DOWD LLP
                              SAMUEL H. RUDMAN
                              DAVID A. ROSENFELD
                              PHILIP T. MERENDA
                              NATALIE C. BONO

                              */s/ David A. Rosenfeld*
                              DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
pmerenda@rgrdlaw.com
nbono@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*