UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————— x

THOMAS S. SWANSON, Individually and on : Civil Action No. 1:20-cv-05518-BMC-RER
Behalf of All Others Similarly Situated, :
: CLASS ACTION
: _____
Plaintiff, :
:
:
vs. :
:
INTERFACE, INC., DANIEL T. HENDRIX, :
JAY D. GOULD, BRUCE A. HAUSMANN :
and PATRICK C. LYNCH, :
:
Defendants. :
:
——————————————————————— x

**DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, DAVID A. ROSENFELD, declare as follows:

1.       I am an attorney duly licensed to practice before the courts of the State of New York. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Steamfitters Local 449 Pension Fund ("Lead Plaintiff") in the above-entitled action.  I respectfully submit this Declaration in support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

2.       Attached are true and correct copies of the following exhibits:

Exhibit A:    Expert Report of Matthew Cain, Ph.D., dated January 12, 2023;

Exhibit B:    Declaration of James A. Harding in Support of Lead Plaintiff's Motion for Class Certification dated January 9, 2023; and

Exhibit C:    Firm Résumé of Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 12, 2023, at Melville, New York.



/s/ David A. Rosenfeld

DAVID A. ROSENFELD