# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————— x

THOMAS S. SWANSON, Individually and on :    Civil Action No. 1:20-cv-05518-BMC-RER
Behalf of All Others Similarly Situated,    :

                              :    CLASS ACTION

              Plaintiff,    :

                              :

    vs.    :

INTERFACE, INC., DANIEL T. HENDRIX,    :
JAY D. GOULD, BRUCE A. HAUSMANN
and PATRICK C. LYNCH,    :

                              :

             Defendants.    :

                              :

————————————————————— x

**DECLARATION OF JAMES A. HARDING IN SUPPORT
OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, James A. Harding, declare as follows:

1.      I submit this declaration in support of Lead Plaintiff's Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Chairman of Steamfitters Local 449 Pension Fund (the "Fund"). In that role, I am the primary person responsible for overseeing this litigation on behalf of the Fund. The Fund was appointed Lead Plaintiff in this action on March 15, 2021, and now seeks appointment as class representative.

3.      The Fund purchased shares of Interface, Inc. ("Interface") common stock between May 12, 2016 and September 28, 2020, inclusive (the "Class Period").

4.      The Fund understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. The Fund, as a large, sophisticated institutional investor, is committed to vigorously prosecuting this litigation.

5.      The Fund has actively participated in this litigation to date by consulting with Lead Counsel, Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and reviewing and monitoring the progress of this litigation. The Fund receives and reviews periodic updates and correspondence from counsel regarding significant aspects of the case, including the filing of a detailed complaint with a comprehensive set of claims, the defending of those claims through a motion to dismiss, and ongoing discovery efforts. The Fund also discusses litigation strategy with counsel and is actively participating in discovery by searching for and producing documents.

6.      The Fund will continue to actively direct this litigation in order to maximize the recovery for the proposed Class. The Fund understands that it owes a duty to the members of the proposed Class to provide fair and adequate representation and will continue to work with Robbins

- 1 -

Geller to obtain the largest recovery for the class consistent with good faith, sound judgment, and meritorious advocacy.

7. The Fund selected Robbins Geller as proposed class counsel based on Robbins Geller's substantial experience and expertise in prosecuting securities class actions. Further, the Fund believes that Robbins Geller has the necessary financial and human resources to prosecute this case effectively, as it has to date.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this _9th_ day of January, 2023.

_____
JAMES HARDING