**Robbins Geller Rudman & Dowd** LLP

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

David A. Rosenfeld
drosenfeld@rgrdlaw.com

March 29, 2023

<u>VIA ECF</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Swanson v. Interface, Inc. et al.*, Case No. 1:20-cv-5518-BMC

Dear Judge Cogan:

  On behalf of all parties, we are pleased to inform the Court that a preliminary agreement has been reached to settle all claims alleged in this lawsuit.  As this is a putative class action, we anticipate filing papers with the Court within the next 45 days seeking preliminary approval of the settlement, such that notice of the settlement can be provided to the class, and then presented to the Court for final approval.  In light of the settlement, the parties jointly ask that all current deadlines be stayed.

  We thank the Court for its assistance throughout the pendency of this action.

      Respectfully submitted,

      */s/ David A. Rosenfeld*

      David A. Rosenfeld

cc: Counsel of Record (via ECF)

58 South Service Road, Suite 200 Melville, NY 11747 Tel 631-367-7100 Fax 631-367-1173 rgrdlaw.com