UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS S. SWANSON, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>- v. -<br><br>INTERFACE, INC., DANIEL T. HENDRIX, JAY D. GOULD, BRUCE A. HAUSMANN, and PATRICK C. LYNCH,<br><br>                            Defendants. | Case No. 1:20-cv-05518-BMC |

## NOTICE AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying declaration of Shane D. Avidan, and subject to the approval of the Court, Shane D. Avidan hereby withdraws as counsel for defendants Interface, Inc., Daniel T. Hendrix, Bruce A. Hausmann, and Patrick C. Lynch, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Defendants Interface, Inc., Daniel T. Hendrix, Bruce A. Hausmann, and Patrick C. Lynch will continue to be represented by Paul, Weiss, Rifkind, Wharton & Garrison LLP in this proceeding.

Dated: New York, New York
        July 14, 2023

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

By:   */s/ Shane D. Avidan*
        Shane D. Avidan
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3476
Fax: (212) 492-0476

savidan@paulweiss.com

*Attorney for Interface, Inc., Daniel T. Hendrix, Bruce A. Hausmann, and Patrick C. Lynch*

SO ORDERED:

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS S. SWANSON, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>- v. -<br><br>INTERFACE, INC., DANIEL T. HENDRIX, JAY D. GOULD, BRUCE A. HAUSMANN, and PATRICK C. LYNCH,<br><br>                        Defendants. | Case No. 1:20-cv-05518-BMC |

## DECLARATION OF SHANE D. AVIDAN

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for defendants Interface, Inc., Daniel T. Hendrix, Bruce A. Hausmann, and Patrick C. Lynch. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am seeking to withdraw as counsel because, as of July 14, 2023, I will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

2. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent defendants Interface, Inc., Daniel T. Hendrix, Bruce A. Hausmann, and Patrick C. Lynch in this proceeding.

3. In my opinion, my withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2023                                  */s/ Shane D. Avidan*
                                                            Shane D. Avidan

**CERTIFICATE OF SERVICE**

      I hereby certify that, on July 14, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system and upon defendants Interface, Inc., Daniel T. Hendrix, Bruce A. Hausmann, and Patrick C. Lynch via e-mail.

Dated: July 14, 2023　　　　　　　　　　　　*/s/ Shane D. Avidan*
　　　　　　　　　　　　　　　　　　　　　Shane D. Avidan