UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
                                              x
THOMAS S. SWANSON, Individually and on :   Civil Action No. 1:20-cv-05518-BMC-RER
Behalf of All Others Similarly Situated,   :
                                           :   CLASS ACTION
                   Plaintiff,              :
                                           :   NOTICE OF MOTION AND MOTIONS FOR
                                           :   FINAL APPROVAL OF CLASS ACTION
      vs.                                  :   SETTLEMENT AND APPROVAL OF PLAN
                                           :   OF ALLOCATION AND AN AWARD OF
INTERFACE, INC., DANIEL T. HENDRIX,        :   ATTORNEYS' FEES AND EXPENSES AND
JAY D. GOULD, BRUCE A. HAUSMANN            :   AN AWARD TO LEAD PLAINTIFF
and PATRICK C. LYNCH,                      :   PURSUANT TO 15 U.S.C. §78u-4(a)(4)
                                           :
                   Defendants.             :
                                           :
                                              x
```

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Steamfitters Local 449 Pension Fund, on behalf of the Settlement Class, through counsel, will move this Court on September 18, 2023, at 1:00 p.m., before the Honorable Brian M. Cogan for entry of orders and a judgment, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the proposed Settlement; (2) approving the proposed Plan of Allocation; and (3) awarding attorneys' fees and expenses and an award to Lead Plaintiff. These motions are based on (i) the Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; (ii) the Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); (iii) the Declaration of David A. Rosenfeld; (iv) the Declaration of James A. Harding; (v) the Declaration of Ross D. Murray; (vi) the Declaration of David A. Rosenfeld Filed on Behalf of Robbins Geller Rudman & Dowd LLP; (vii) the Stipulation of Settlement; and (viii) all other proceedings herein.

- 1 -

4885-3149-3495.v1

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before September 11, 2023.

DATED:  August 14, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
NATALIE C. BONO

s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
nbono@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4885-3149-3495.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 14, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ *David A. Rosenfeld*
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

# Mailing Information for a Case 1:20-cv-05518-BMC-RER Swanson v. Interface, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Natalie Bono**
  nbono@rgrdlaw.com

- **Jonathan J. Brennan**
  jbrennan@maynardnexsen.com

- **Harris Michael Fischman**
  hfischman@paulweiss.com,mao_fednational@paulweiss.com

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com,jstark@rgrdlaw.com

- **J. Alexander Hood**
  ahood@pomlaw.com,tprzybylowski@pomlaw.com,jlopiano@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Daniel J. Kramer**
  dkramer@paulweiss.com,mao_fednational@paulweiss.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,mtjohnston@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Margaret Siller**
  msiller@maynardnexsen.com,Catherine.Hewston@maynardnexsen.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)