# EXHIBIT B

K1NAARCHps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

In Re:
                                    15-MC-40 (AKH)


AMERICAN REALTY CAPITAL
PROPERTIES, INC. LITIGATION,


                                    Fairness Hearing


------------------------------x

                                    New York, N.Y.
                                    January 23, 2019
                                    10:15 a.m.


Before:

                HON. ALVIN K. HELLERSTEIN

                                    District Judge


                      APPEARANCES

ROBBINS GELLER RUDMAN & DOWD LLP
     Attorneys for TIAA and Class Plaintiffs
BY:  DEBRA J. WYMAN, ESQ.
     MICHAEL J. DOWD, ESQ.
     ROBERT M. ROTHMAN, ESQ.
     ELLEN GUSIKOFF-STEWART, ESQ.

GLANCY PRONGAY & MURRAY LLP
     Attorneys for the Witchko Derivative
BY:  MATTHEW M. HOUSTON, ESQ.


MILBANK LLP
     Attorneys for Defendant ARCP
BY:  SCOTT A. EDELMAN, ESQ.

K1NAARCHps

about the SEC regulatory framework as well.

THE COURT:  No, I did not.

MR. DOWD:  I think you did, your Honor.

And, you know, your Honor, a lot of Mr. Pitt's bill is because the defendant showed up with between 15 and 20 lawyers in Washington, D.C., to take his deposition for two days.  At the end of the first day, I walked out, because I said, this is a waste of time.  And then defendants filed a letter brief complaining that I had walked out.  And we had to go back for a second day.

I didn't want to have Harvey Pitt get deposed twice to talk about stuff that, you know, frankly I thought was not that remarkable.

THE COURT:  You have almost $50,000 paid to John Barron and $384,000 to the firm that Barron went to.

MR. DOWD:  Correct.  Barron.

THE COURT:  Barron.

MR. DOWD:  We could have had several experts on accounting.  And we found a REIT auditor and accountant who was going to testify to both, as to the company and as to Grant Thornton.  I think his expenses are very reasonable.

THE COURT:  I find your lodestar reasonable, the rates appropriate and, in relationship to the work that you did, reasonable.  I'll go into lodestar a bit later.

The next firm I want to hear from is Lowey Dannenberg.