UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| THOMAS S. SWANSON, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:20-cv-05518-BMC-RER |
|  | : | |
|  | : | CLASS ACTION |
| Plaintiff, | : | |
|  | : | |
|  | : | DECLARATION OF ROSS D. MURRAY |
| vs. | : | REGARDING NOTICE DISSEMINATION, |
|  | : | PUBLICATION, AND REQUESTS FOR |
| INTERFACE, INC., DANIEL T. HENDRIX, | : | EXCLUSION RECEIVED TO DATE |
| JAY D. GOULD, BRUCE A. HAUSMANN | : | |
| and PATRICK C. LYNCH, | : | |
|  | : | |
| Defendants. | : | |
|  | : | |

I, ROSS D. MURRAY, declare and state as follows:

1.       I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California.  The following statements are based on my personal knowledge and information provided to me by other Gilardi employees and if called to testify I could and would do so competently.

2.       Pursuant to this Court's May 26, 2023 Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23 and Authorizing Notice to the Class ("Notice Order") (ECF 80), Gilardi was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").[1]  I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

3.       I submit this declaration in order to provide the Court and the parties to the Litigation with information regarding: (i) mailing of the Court-approved Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package," attached hereto as Exhibit A); (ii) publication of the Summary Notice of Proposed Settlement of Class Action (the "Summary Notice"); (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; and (iv) the number of requests for exclusion from the Settlement Class received to date by Gilardi.

## DISSEMINATION OF THE CLAIM PACKAGE

4.       Pursuant to the Notice Order, Gilardi is responsible for disseminating the Claim Package to potential Settlement Class Members.  The Settlement Class consists of all Persons who purchased or acquired Interface common stock between May 12, 2016 and September 28, 2020, inclusive.  Excluded from the Settlement Class are: (i) the Defendants; (ii) the Class Period officers and directors of Interface; (iii) the Immediate Family Members of the Individual Defendants; and

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated May 17, 2023 (the "Stipulation") (ECF 77), which is available on the website established for the Settlement at www.InterfaceSecuritiesSettlement.com.

Page 1

(iv) the legal representatives, heirs, successors-in-interest, or assigns of any such excluded Person and any entity in which such excluded Persons have or had a controlling interest.  Also excluded from the Settlement Class is any Person who would otherwise be a Member of the Settlement Class but who validly and timely requests exclusion in accordance with the requirements set by the Court.

5.      Gilardi received a file via email from Interface's transfer agent, which contained the names and addresses of potential Settlement Class Members.  The list was reviewed to identify and eliminate duplicate entries and incomplete data, resulting in a usable mailing list of 703 unique names and addresses.  Gilardi had the unique name and address data printed on to Claim Packages, posted the Claim Packages for First-Class Mail, postage prepaid, and delivered 703 Claim Packages on June 15, 2023, to the United States Post Office for mailing.

6.      In addition, on June 15, 2023, as part of its normal mailing procedures, Gilardi mailed, by First-Class Mail, Claim Packages and cover letters to 279 brokerages, custodial banks, and other institutions ("Nominee Holders") that hold securities in "street name" as nominees for the benefit of their customers who are the beneficial owners of the securities.  The Nominee Holders also include a group of filers/institutions who have requested notification of every securities case.  These Nominee Holders are included in a proprietary database created and maintained by Gilardi.  In Gilardi's experience, the Nominee Holders included in this proprietary database represent a significant majority of the beneficial holders of securities.  The cover letter accompanying the Claim Packages advised the Nominee Holders of the proposed Settlement and requested their cooperation in forwarding the Claim Packages to potential Settlement Class Members.  In the more than three decades that Gilardi has been providing notice and claims administration services in securities class actions, Gilardi has found the majority of potential class members hold their securities in street name and are notified through the Nominee Holders.  Gilardi also mailed Claim Packages and cover letters to the 4,439 institutions included on the U.S. Securities and Exchange Commission's ("SEC") list of active brokers and dealers at the time of

Page 2

mailing.  A sample of the cover letter mailed to Nominee Holders and the institutions included on the SEC's list of active brokers and dealers is attached hereto as Exhibit B.

7.      On June 15, 2023, Gilardi also delivered electronic copies of the Claim Package to 390 registered electronic filers who are qualified to submit electronic claims.  These filers are primarily institutions and third-party filers who typically file numerous claims on behalf of beneficial owners for whom they act as trustees or fiduciaries.

8.      As part of the notice program for this Settlement, on June 15, 2023, Gilardi also delivered electronic copies of the Claim Package via email to be published by the Depository Trust Company ("DTC") on the DTC Legal Notice System ("LENS").  LENS enables the participating bank and broker nominees to review the Claim Package and contact Gilardi for copies of the Claim Package for their beneficial holders.

9.      Gilardi has acted as a repository for shareholder and nominee inquiries and communications received in this Settlement.  In this regard, Gilardi has forwarded the Claim Package on request to nominees who purchased or acquired Interface common stock for the beneficial interest of other persons.  Gilardi has also forwarded the Claim Package directly to beneficial owners upon receipt of the names and addresses from such beneficial owners or nominees.

10.     Following the initial mailing, Gilardi received 13 responses to the outreach efforts described above, which included computer files containing a total of 7,060 names and addresses of potential Settlement Class Members.  In addition, 28 institutions requested that Gilardi send them a total of 17,865 Claim Packages for forwarding directly to their clients.  Gilardi has also mailed 30 Claim Packages as a result of returned mail for which a new address was identified for re-mailing to that potential Settlement Class Member.  Each of these requests has been completed in a timely manner.

11.     As of August 10, 2023, Gilardi has mailed a total of 30,766 Claim Packages to potential Settlement Class Members and nominees.  Additionally, Gilardi received a message from

Page 3

one institution noting that they planned to send an estimated 4,046 Claim Packages via email directly to their clients.

### PUBLICATION OF THE SUMMARY NOTICE

12.    In accordance with the Notice Order, on June 22, 2023, Gilardi caused the Summary Notice to be published in *The Wall Street Journal* and to be transmitted over *Business Wire*, as shown in the confirmations of publication attached hereto as Exhibit C.

### TELEPHONE HELPLINE AND WEBSITE

13.    On June 15, 2023, Gilardi established and continues to maintain a case-specific, toll-free telephone helpline, 1-888-760-7869, to accommodate potential Settlement Class Member inquiries.  The toll-free number was set forth in the Notice and on the case website.  Gilardi has been and will continue to promptly respond to all inquiries to the toll-free telephone helpline.

14.    On June 15, 2023, Gilardi established and continues to maintain a website dedicated to this Settlement (www.InterfaceSecuritiesSettlement.com) to provide additional information to Settlement Class Members and to provide answers to frequently asked questions.  The web address was set forth in the Claim Package and the Summary Notice.  The website includes information regarding the Litigation and the Settlement, including the objection and claim filing deadlines, and the date and time of the Court's Settlement Hearing.  Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading. Settlement Class Members can also complete and submit a Proof of Claim through the website.

### REQUESTS FOR EXCLUSION RECEIVED TO DATE

15.    The Notice informs potential Settlement Class Members that written requests for exclusion from the Settlement Class must be mailed to *Interface Securities Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, ATTN: EXCLUSIONS, P.O. Box 5100, Larkspur, CA 94977-5100, such that they are postmarked no later than August 28, 2023.

16.    The Notice also sets forth the information that must be included in each request for exclusion.  Gilardi has monitored and will continue to monitor all mail delivered to this address. As of the date of this declaration, Gilardi has not received any requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 10th day of August, 2023, at San Rafael, California.

ROSS D. MURRAY