# EXHIBIT C

**B6** | Thursday, June 22, 2023

THE WALL STREET JOURNAL.

# BUSINESS & FINANCE

## Activist Pressures NRG

Continued from page B1
its losses were primarily related to large declines in natural-gas and power prices.

Elliott previously disclosed a large investment in NRG in 2017. It was successful then in helping appoint two new board members and push NRG to revise its business plans and to consider selling assets and slashing debt.

Since then, however, Elliott has said that NRG has become unfocused on its turnaround plans, including with the Vivint deal. NRG's $2.8 billion purchase of Vivint was completed in March, a bet that the company made in part to offer customers simpler options to service their homes.

NRG announced earlier this month that Bruce Chung would succeed Alberto Fornaro as chief financial officer, effective June 1. Chung had served as head of strategy and M&A at NRG since 2016.

NRG also said earlier this month that Constellation Energy would buy out its 44% stake in the South Texas Project Electric Generating Station, in a deal valued at $1.75 billion. NRG said the move was part of its broader portfolio-optimization strategy.

Gutierrez became CEO of NRG in 2015, having previously held the role of chief operating officer. He joined the company in 2004.

In its May letter, Elliott said NRG "must restore the credibility of the management team" and the board, without specifying further.

Elliott is known for taking on tech companies and others and forcing changes that include sales and executive shake-ups. Its targets have included Salesforce, PayPal, Twitter, Duke Energy and U.S. utility Evergy.



DANIEL ACKER/BLOOMBERG NEWS

**Activist Elliott has said that NRG Energy has become unfocused on its turnaround plans.**

ADVERTISEMENT

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

---

### CLASS ACTION

**LEGAL NOTICE**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS**

IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339 Honorable Jorge L. Alonso

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO: All persons or entities who purchased or otherwise acquired The Kraft Heinz Company ("Kraft Heinz") common stock or call options on Kraft Heinz common stock, or sold put options on Kraft Heinz common stock, from November 6, 2015 through August 7, 2019, inclusive ("Class Period"), and were damaged thereby ("Settlement Class"):**

**PLEASE READ THIS NOTICE CAREFULLY; YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

**YOU ARE HEREBY NOTIFIED,** pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of Illinois ("Court"), that the above-captioned action ("Action") has been provisionally certified as a class action for purposes of settlement, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the Stipulation and Agreement of Settlement dated May 2, 2023 ("Stipulation") and the detailed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses ("Notice"). The Stipulation and Notice can be viewed at www.KraftHeinzSecuritiesLitigation.com.

**YOU ARE ALSO NOTIFIED** that Court-appointed Lead Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG and additional named Plaintiff Booker Enterprises Pty Ltd. (collectively "Plaintiffs"), and defendants Kraft Heinz, Bernardo Hees, Paulo Basilio, David Knopf, Alexandre Behring, George Zoghbi, Rafael Oliveira, and 3G Capital Partners and its affiliates, including the following affiliated funds and business entities: 3G Capital, Inc. (a Delaware corporation) and the Cayman Islands entities 3G Global Food Holdings, L.P., 3G Global Food Holdings GP LP, 3G Capital Partners LP, 3G Capital Partners II LP, and 3G Capital Partners Ltd (collectively, "Defendants") have reached a proposed settlement of the Action on behalf of the Settlement Class for $450,000,000 in cash ("Settlement"). If approved by the Court, the Settlement will resolve all claims in the Action.

A hearing ("Settlement Hearing") will be held on **September 12, 2023 at 10:00 a.m. Central Time,** before the Honorable Jorge L. Alonso, United States District Judge for the Northern District of Illinois, in Courtroom 1903 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, to determine, among other things: (i) whether, for purposes of settlement, the Action should be certified as a class action on behalf of the Settlement Class, Plaintiffs should be appointed as class representatives for the Settlement Class, and Lead Counsel should be appointed as class counsel for the Settlement Class; (ii) whether the Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class, and should be finally approved by the Court; (iii) whether the Action should be dismissed with prejudice against Defendants and the releases specified and described in the Stipulation (and in the Notice) should be granted; and (iv) whether Lead Counsel's motion for attorneys' fees in the amount of 20% of the Settlement Fund and payment of expenses in an amount not to exceed $3.2 million (which amount may include a request for reimbursement of the reasonable costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class) should be approved. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or remote appearances at the hearing, will be posted to the website for the Settlement, www.KraftHeinzSecuritiesLitigation.com.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share** in the Settlement Fund. This notice provides only a summary of the information contained in the detailed Notice. You may obtain a copy of the Notice, along with the Claim Form, on the website for the Settlement, www.KraftHeinzSecuritiesLitigation.com. You may also obtain a copy of the Notice and Claim Form by contacting the Claims Administrator by mail at *Kraft Heinz Securities Litigation,* c/o JND Legal Administration, P.O. Box 91207, Seattle, WA 98111; by calling toll free 1-844-798-0760; or by sending an email to info@KraftHeinzSecuritiesLitigation.com. Copies of the Notice and Claim Form can also be found on Lead Counsel's websites www.ktmc.com and www.blbglaw.com.

If you are a Settlement Class Member, in order to be eligible to receive a payment from the proposed Settlement, you must submit a Claim Form *postmarked (if mailed), or online via www.KraftHeinzSecuritiesLitigation.com, no later than October 10, 2023,* in accordance with the instructions set forth in the Claim Form. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any releases, judgments, or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received no later than August 22, 2023,* in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any releases, judgments, or orders entered by the Court in the Action and you will not receive any benefits from the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, and/or Lead Counsel's motion for attorneys' fees and Litigation Expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received no later than August 22, 2023,* in accordance with the instructions set forth in the Notice.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.** All questions about this notice, the Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.

Requests for the Notice and Claim Form should be made to the Claims Administrator:

*Kraft Heinz Securities Litigation*
c/o JND Legal Administration
P.O. Box 91207
Seattle, WA 98111
1-844-798-0760
info@KraftHeinzSecuritiesLitigation.com
www.KraftHeinzSecuritiesLitigation.com

All other inquiries should be made to Lead Counsel:

Kessler Topaz Meltzer & Check, LLP
Sharan Nirmul, Esq.
Richard A. Russo, Jr., Esq.
Joshua A. Materese, Esq.
280 King of Prussia Road
Radnor, PA 19087
1-610-667-7706

-and-

Jennifer L. Joost, Esq.
One Sansome Street, Suite 1850
San Francisco, CA 94104
1-415-400-3000
info@ktmc.com

Bernstein Litowitz Berger & Grossmann LLP
Katherine M. Sinderson, Esq.
Salvatore J. Graziano, Esq.
Jesse L. Jensen, Esq.
1251 Avenue of the Americas
New York, NY 10020
1-800-380-8496
settlements@blbglaw.com

BY ORDER OF THE COURT
United States District Court
Northern District of Illinois

www.KraftHeinzSecuritiesLitigation.com                 1-844-798-0760

---

### CLASS ACTION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS S. SWANSON, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

INTERFACE, INC., DANIEL T. HENDRIX, JAY D. GOULD, BRUCE A. HAUSMANN and PATRICK C. LYNCH,

Defendants.

Civil Action No. 1:20-cv-05518-BMC-RER

CLASS ACTION

SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO: ALL PERSONS WHO PURCHASED OR ACQUIRED INTERFACE, INC. ("INTERFACE" OR THE "COMPANY") COMMON STOCK DURING THE PERIOD BETWEEN MAY 12, 2016 AND SEPTEMBER 28, 2020, INCLUSIVE, AND ARE NOT OTHERWISE EXCLUDED FROM THE SETTLEMENT CLASS ("SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

**YOU ARE HEREBY NOTIFIED** that a hearing will be held on September 18, 2023, at 1:00 p.m., before Judge Brian M. Cogan, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation") for $7,500,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) for purposes of the proposed Settlement only, the Litigation should be certified as a class action on behalf of the Settlement Class; (3) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (4) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and to award Lead Plaintiff reimbursement of its time and expenses pursuant to 15 U.S.C. §78u-4(a)(4) in connection with its representation of the Settlement Class, and, if so, in what amounts; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

The Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Settlement Class Members to appear remotely at the hearing, without further written notice to the Settlement Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Settlement Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.InterfaceSecuritiesSettlement.com, before making any changes to attend the Settlement Hearing. Updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or remote appearances at the hearing, will be posted to the Settlement website, www.InterfaceSecuritiesSettlement.com. Also, if the Court requires or allows Settlement Class Members to participate in the Settlement Hearing by remote means, the information for accessing the hearing will be posted to the Settlement website.

IF YOU PURCHASED OR ACQUIRED INTERFACE COMMON STOCK BETWEEN MAY 12, 2016 AND SEPTEMBER 28, 2020, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than September 13, 2023)** or electronically **(no later than September 13, 2023)**. Your failure to submit your Proof of Claim by **September 13, 2023,** will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or acquired Interface common stock between May 12, 2016 and September 28, 2020, inclusive, and do not validly and timely request exclusion from the Settlement Class in accordance with the requirements set by the Court, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other Settlement documents, may be accessed online at www.InterfaceSecuritiesSettlement.com, or by writing to:

*Interface Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301171
Los Angeles, CA 90030-1171

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS *POSTMARKED* **BY AUGUST 28, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33-1/3% OF THE $7,500,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $150,000 AND AN AWARD TO LEAD PLAINTIFF NOT TO EXCEED $3,000 IN CONNECTION WITH ITS REPRESENTATION OF THE SETTLEMENT CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL SO THAT THEY ARE *RECEIVED* **BY AUGUST 28, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: May 26, 2023

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

¹ The Stipulation can be viewed and/or obtained at www.InterfaceSecuritiesSettlement.com.

---

### PUBLIC NOTICES

**ANNOUNCEMENT OF PROPOSAL TO REDOMICILE BREMBO S.P.A.**

Brembo S.p.A. ("**Brembo**" or the "**Company**") hereby notifies the holders of its common shares ("Shares") or American Depositary Shares representing Shares ("**ADSs**") that its board of directors has resolved to submit to the extraordinary shareholders' meeting the proposal to transfer the Company's registered office to Amsterdam, The Netherlands, and change the legal form of the Company into a Naamloze Vennootschap (N.V.) governed by Dutch law (substantially equivalent to the Società per Azioni under Italian law), having the company name "Brembo N.V." (the "**Transaction**").

The effectiveness of the Transaction is conditional upon the approval by the extraordinary meeting of Brembo's shareholders and the fulfillment of certain other conditions precedent. The extraordinary shareholders' meeting to decide upon the approval of the Transaction has been called for July 27, 2023.

This communication is neither an offer to purchase, nor a solicitation of an offer to sell, Shares and/or ADSs.

HOLDERS OF COMMON SHARES OF BREMBO OR AMERICAN DEPOSITARY SHARES REPRESENTING COMMON SHARES OF BREMBO ARE URGED TO READ THE NOTICE OF THE ANNOUNCEMENT OF THE TRANSACTION AND OF THE CONVENING OF THE SHAREHOLDERS' MEETING, AND ANY OTHER RELEVANT DOCUMENTS DISSEMINATED BY BREMBO IN CONNECTION WITH THE TRANSACTION, BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE TRANSACTION.

The notice of the announcement of the Transaction was published on June 20, 2023, in Italian and in unofficial English translation on Brembo's website (www.brembo.com/en/investors/for-shareholders), section "Investors – For Shareholders – Transfer Registered Office". The notice of the calling of the shareholders' meeting was published on June 20, 2023 in Italian and in unofficial English translation on Brembo's website at the above address, and an excerpt of such notice was published on June 21, 2023 in Italian in the newspaper "Il Sole24Ore". Investors are urged to consult Brembo's website, at www.brembo.com/en/investors/for-shareholders, section "Investors – For Shareholders – Transfer Registered Office", for all further legal notices and informational documents in connection with the Transaction.

THIS TRANSACTION IS PROPOSED WITH RESPECT TO THE SECURITIES OF A FOREIGN COMPANY. THE TRANSACTION IS SUBJECT TO DISCLOSURE REQUIREMENTS OF A FOREIGN COUNTRY THAT ARE DIFFERENT FROM THOSE OF THE UNITED STATES. FINANCIAL STATEMENTS INCLUDED IN THE DOCUMENTS RELATING TO THE TRANSACTION, IF ANY, HAVE BEEN PREPARED IN ACCORDANCE WITH FOREIGN ACCOUNTING STANDARDS THAT MAY NOT BE COMPARABLE TO THE FINANCIAL STATEMENTS OF UNITED STATES COMPANIES.

IT MAY BE DIFFICULT FOR YOU TO ENFORCE YOUR RIGHTS AND ANY CLAIM YOU MAY HAVE ARISING UNDER THE FEDERAL SECURITIES LAWS, SINCE THE ISSUER IS LOCATED IN A FOREIGN COUNTRY, AND SOME OR ALL OF ITS OFFICERS AND DIRECTORS MAY BE RESIDENTS OF A FOREIGN COUNTRY. YOU MAY NOT BE ABLE TO SUE A FOREIGN COMPANY OR ITS OFFICERS OR DIRECTORS IN A FOREIGN COURT FOR VIOLATIONS OF THE U.S. SECURITIES LAWS. IT MAY BE DIFFICULT TO COMPEL A FOREIGN COMPANY AND ITS AFFILIATES TO SUBJECT THEMSELVES TO A U.S. COURT'S JUDGMENT.

YOU SHOULD BE AWARE THAT THE ISSUER MAY PURCHASE SECURITIES OTHERWISE THAN IN THE CONTEXT OF THE TRANSACTION, SUCH AS IN OPEN MARKET OR PRIVATELY NEGOTIATED PURCHASES.

---

### BANKRUPTCIES

**ATTENTION DIRECT AND INDIRECT HOLDERS OF, AND PROSPECTIVE HOLDERS OF CERTAIN CLAIMS AGAINST ATHENEX, INC. OR ITS AFFILIATES:**

On June 15, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), having jurisdiction over the chapter 11 cases of Athenex, Inc. ("ATNX"), and its affiliates (the "Debtors"), captioned as In re Athenex, Inc., et al., Case No. 23-90295 (DRJ) (the "Chapter 11 Cases"), entered an order establishing procedures (the "Claims Procedures")¹ with respect to transfers in the beneficial ownership (including directly or indirectly) of claims against the Debtors. See Order (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Claims Against Debtors and (II) Granting Related Relief [Docket No. 273] (the "Order").²

The Claims Procedures set forth certain circumstances under which any person, group of persons, or entity that has acquired or, as a result of a proposed transaction would acquire, beneficial ownership of a substantial amount of claims against the Debtors can be required (i) to file notice of their holdings of such claims and of such proposed transaction, which transaction may be restricted, and (ii) upon a subsequent order of the Bankruptcy Court, after notice and hearing, to sell, by a specified date following the confirmation of a chapter 11 plan of the Debtors, all or a portion of such claims. Any acquisition or transfer of claims against the Debtors in violation of the Procedures will be null and void ab initio and any action in violation of the procedures may lead to sanctions being imposed by the Bankruptcy Court.

The Procedures are available on the website of the Debtors' Court-approved claims agent, Epiq Corporate Restructuring, LLC, located at https://dm.epiq11.com/athenex, and also on docket of the Chapter 11 Cases, Docket No. 23-90295 (DRJ), which can be accessed via PACER at https://www.pacer.gov.

A direct or indirect holder of, or prospective holder of, a substantial amount of claims against the Debtors, should consult the Claims Procedures.

Dated: June 15, 2023

**BY ORDER OF THE COURT**

¹ The Claims Procedures are annexed to the Order (defined herein) as Exhibit 1.
² All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to it in the Order and the Claims Procedures.

---

### BUSINESS OPPORTUNITIES

**THERE IS ONLY ONE...**

**1 A New York**

Best offer / Transferable
jkg@gradyresearch.com
- Ends 8/25 -

---

### NOTICE OF SALE

AUCTION OF ASSETS OF DEAL GENIUS, LLC
**Bid Deadline: July 10, 2023, at 5:00 pm Central Daylight Time**

Deal Genius, LLC ("Deal Genius"), a retailer of consumer goods and other products, has entered an Assignment for the Benefit of Creditors with Moglia Advisors (the "Assignee"). The Assignee is operating the business, primarily on-line and through two leased locations, and will sell the assets (the "Assets") at public auction in a single lot consisting of, but not limited to, clothes, housewares, tools, lawn and garden goods, toys, trade secrets, trademarks, domains, and copyrightable information.

Simultaneously and jointly with the Assignee's sale of the Assets, the senior secured creditor of Deal Genius will sell its collateral to enable the purchaser of the Assets to acquire them free and clear of liens discharged by such sale under Article 9 of the Uniform Commercial Code.

Process Overview
1. The Assignee will provide a form asset purchase agreement to interested parties who have executed a non-disclosure agreement.
2. Qualified bids must be received by the Assignee by 5 PM CDT, on July 10, 2023.
3. The auction will occur at 10 AM CDT, on July 12, 2023, at 1375 Remington Road, Suite I, Schaumburg, IL 60173, or at another suitable location as determined by the Assignee.
4. The winning bidder must be prepared to close and fund the purchase by noon CDT, on July 13, 2023.

The Assets are being sold on "AS IS, WHERE IS" basis, without representations or warranties of any kind, and not subject to any contingencies.

For more information, contact:
MOGLIA ADVISORS: Alex Moglia at amoglia@mogliaadvisors.com; or Nate Jones at njones@mogliaadvisors.com; Phone: (847) 884-8282; Fax: (847) 884-1188

---

THE WALL STREET JOURNAL.

# THE MARKETPLACE

ADVERTISE TODAY

**(800) 366-3975**

For more information visit:
**wsj.com/classifieds**



© 2023 Dow Jones & Company, Inc. All Rights Reserved.

DOW JONES

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on June 22, 2023:

Name of Publication: The Wall Street Journal

Address: 1211 Avenue of the Americas

City, State, Zip: New York, NY 10036

Phone #: 1-800-568-7625

State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of June 2023, at Sellersville, Pennsylvania.


Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the Interface Securities Litigation

June 22, 2023 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Interface Securities Litigation:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| x | |
| THOMAS S. SWANSON, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:20-cv-05518-BMC-RER |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION |
| INTERFACE, INC., DANIEL T. HENDRIX, JAY D. GOULD, BRUCE A. HAUSMANN and PATRICK C. LYNCH, | |
| Defendants. | |
| x | |

**TO: ALL PERSONS WHO PURCHASED OR ACQUIRED INTERFACE, INC. ("INTERFACE" OR THE "COMPANY") COMMON STOCK DURING THE PERIOD BETWEEN MAY 12, 2016 AND SEPTEMBER 28, 2020, INCLUSIVE, AND ARE NOT OTHERWISE EXCLUDED FROM THE SETTLEMENT CLASS ("SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on September 18, 2023, at 1:00 p.m., before Judge Brian M. Cogan, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation")[1] for $7,500,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) for purposes of the proposed Settlement only, the Litigation should be certified as a class action on behalf of the Settlement Class; (3) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (4) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in

the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below; and to award Lead Plaintiff reimbursement of its time and expenses pursuant to 15 U.S.C. §78u-4(a)(4) in connection with its representation of the Settlement Class, and, if so, in what amounts; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

The Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Settlement Class Members to appear remotely at the hearing, without further written notice to the Settlement Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Settlement Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.InterfaceSecuritiesSettlement.com, before making any plans to attend the Settlement Hearing. Updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or remote appearances at the hearing, will be posted to the Settlement website, www.InterfaceSecuritiesSettlement.com. Also, if the Court requires or allows Settlement Class Members to participate in the Settlement Hearing by remote means, the information for accessing the hearing will be posted to the Settlement website.

IF YOU PURCHASED OR ACQUIRED INTERFACE COMMON STOCK BETWEEN MAY 12, 2016 AND SEPTEMBER 28, 2020, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than September 13, 2023)** or electronically **(no later than September 13, 2023)**. Your failure to submit your Proof of Claim by **September 13, 2023**, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or acquired Interface common stock between May 12, 2016 and September 28, 2020, inclusive, and do not validly and timely request exclusion from the Settlement Class in accordance with the requirements set by the Court, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other Settlement documents, may be accessed online at www.InterfaceSecuritiesSettlement.com, or by writing to:

*Interface Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301171
Los Angeles, CA 90030-1171

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS ***POSTMARKED*** BY AUGUST 28, 2023, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 33-1/3% OF THE $7,500,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $150,000 AND AN AWARD TO LEAD PLAINTIFF NOT TO EXCEED $3,000 IN CONNECTION WITH ITS REPRESENTATION OF THE SETTLEMENT CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL SO THAT THEY ARE **RECEIVED** **BY AUGUST 28, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: May 26, 2023

BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

[1]The Stipulation can be viewed and/or obtained at www.InterfaceSecuritiesSettlement.com.

Contacts

Media:

Robbins Geller Rudman & Dowd LLP

Shareholder Relations Department

Greg Wood

(619) 231-1058

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire
Address: 101 California Street 20th Floor
City, ST Zip: San Francisco, CA 94111
Phone #: 415-986-4422
State of: California

The press release was distributed on June 22, 2023 to the following media circuits offered by the above-referenced wire service:

1.  National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of June 2023, at Sellersville, Pennsylvania.


_Carla Peak_
Carla Peak