# EXHIBIT A

**EXHIBIT A**

*Thomas S. Swanson v. Interface , Inc.*, *et al.*, No. 1:20-cv-05518-BMC-RER
Robbins Geller Rudman & Dowd LLP
Inception through July 31, 2023

| *NAME* | | *HOURS* | *RATE* | *LODESTAR* |
|---|---|---|---|---|
| Caringal, Jennifer N. | (P) | 12.50 | 810 | $ 10,125.00 |
| Cochran, Brian E. | (P) | 6.50 | 810 | 5,265.00 |
| Gusikoff Stewart, Ellen A. | (P) | 48.20 | 1105 | 53,261.00 |
| Rosenfeld, David A. | (P) | 383.30 | 980 | 375,634.00 |
| Bono, Natalie C. | (A) | 244.20 | 440 | 107,448.00 |
| Bornstein, Mia S. | (A) | 84.00 | 375 | 31,500.00 |
| Merenda, Philip T. | (A) | 727.80 | 515 | 374,817.00 |
| Blasy, Mary K. | (OC) | 13.70 | 960 | 13,152.00 |
| Bilan, Michael J. | (SA) | 304.00 | 460 | 139,840.00 |
| Matney, Andrew M. | (SA) | 317.50 | 450 | 142,875.00 |
| Aronica, R. Steven | (FA) | 396.50 | 775 | 307,287.50 |
| Barhoum, Anthony J. | (EA) | 38.60 | 450 | 17,370.00 |
| Cabusao, Reggie F. | (EA) | 9.90 | 355 | 3,514.50 |
| Hensley, Austin B. | (EA) | 8.00 | 315 | 2,520.00 |
| Roelen, Scott R. | (RA) | 11.80 | 315 | 3,717.00 |
| Peitler, Steven J. | (I) | 56.50 | 325 | 18,362.50 |
| Browning, Aaron C. | (LS) | 7.90 | 300 | 2,370.00 |
| Paralegals | | 125.70 | 350-395 | 47,776.00 |
| Shareholder Relations | | 11.70 | 100 | 1,170.00 |
| *TOTAL* | | *2,808.30* | | *$ 1,658,004.50* |

(P) Partner
(A) Associate
(OC) Of Counsel
(SA) Staff Attorney
(FA) Forensic Accountant
(EA) Economic Analyst
(RA) Research Analyst
(I) Investigator
(LS) Litigation Support