# EXHIBIT B

**EXHIBIT B**

*Thomas S. Swanson v. Interface, Inc., et al.*, No. 1:20-cv-05518-BMC-RER
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through July 17, 2023

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing, Witness and Other Fees | | $      2,853.75 |
| Business Wire | | 150.00 |
| Messenger/Overnight Delivery | | 109.07 |
| Experts/Consultants | | 72,383.59 |
| Global Economics Group LLC | $  50,848.39 | |
| ValueScope, Inc. | 17,860.20 | |
| Tasta Group (dba Caliber Advisors) | 3,675.00 | |
| Online Legal and Financial Research | | 5,785.60 |
| eDiscovery Database Hosting | | 328.10 |
| Mediation Fees (JAMS, Inc.) | | 34,984.86 |
| *TOTAL* | | *$  116,594.97* |