# EXHIBIT C

**EXHIBIT C**

*Thomas S. Swanson v. Interface , Inc.*, *et al.*, No. 1:20-cv-05518-BMC-RER
Robbins Geller Rudman & Dowd LLP

Filing, Witness and Other Fees: $2,853.75

| DATE | VENDOR | PURPOSE |
|---|---|---|
| 03/17/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: INTERFACE, INC.: SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT |
| 03/17/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: DANIEL T. HENDRIX, AT BUSINESS INTERFACE, INC.: SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT |
| 03/17/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: JAY D. GOULD, AT BUSINESS INTERFACE, INC.: SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT |
| 03/17/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: BRUCE A. HAUSMANN, AT BUSINESS INTERFACE, INC.: SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT |
| 06/09/22 | SECURITIES AND EXCHANGE COMMISSION | FOIA REVIEW CHARGES |
| 05/18/23 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | COURTESY COPY FOR CHAMBERS, SERVICE OF PROCESS, PREPARATION FOR FILING/SERVICE, DOCUMENT PREPARATION 220 COPIES, EXHIBIT TABS 9 COPIES. COURTESY COPY FOR JUDGE'S CHAMBERS; NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF THE CLASS AND APPROVAL OF NOTICE TO THE CLASS; [PROPOSES] ORDER GRANTING PRELIMINARY APPROVAL; LEAD PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION; STIPULATION OF SETTLEMENT |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 05/25/23 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | COURTESY COPY FOR CHAMBERS. SERVICE OF PROCESS. DOCUMENT PREPARATION, 65 COPIES. PREPARATION TIME FOR FILING/SERVICE. EXHIBIT TABS 3 COPIES. COURTESY COPY FOR JUDGE'S CHAMBERS; REVISED NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL |