UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

THOMAS S. SWANSON, Individually and on :   Civil Action No. 1:20-cv-05518-BMC-RER
Behalf of All Others Similarly Situated,    :

                                    :    CLASS ACTION

               Plaintiff,   :

                                    :    [PROPOSED] ORDER APPROVING PLAN
     vs.                    :    OF ALLOCATION

                                    :

INTERFACE, INC., DANIEL T. HENDRIX,  :
JAY D. GOULD, BRUCE A. HAUSMANN  :
and PATRICK C. LYNCH,          :

                                    :

          Defendants.   :

---------------------------------------------------------- x

This matter having come before the Court on October 19, 2023, on Lead Plaintiff's motion for approval of the Plan of Allocation in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed of the matter;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      This Order incorporates by reference the definitions in the Stipulation of Settlement dated May 17, 2023 (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2.      Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3.      The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Authorized Claimants, with due consideration having been given to administrative convenience and necessity.

4.      This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: _____    _____
                                                            THE HONORABLE BRIAN M. COGAN
                                                            UNITED STATES DISTRICT JUDGE

- 1 -